IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA ISNER, Executrix of ESTATE OF JEFFREY ISNER, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC. and KIMBERLY HENDRICKS,<br><br>Defendants. | CIVIL ACTION No. _____ |

## RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Per the requirements of Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, Defendant Merck & Co, Inc. ("Merck"), makes the following statements regarding Merck's corporate ownership:

1. Merck is a publicly traded corporation on the New York Stock Exchange.

2. No single company currently owns more than 10% or more of Merck's stock.

MERCK & CO., INC.<br>
By its attorneys:<br><br>
_____<br>
James J. Dillon (BBO# 124660)<br>
Bradley E. Abruzzi (BBO# 651516)<br>
FOLEY HOAG LLP<br>
155 Seaport Boulevard<br>
Boston, MA  02110-2600<br>
(617) 832-1000

Dated: February 18, 2005

## CERTIFICATE OF SERVICE

    I certify that a true copy of the foregoing RULE 7.3 CORPORATE DISCLOSURE STATEMENT was served on February 18, 2005 by hand, upon:

Joseph L. Doherty, Jr.
Joseph L. Doherty, Jr. & Associates
225 Franklin Street
Boston, MA  02110
**Counsel for Plaintiff Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D.**

_[signature]_