UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LINDA ISNER,** as Executrix of the **ESTATE OF JEFFREY ISNER**, **M.D.,** <br> Plaintiff, <br><br> v. <br><br> **MERCK & CO., INC.** <br> and **KIMBERLY HENDRICKS**, <br> Defendants. | ) ) ) ) ) ) ) ) ) ) )    CIVIL ACTION NO. 05-10328-DPW |

# CERTIFICATE UNDER LOCAL RULE 7.1, MOTION PRACTICE

This is to certify that a conversation took place on Friday, March 18th, 2005 between Attorney Bradley E. Abruzzi and me in a good-faith effort to resolve the issue presented in the Motion to Remand or to narrow the issue.  No definitive conclusions were reached as a result of this conversation.

/S/ Joseph L. Doherty, Jr.
Joseph L. Doherty, Jr.
BBO No. 127280
Joseph L. Doherty, Jr. & Associates
225 Franklin Street, 26th Floor
Boston, MA 02110
(617) 217-2837

DATED:  March 21st, 2005