IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LINDA ISNER, Executrix of ESTATE OF
JEFFREY ISNER, M.D.,

                     Plaintiff,

            v.

MERCK & CO., INC. and KIMBERLY
HENDRICKS,

                     Defendants.

CIVIL ACTION No. 05-10328-DPW

**DEFENDANT MERCK & CO., INC.'S MEMORANDUM OF LAW IN SUPPORT OF
ITS OPPOSITION TO THE PLAINTIFF'S MOTION TO REMAND**

In an effort to evade diversity jurisdiction, the Plaintiff in this VIOXX® product liability action has named a former Merck sales representative and purported Massachusetts resident as a defendant.  As set forth below, however, the sales representative was fraudulently joined, because there is no reasonable probability that the plaintiff could prevail on any claims against her.  To the contrary, as set forth in the accompanying Affidavit of Kimberly Bahry, Merck's records state that the sales representative at issue never recorded a call to a single health care professional regarding VIOXX®.  Accordingly, the Court has jurisdiction over the Plaintiff's claims, and the Plaintiff's remand motion should be denied.

I.     **FACTUAL BACKGROUND**

Plaintiff Linda Isner filed this lawsuit in Middlesex County Superior Court on October 29, 2004.  The gravamen of her claim is that her husband died of unspecified injuries after ingesting VIOXX® and that Merck failed to provide him with an adequate warning of the drug's alleged dangers.  Complaint ¶¶ 12, 14.  Although the Plaintiff's claims are clearly directed at Merck, she also named a former sales representative, Kimberly Hendricks, as a defendant.

Notably, while the Complaint was filed on October 29, 2004 and Plaintiff sought a 90-day extension to serve Ms. Hendricks on April 27, 2005, Merck was not served until January 26, 2005.

On February 16, 2005, the MDL Panel established a multidistrict litigation proceeding captioned *In re VIOXX Products Liability Litig.*, MDL-1657, before Judge Eldon Fallon in the Eastern District of Louisiana. *See* Transfer Order, attached hereto as Exhibit A. Merck removed this case to federal court on February 18, 2005, on the ground that Ms. Hendricks was fraudulently joined. Merck also noticed the case to the Judicial Panel on Multidistrict Litigation ("MDL Panel"), in accordance with JPML Rule 7.5, as a related matter to the VIOXX® MDL proceeding. On March 10, 2005, the MDL Panel issued CTO-1, the first VIOXX®-related conditional transfer order, which included this case. *See* Conditional Transfer Order, attached hereto as Exhibit B. The Plaintiff moved to remand on March 21, and on March 25 she filed an objection to the transfer with the MDL Panel, citing the pending motion.

In its February 16, 2005 Transfer Order, the MDL Panel made clear that the pendency of a remand motion should not prevent transfer to the MDL Court, because Judge Fallon can rule on jurisdictional issues. Transfer Order at 2 (citing *In re Ivy*, 901 F.2d 7 (2d Cir. 1990); *In re Prudential Ins. Co. of Am. Sales Practices Litig.*, 170 F. Supp. 2d 1346 (J.P.M.L. 2001)). This case will therefore almost certainly be transferred to the VIOXX® MDL proceeding, once the Panel resolves the Plaintiff's objection. Accordingly, Merck has moved for a stay of this matter pending MDL transfer, urging this Court to follow the lead of courts nationwide that have stayed VIOXX® cases, so that Judge Fallon can address all pretrial issues — including jurisdiction — in a coordinated manner.

To Merck's knowledge, Ms. Hendricks has never been served in this case.  On January 26, 2005, the Plaintiff moved the Superior Court ex parte to extend by ninety days her time to serve the complaint on Kimberly Hendricks, citing as grounds her inability "to obtain an accurate current address for the individual defendant."  The Superior Court granted that motion on January 31.  That same day, the Plaintiff served Merck with a Summons and Complaint, along with a First Set of Interrogatories seeking the following information:

> 2.    Please provide the current and/or last known address of Merck's present or former employee, agent and/or representative, Kimberly Hendricks.

> 3.    Please provide any and all names and current and/or last known addresses of all Merck employees, agents and/or representatives who distributed Vioxx samples, and/or other samples of other Vioxx products, to doctors and/or health care providers at St. Elizabeth's Medical Center in Brighton, Massachusetts between the years 1998 and 2002.

See Plaintiff Linda Isner's First Set of Interrogatories Propounded to the Defendant Merck & Co., Inc. ¶¶ 2, 3.

Although the Complaint avers that "[t]he Defendant, Kimberly Hendricks, is an individual residing in Massachusetts," Complaint ¶ 3, the Plaintiff does not actually know where Ms. Hendricks resides.  Her discovery requests also suggest that she is herself unsure whether she has a claim against Ms. Hendricks.  In order to evade federal jurisdiction and the MDL proceeding, she has therefore initiated a fishing expedition, hoping to identify some Massachusetts resident she can plausibly tie to the decedent's VIOXX® ingestion.

Not surprisingly, the vast majority of allegations in the Complaint are leveled against Merck.  The only claims specific to Ms. Hendricks are the following:

> 6.    The Defendant, Kimberly Hendricks, (hereinafter "Hendricks") carelessly and negligently marketed, promoted and distributed Vioxx, prior to October 31, 2001.

> *    *    *

- 3 -

9.    The Defendant Hendricks, as an employee, agent, servant, and/or marketing representative of Merck, prior to October 31, 2001, intentionally and/or negligently misrepresented to physicians and other members of the public, that Vioxx was safe, and did not pose any cardiovascular risks, when she knew, or should have known, that Vioxx was unreasonably dangerous and/or defective, and did pose cardiovascular risks.

\*       \*       \*

14.    Plaintiff's decedent, Jeffrey Isner, on a regular/daily basis, took Vioxx that was provided to him by Merck, through its representative Kimberly Hendricks, for approximately two years prior to his death on October 31, 2001.[1]

Based on these paragraphs, plaintiff alleges wrongful death claims against Kimberly Hendricks based on negligence and strict liability theories, *id.* at ¶¶ 24-33, and a claim for punitive damages based on purported willful, wanton, reckless conduct and gross negligence, *id.* at ¶¶ 34-36.

As set forth below, there is no reasonable possibility that the Plaintiff will prevail on her claims against Ms. Hendricks. Accordingly, Ms. Hendricks was fraudulently joined, and the Court has jurisdiction over the Plaintiff's claims.

## II.    THE COURT SHOULD REFRAIN FROM RULING ON THE PLAINTIFF'S MOTION AND STAY ALL PROCEEDINGS IN THIS CASE

As a threshold matter, the Court should refrain from ruling on the Plaintiff's motion to remand, pending its likely transfer to the MDL proceeding. As set forth in Merck's motion to stay (which Merck incorporates herein by reference), the most appropriate course of action in a

---

[1]    The Plaintiff also makes additional, general allegations against "the Defendants" collectively, but those allegations by their terms relate to Merck, the entity that made and sold VIOXX®, and not to any individual. Specifically, the Plaintiff alleges that "the Defendants" violated FDA regulations, Complaint ¶ 10, marketed and sold VIOXX® with knowledge that it "was linked to an increase in the risk of blood clots, heart attacks and strokes, *id.* ¶ 13, and continued to market VIOXX® though they "knew or should have known" it was "unreasonably dangerous and defective," *id.* at ¶ 15. Finally the Plaintiff alleges that the VIOXX® "the Defendants" sold "reached the Plaintiff's decedent without any substantial change in the condition of the product from the time that it was produced." *Id.* ¶ 18.

case such as this is to stay all proceedings — including consideration of remand motions —

pending MDL transfer.  That is the approach courts have taken in nearly 200 VIOXX® cases

around the country, including approximately 30 with pending remand motions.  *See, e.g.*, *Wright*

*v. Merck & Co., Inc.*, No. 2:04-CV-3037-PHX-SRB  (D. Ariz. Jan. 28, 2005), slip op. at 2, *see*

Abruzzi Decl. at ¶ 4, Exhibit C (finding it "in the best interest of judicial economy and

consistency" to stay ruling on a motion to remand, pending the Panel's ruling on coordinating

proceedings); *Fontanilles v. Merck & Co.*, No. 04-22799-CI-HUCK (S.D. Fla. Dec. 14, 2004),

slip op. at 2, *see* Abruzzi Decl. at ¶ 5, Exhibit D (staying a VIOXX® action due to the pending

petition for coordinated multidistrict litigation proceedings, despite a pending remand motion);

*Price v. Merck & Co.*, No. 3:04-CV-866-TSL-AGN (S.D. Miss. Nov. 16, 2004), slip op. at 3-4,

*see* Abruzzi Decl. at ¶ 6, Exhibit E (same).

      As the MDL Panel held in its transfer order, "motions to remand . . . can be presented

and decided by the transferee judge.  Transfer Order, Exhibit A, at 2.  Accordingly, Merck

respectfully suggests that the Court defer ruling on the Plaintiff's motion pending MDL transfer.

## III.    THE COURT HAS DIVERSITY JURISDICTION OVER THE PLAINTIFF'S CLAIMS BECAUSE KIMBERLY HENDRICKS IS FRAUDULENTLY JOINED

      If the Court does address jurisdictional issues prior to MDL transfer, remand should be

denied in any event, because Ms. Hendricks was fraudulently joined, and the Court has

jurisdiction over the Plaintiff's claims.

      The parties do not dispute that the amount in controversy in the case exceeds $75,000,

that the Plaintiff resides in Massachusetts or that Merck is, for purposes of diversity jurisdiction,

a resident of the State of New Jersey.  The only issue raised by the Plaintiff's remand motion is

whether she can escape diversity jurisdiction by naming a former Merck sales representative,

Kimberly Hendricks, as a defendant.

The law is clear that "[i]f . . . a request for remand is based upon a fraudulent joinder of a non-diverse defendant without a real connection to the controversy, 'the right of removal cannot be defeated' and remand is inappropriate." *Carey v. Bd. of Governors of Kernwood Country Club*, 337 F. Supp. 2d 339, 341-42 (D. Mass. 2004) (quoting *Mills v. Allegiance Healthcare Corp.*, 178 F. Supp. 2d 1, 4 (D. Mass. 2001)).

A court will find joinder to be fraudulent "if it is a sham and a device used to join a party 'without reasonable basis in fact and without any purpose to prosecute the case in good faith.'" *Carey*, 337 F. Supp. 2d at 342 (quoting *Wilson v. Republic Iron & Steel Co.*, 257 U.S. 92, 95 (1921)). Joinder of a nondiverse defendant is fraudulent unless the claims asserted against that defendant have a reasonable basis in law and fact. *Mills*, 178 F. Supp. 2d at 4-5. A plaintiff's "mere theoretical possibility of recovery under state law is insufficient to preclude removal." *Id.*; *see also Green v. Am. Gen. Fin. Inc.*, No. 3:02-CV-121, 2003 WL 119183, at *2, *6 (S.D. Miss. Mar. 7, 2003) (denying remand where "no plaintiff ha[d] any possibility of recovery against any resident defendant"); *Goosens v. AT&T Corp.*, No. EP-00-CV-002-DB, 2000 WL 33348222, at *5 (W.D. Tex. Apr. 3, 2000) (denying motion to remand where the plaintiff "cannot establish a claim" against the only nondiverse defendants).

Here, Ms. Hendricks was fraudulently joined for two independent reasons. First, unrebutted facts establish that Ms. Hendricks did not promote VIOXX® to physicians. And second, the Plaintiff fails to make any specific allegations about Ms. Hendricks's conduct that are distinct from general conduct that she attributes to Merck.

### A.    The Plaintiff's Joinder of Ms. Hendricks Is Fraudulent Because Unrebutted Facts Establish That Ms. Hendricks Never Promoted VIOXX® to Physicians While She Was a Merck Sales Representative

The first fundamental problem with the Plaintiff's claims against Ms. Hendricks is that they are rebutted by an affidavit submitted herewith stating that Ms. Hendricks "never recorded a

call on a Health Care Professional" with regard to VIOXX®. *See* Affidavit of Kimberly Bahry ¶ 4.

Numerous courts have recognized in similar situations that it is appropriate to consider summary judgment type issues in ruling on a remand motion, and that remand should be denied where the defendant provides uncontroverted evidence that the in-state defendant was not involved in the controversy at issue. In *In re Rezulin Products Liability Litigation*, 168 F. Supp. 2d 136 (S.D.N.Y. 2001), a similar product liability case, the plaintiffs sued both a pharmaceutical manufacturer and a nondiverse sales representative. The manufacturer removed the case to federal court, and the plaintiffs moved for remand. In opposition to the plaintiffs' remand motion, the nondiverse defendant submitted an affidavit attesting that he never sold or marketed the drug at issue and never had dealings with the plaintiffs' physicians. The court denied remand, refusing to allow the plaintiffs additional discovery relating to the nondiverse defendant. *Id.* at 141. The court observed that "a court in deciding a motion to remand must look to the allegations in the complaint, rather than to plaintiffs' wishful speculation as to what allegations might be made in an amended complaint following discovery." *Id.*

Other courts have similarly relied on testimonial evidence in denying remand motions. *See, e.g.*, *Stern v. Wyeth*, No. 02-CV-80620-MARRA (S.D. Fla. Jan. 22, 2003), slip op. at 5-7, *see* Abruzzi Decl. ¶ 7, Exhibit F (denying the plaintiff's motion to remand where an affidavit of an employee defendant demonstrated that there was no factual basis for liability); *TKI Inc. v. Nichols Research Corp.*, 191 F. Supp. 2d 1307, 1316 (M.D. Ala. 2002) (relying on deposition testimony to find in-state defendants fraudulently joined); *Goins v. Merck & Co., Inc.*, No. 4:03-CV-00070-CDL (M.D. Ga. Sept. 9, 2003), slip op. at 4-5, *see* Abruzzi Decl. ¶ 8, Exhibit G (relying on affidavits to find in-state pharmaceutical representatives fraudulently joined).

In her motion to remand, the Plaintiff attempts for the first time to draw a more substantive connection between Ms. Hendricks and Dr. Isner, by making unsupported assertions that Dr. Isner received VIOXX® "directly" from Ms. Hendricks "on a regular basis," that he had "regular interaction[s]" and "direct contact" with Ms. Hendricks, and that Ms. Hendricks "supplied" Dr. Isner with VIOXX®.  Plaintiff's Memorandum of Law at 1, 2, 4, 6, 11.  Notably, no such direct and regular contacts are described in the Complaint, which alleges only that Ms. Hendricks sold VIOXX® generally and that Dr. Isner obtained the drug "through" Ms. Hendricks.  Complaint ¶¶ 6, 9, 14.  The Court should take no account of these allegations in its remand analysis, because the law is clear that jurisdiction is based on the facts alleged in the Complaint — not on subsequent allegations made in support of the Plaintiff's motion for remand.  *See In re Rezulin Prods. Liab. Litig.*, 133 F. Supp. 2d 272, 284 & nn.34, 35 (S.D.N.Y. 2001) (observing that "federal courts across the nation" "disregard allegations not contained in the original complaint" when assessing a claim of fraudulent joinder) (citing, inter alia, *Pampillonia v. RJR Nabisco, Inc.*, 138 F.3d 459, 461 (2d Cir. 1998), and *McCabe v. General Foods Corp.*, 811 F.2d 1336, 1339 (9th Cir. 1987)).  In any event, even if the Plaintiff had made these specific allegations in her Complaint, none of these assertions have the benefit of evidence to support them, and they therefore cannot supply a basis for remand in this case.  *See Banger v. Magnolia Nursing Home, L.P.*, 234 F. Supp. 2d 633, 636 (S.D. Miss. 2002) (observing that plaintiffs "may not rest upon the mere allegations or denials of [their] pleadings" to defeat a defendant's factually supported argument of fraudulent joinder) (quoting *Beck v. Texas State Bd. of Dental Examiners*, 204 F.3d 629, 633 (5th Cir. 2000))).

**B.    The Plaintiff's Joinder of Ms. Hendricks Is Fraudulent Because the Complaint Makes No Specific Allegations Against Her**

Ms. Hendricks is also fraudulently joined because the Plaintiff fails to make specific allegations about her allegedly improper conduct.  Numerous courts have recognized that in-state defendants are fraudulently joined where, as here, the gravamen of the complaint involves an out-of-state corporation and all the claims are lumped together with general allegations regarding the "defendants."  *See, e.g.*, *Wiggins v. Am. Home Prods. Corp.*, 2001 WL 34013629 at *3 n.4 (N.D. Ala. Oct. 2, 2001) (finding a resident defendant fraudulently joined because the "plaintiffs ma[de] no specific allegation against [the in-state defendant] at all in any of the eight counts of the complaint"), *aff'd*, 37 Fed. Appx. 980 (11th Cir. 2002); *Lyons v. Am. Tobacco Co.*, No. 96-CV-0881-BH, 1997 WL 809677, at *5 (S.D. Ala. Sept. 30, 1997) (holding that there is "no better admission of fraudulent joinder of [the resident defendants]" than the failure of the plaintiff "to set forth any specific factual allegations" against them); *see also Tillman v. R.J. Reynolds Tobacco*, 253 F.3d 1302, 1305 (11th Cir. 2001) (holding that nondiverse employee defendants were fraudulently joined where the plaintiff "failed to tie these defendants to the underlying allegations of the complaint"); *In re Rezulin Prods. Liab. Litig.*, 168 F. Supp. 2d at 140 (finding pharmaceutical representatives were fraudulently joined where plaintiffs made "no specific allegations" against them).

In *Tillman*, for example, the Court of Appeals upheld a district court's finding that a plaintiff had fraudulently joined nondiverse individual employees of the defendant tobacco company.  *Id.* at 1305.  In reaching its conclusion, the court focused on the fact that the plaintiff only made general allegations against the nondiverse defendant, using the phrase "defendants." In the court's view, the *Tillman* plaintiff's "failure to tie [the nondiverse] defendants to the underlying allegations of the complaint" therefore established that these defendants were

fraudulently joined. *Id.* Likewise, in *Banger*, a negligence suit brought against a nursing home, the court denied remand after finding the plaintiff made no specific allegations against the non-diverse administrator. Once again, the court found that collective allegations made against "the Defendants" generally could not defeat diversity jurisdiction. *Banger*, 234 F. Supp. 2d at 638.

The same is true here. As noted above, the Plaintiff makes only broad, conclusory assertions about all the defendants and lumps her allegations against Ms. Hendricks together with her claims against Merck. *See, e.g.*, Complaint ¶¶ 13, 15 (alleging, respectively, that "the Defendants" "were aware that Vioxx was linked to an increase in the risk of blood clots, heart attacks, and strokes" and "knew, or should have known, of the unreasonably dangerous and defective nature of Vioxx but continued to manufacture, market, advertise, distribute, promote and sell Vioxx a[nd] failed to provide appropriate warnings as to the risks of Vioxx"). Because such collective allegations are not sufficient to state a factual basis for any claim against the employee defendants, this alone is reason to deny Plaintiff's motion for remand. *See Zellmer v. Merck & Co., Inc.*, Civ. No. 1:03-CV-2530, slip op. at 6 (N.D. Ga. Nov. 17, 2003), *see* Abruzzi Decl. at ¶ 9, Exhibit H (finding that Merck sales representatives were fraudulently joined where "Plaintiff . . . failed to allege specific facts supporting claims against the individual Defendants").

The Plaintiff hopes to distinguish *Tillman* and similar cases by arguing that Ms. Hendricks "had direct contact with Dr. Isner, made specific misrepresentations concerning the cardiovascular risks associated with VIOXX®, 'negligently marketed, promoted and distributed VIOXX®, prior to October 31, 2001,' and actually supplied Dr. Isner with the VIOXX® that he took." Plaintiff's Memorandum of Law at 5-6. But as noted above, these allegations are all in her remand motion. The Complaint itself <u>does not</u> allege any direct contact between Ms. Hendricks and Dr. Isner. It <u>does not</u> outline any specific misrepresentations on Ms. Hendricks's

part, and it <u>nowhere</u> alleges that Ms. Hendricks "actually supplied" VIOXX® to Dr. Isner. The only one of these allegations that the Plaintiff actually makes in her Complaint is the allegation contained in the direct quotation: that Ms. Hendricks as a general matter "negligently marketed, promoted and distributed VIOXX®, prior to October 31, 2001," and that allegation is false. As noted above, the Plaintiff's allegations in the Complaint — not her statements in the remand motion — control jurisdiction. *In re Rezulin Prods. Liab. Litig.*, 133 F. Supp. 2d at 284 & nn.34, 35.

In short, Ms. Hendricks was fraudulently joined not only because Merck's records show that she did not promote VIOXX® but also because "conclusory or generic allegations of wrongdoing on the part of the non-diverse defendant are not sufficient to show that the defendant was not fraudulently joined." *Banger*, 234 F. Supp. 2d at 637.

## IV.    CONCLUSION

The Plaintiff here has engaged in manipulative pleading tactics, by naming a former Merck sales representative against whom she has no colorable claim, for the sole purpose of defeating diversity jurisdiction. Moreover, the Plaintiff now asks the Court to waste valuable judicial resources considering the very same jurisdictional issues raised in dozens of other VIOXX® cases around the country, all of which will soon be before the MDL court. For all of the foregoing reasons, and for the reasons set forth in Merck's briefing with respect to its Motion to Stay, Merck respectfully requests that the Court stay this case in its entirety pending the MDL Panel's decision to transfer this case to the MDL court. Alternatively, if the Court elects to rule on the merits of the Plaintiff's motion to remand, the Court should deny the motion for the reasons set forth above.

MERCK & CO., INC.
By its attorneys:


/s/ *Bradley E. Abruzzi*
James J. Dillon (BBO# 124660)
Bradley E. Abruzzi (BBO# 651516)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02110-2600
(617) 832-1000

Dated: April 4, 2005

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 4, 2005 I e-filed the foregoing DEFENDANT MERCK & CO., INC.'S MEMORANDUM OF LAW IN SUPPORT OF ITS OPPOSITION TO THE PLAINTIFF'S MOTION TO REMAND, causing a true digital copy of same to be served simultaneously upon:

Joseph L. Doherty, Jr.
Joseph L. Doherty, Jr. & Associates
225 Franklin Street
Boston, MA  02110
**Counsel for Plaintiff Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D.**


_/s/ Bradley E. Abruzzi_

# EXHIBIT A

A CERTIFIED TRUE COPY

FEB 1 6 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 1 6 2005

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 FEB 17 AM 11: 37
LORETTA G. WHYTE
CLERK

*RELEASED FOR PUBLICATION*

*DOCKET NO. 1657*

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

### BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,[*] ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL

### TRANSFER ORDER

This litigation presently consists of 148 actions pending in 41 federal districts and listed on the attached Schedule A. Before the Panel are two motions, pursuant to 28 U.S.C. § 1407, that taken together seek centralization for coordinated or consolidated pretrial proceedings of all but one of these actions.[1] Plaintiff in one Eastern Louisiana action seeks centralization of this litigation in the Eastern or Western Districts of Louisiana. Defendant Merck & Co., Inc. (Merck) moves for centralization of this litigation in either the District of Maryland, the Southern District of Indiana, or the Northern District of Illinois. Merck also agrees with some plaintiffs that the District of New Jersey would be an appropriate transferee district. AmerisourceBergen Corp., a wholesaler defendant, supports centralization in the Maryland district. Most responding plaintiffs agree that centralization is appropriate, although some plaintiffs suggest alternative transferee districts, including the Northern District of Alabama, the Central or Northern Districts of California, the District of Delaware, the Southern District of Illinois, the District of Minnesota, the Eastern District of Missouri, the District of New Jersey, the Eastern or Southern Districts of New York, the Northern or Southern Districts of Ohio, the Western District of Oklahoma, the Eastern District of Pennsylvania, and the Southern or Western Districts of Texas.

---

[*] Judge Motz took no part in the decision of this matter.

[1] Included in the Section 1407 motions were eleven additional actions pending in the Central District of California (2), the Southern District of California (1), the Southern District of Illinois (2), the Southern District of Indiana (1), the Western District of Missouri (1), the Southern District of New York (1), the Northern District of Texas (1), and the Southern District of Texas (2). These actions have been either remanded to their respective state courts, voluntarily dismissed, or otherwise closed. Accordingly, inclusion of the actions in Section 1407 proceedings is moot.

One other action – *Teamsters Local 237 Welfare Fund, et al v. Merck & Co., Inc.*, S.D. New York, C.A. No. 1:04-9248 – was not included on either MDL-1657 motion and is now included in this transfer order. All parties to this action had notice of the proceedings before the Panel relating to Section 1407 centralization and had an opportunity to participate in those proceedings by stating their respective positions in writing and during the Panel's hearing session.

The Panel has been notified of nearly 300 potentially related actions pending in multiple federal districts. In light of the Panel's disposition of this docket, these actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

Fee _____
Process _____
X Dktd _____
_ CtRmDep. _____
__ Doc. No. _____

- 2 -

A CERTIFIED TRUE COPY

The three arguments in opposition to Section 1407 centralization can be summarized as follows: plaintiffs in two actions oppose inclusion of their actions in MDL-1657 proceedings because motions to remand their actions to state court are pending; plaintiffs in some Southern Texas actions along with plaintiffs in one third-party payor action pending in the Southern District of New York oppose these actions' inclusion in MDL-1657, arguing that individual questions of fact in their actions predominate over any common questions of fact and/or that discovery is already underway in these actions; and plaintiffs in one action pending in the Eastern District of New York oppose inclusion of their action in 1407 proceedings, since it involves additional claims relating to a different prescription medication not involved in other MDL-1657 actions

On the basis of the papers filed and hearing session held, the Panel finds that the actions in this litigation involve common questions of fact, and that centralization under Section 1407 in the Eastern District of Louisiana will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All actions focus on alleged increased health risks (including heart attack and/or stroke) when taking Vioxx, an anti-inflammatory drug, and whether Merck knew of these increased risks and failed to disclose them to the medical community and consumers  Centralization under Section 1407 is necessary in order to eliminate duplicative discovery, avoid inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary

The pendency of a motion to remand to state court is not a sufficient basis to avoid inclusion in Section 1407 proceedings  We note that motions to remand in two actions, one action each in the District of Kansas and the Eastern District of Missouri, as well as in any other MDL-1657 actions can be presented to and decided by the transferee judge  *See, e g , In re Ivy*, 901 F 2d 7 (2d Cir 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F Supp 2d 1346, 1347-48 (J.P M.L 2001).

Nor are we persuaded by the arguments of some opposing Texas plaintiffs and the New York third-party payor plaintiffs  We point out that transfer under Section 1407 has the salutary effect of placing all actions in this docket before a single judge who can formulate a pretrial program that: 1) allows discovery with respect to any non-common issues to proceed concurrently with discovery on common issues, *In re Joseph F Smith Patent Litigation*, 407 F Supp 1403, 1404 (J P M L 1976); and 2) ensures that pretrial proceedings will be conducted in a manner leading to the just and expeditious resolution of all actions to the overall benefit of the parties  We note that the MDL-1657 transferee court can employ any number of pretrial techniques – such as establishing separate discovery and/or motion tracks – to efficiently manage this litigation  In any event, we leave the extent and manner of coordination or consolidation of these actions to the discretion of the transferee court  *In re Mutual Funds Investment Litigation*, 310 F Supp 2d 1359 (J P.M L 2004). It may be, on further refinement of the issues and close scrutiny by the transferee judge, that some claims or actions can be remanded to their transferor districts for trial in advance of the other actions in the transferee district  But we are unwilling, on the basis of the record before us, to make such a determination at this time  Should the transferee judge deem remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay  *See* Rule 7 6, 199 F.R D. at 436-38  We are confident in the transferee judge's ability to streamline pretrial proceedings in these actions, while concomitantly directing the appropriate resolution of all claims

- 3 -

The Panel is persuaded, however, that claims involving a prescription drug other than Vioxx in one Eastern District of New York action do not share sufficient questions of fact with claims relating to Vioxx to warrant inclusion of these non-Vioxx claims in MDL-1657 proceedings

Given the geographic dispersal of constituent actions and potential tag-along actions, no district stands out as the geographic focal point for this nationwide docket Thus we have searched for a transferee judge with the time and experience to steer this complex litigation on a prudent course By centralizing this litigation in the Eastern District of Louisiana before Judge Eldon E. Fallon, we are assigning this litigation to a jurist experienced in complex multidistrict products liability litigation and sitting in a district with the capacity to handle this litigation

IT IS THEREFORE ORDERED that, pursuant to 28 U S C § 1407, the actions listed on the attached Schedule A and pending outside the Eastern District of Louisiana are transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Eldon E Fallon for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

IT IS FURTHER ORDERED that claims in *Dominick Cain, et al. v Merck & Co , Inc , et al ,* E D New York, C A No. 1:01-3441, against Pharmacia Corp , Pfizer Inc., and G D Searle & Co relating to a prescription medication other than Vioxx are simultaneously separated and remanded to the Eastern District of New York.

FOR THE PANEL:

Wm Terrell Hodges
Chairman

# SCHEDULE A

<u>MDL-1657 -- In re Vioxx Products Liability Litigation</u>

**SECT. L MAG. 3**

CASE No. ASSIGNED
EASTERN DIST OF LOUISIANA

### Middle District of Alabama

| | |
|---|---|
| *Paul Turner, Sr. v. Merck & Co., Inc.*, C.A. No. 1:04-999 | 05-0428 |
| *Danny M. Wilson v. Merck & Co., Inc.*, C.A. No. 2:03-844 | 05-0429 |

### Northern District of Alabama

| | |
|---|---|
| *Carolyn O. Hensley, etc. v. Merck & Co., Inc.*, C.A. No. 1:03-906 | 05-0430 |
| *William Cook v. Merck & Co., Inc., et al.*, C.A. No. 2:02-2710 | 05-0431 |
| *Sharon Scott Jones v. Merck & Co., Inc.*, C.A. No. 5:04-3079 | 05-0432 |

### Southern District of Alabama

| | |
|---|---|
| *Carolyn Younge, etc. v. Merck & Co., Inc., et al.*, C.A. No. 1:03-125 | 05-0433 |

### Eastern District of Arkansas

| | |
|---|---|
| *Linda Sue Otts v. Merck & Co., Inc.*, C.A. No. 5:04-57 | 05-0434 |

### Western District of Arkansas

| | |
|---|---|
| *Bobby Brown, et al. v. Merck & Co., et al.*, C.A. No. 4:04-4140 | 05-0435 |
| *Arthur Fulton, etc. v. Merck & Co., Inc.*, C.A. No. 6:03-6107 | 05-0436 |

### Central District of California

| | |
|---|---|
| *Charles Ashman v. Merck & Co., Inc.*, C.A. No. 2:04-8225 | 05-0437 |
| *Janet Briggs v. Merck & Co., Inc.*, C.A. No. 2:04-9275 | 05-0438 |

### Northern District of California

| | |
|---|---|
| *Kathy Tokes v. Merck & Co., Inc.*, C.A. No. 3:04-4435 | 05-0439 |
| *Patricia A. Taylor v. Merck & Co., Inc.*, C.A. No. 3:04-4510 | 05-0440 |
| *Jeffrey Brass v. Merck & Co., Inc.*, C.A. No. 3:04-4521 | 05-0441 |

### Middle District of Florida

| | |
|---|---|
| *Frances Dunleavey, et al. v. Merck & Co., Inc.*, C.A. No. 2:04-539 | 05-0442 |

- A2 -

MDL-1657 Schedule A (Continued)

**SECT. L MAG. 3**

### Northern District of Florida

*Benjamin Burt, et al  v  Merck & Co , Inc.*, C A  No. 3:04-388          05-0443

### Southern District of Florida

*Ellen B. Gerber, et al  v  Merck & Co , Inc*, C A  No. 0:04-61429          05-0444
*Josefa Abraham, et al  v. Merck & Co , Inc*, C A  No. 1:04-22631          05-0445
*Sidney Schneider v  Merck & Co , Inc., et al*, C A -No  1:04-22632          05-0446
*Clara Fontanilles v. Merck & Co , Inc*, C A. No. 1:04-22799          05-0447
*Stanley Silber, et al  v  Merck & Co., Inc*, C A  No 9:04-80983          05-0448

### Northern District of Georgia

*Richard Zellmer v  Merck & Co , Inc., et al*, C.A  No  1:03-2530          05-0449
*Edna Strickland v  Merck & Co , Inc.*, C A  No. 1:04-3231          05-0450

### Northern District of Illinois

*Linda Grant, et al  v  Merck & Co , Inc.*, C A  No. 1:04-6407          05-0451
*Constance Oswald v  Merck & Co , Inc*, C.A  No  1:04-6741          05-0452
*Anita Ivory v  Merck & Co , Inc*, C A  No. 1:04-7218          05-0453

### Southern District of Illinois

*Roberta Walson, etc. v  Merck & Co., Inc.*, C.A  No. 3:04-27          05-0454
*John Ellis v. Merck & Co., Inc , et al*, C A  No  3:04-792          05-0455
*Bilbrey v. Merck & Co , Inc*, C A. No  3:04-836          05-0456

### Southern District of Indiana

*Estate of Lowell D  Morrison v  Merck & Co , Inc*, C A  No  1:03-1535          05-0457
*Kimberly Van Jelgerhuis, et al  v  Merck & Co , Inc*, C A  No  1:04-1651          05-0458

### District of Kansas

*Vicky Hunter v  Merck & Co., Inc.*, C A  No  2:04-2518          05-0459
*Betty S  Smith v  Merck & Co , Inc*, C A  No  6:04-1355          05-0460

- A3 -

MDL-1657 Schedule A (Continued)

SECT. 1 MAG. 3

### Eastern District of Kentucky

| | |
|---|---|
| Daniel K. Williams v Merck & Co., Inc., C.A. No. 2:04-235 | 05-0461 |
| Richard J. Getty, et al v Merck & Co., Inc., C.A. No 5:04-452 | 05-0462 |

### Eastern District of Louisiana

Salvadore Christina, Sr v Merck & Co., Inc, C.A. No 2:04-2726
Angelis Alexander v Merck & Co., Inc, C.A No. 2:04-2845
Leonce Davis v Merck & Co., Inc, C.A. No 2:04-2937
Mary V. Gagola v Merck & Co., Inc., C.A. No 2:04-3053
Christine L Parr v Merck & Co, Inc, C.A No 2:04-3054
Clifton Adam Savage, Sr v. Merck & Co., Inc., C.A. No. 2:04-3055
Delores Thomas Robertson v Merck & Co., Inc, C.A. No. 2:04-3056
Howard Mark Falick v. Merck & Co., Inc., C.A No 2:04-3060
Warren L Gottsegen, M.D v Merck & Co., Inc, C.A. No. 2:04-3065

### Middle District of Louisiana

| | |
|---|---|
| Michael Wayne Russell v Merck & Co, Inc, C.A. No. 3:04-712 | 05-0463 |
| Linda Kay Hudson v Merck & Co, Inc, C.A. No 3:04-776 | 05-0464 |
| Jesse Wilkinson v Merck & Co, Inc, C.A. No 3:04-800 | 05-0465 |
| Wilson Brown v Merck & Co., Inc., C.A. No 3:04-801 | 05-0466 |
| Dorothy Bracken v Merck & Co. Inc, C.A. No 3:04-802 | 05-0467 |
| James Edward Benoit v Merck & Co., Inc., C.A. No 3:04-803 | 05-0468 |
| Clarence Chiszle v Merck & Co., Inc., C.A.A. No 3:04-804 | 05-0469 |

### Western District of Louisiana

| | |
|---|---|
| Anthony J. Mallet, et al v Merck & Co., Inc., et al., C.A. No. 2:02-2304 | 05-0470 |
| Calvin Warren, et al v Merck & Co., Inc., C.A. No 3:04-2110 | 05-0471 |
| Vicki White v Merck & Co., Inc, C.A. No 3:04-2126 | 05-0472 |
| Norma Merrit, et al. v. Merck & Co, Inc, C.A. No 5:03-1401 | 05-0473 |
| Herchial Wright, et al v Merck & Co, Inc, C.A. No 5:04-2268 | 05-0474 |
| Leroy Bates, et al v Merck & Co, Inc, C.A. No. 5:04-2269 | 05-0475 |
| Vaughn McKnight v. Merck & Co., Inc, C.A. No 5:04-2270 | 05-0476 |
| Josephine Harper v Merck & Co., Inc., C.A. No. 5:04-2271 | 05-0477 |
| Lendell Burns, et al v Merck & Co., Inc., C.A. No 5:04-2272 | 05-0478 |
| Leona Sadler v Merck & Co., Inc, C.A. No 5:04-2273 | 05-0479 |
| William Tice, et al v Merck & Co., Inc, C.A. No 5:04-2274 | 05-0480 |
| Maynard Butler, et al v Merck & Co., Inc., C.A. No 5:04-2275 | 05-0481 |
| Marion Evans, et al v. Merck & Co, Inc, C.A. No. 5:04-2276 | 05-0482 |
| Donna Lavergne v Merck & Co. Inc, C.A. No 6:04-2174 | 05-0483 |

- A4 -

**MDL-1657 Schedule A (Continued)**

RECEIVED 3

### District of Maryland

| | |
|---|---|
| *Lindsey Edler, etc. v. Merck & Co., Inc., C.A. No. 1:03-3612* | 05-0484 |
| *Melvin Biles v. Merck & Co., Inc., C.A. No. 1:04-975* | 05-0485 |
| *David Morris, Jr. v. Merck & Co., Inc., C.A. No. 8:04-3024* | 05-0486 |
| *Daniel Martin Jeffers, et al. v. Merck & Co., Inc., C.A. No. 8:04-3604* | 05-0487 |

### District of Massachusetts

| | |
|---|---|
| *Frank R. Saia v. Merck & Co., Inc., C.A. No. 1:04-12166* | 05-0488 |

### District of Minnesota

| | |
|---|---|
| *Carolyn Y. Glover v. Merck & Co., Inc., C.A. No. 0:03-5166* | 05-0489 |
| *Lowell Burris, Jr. v. Merck & Co., Inc., C.A. No. 0:04-4375* | 05-0490 |
| *Shirley Homister v. Merck & Co., Inc., C.A. No. 0:04-4754* | 05-0491 |

### Northern District of Mississippi

| | |
|---|---|
| *Frances Shannon, et al. v. Merck & Co., Inc., et al., C.A. No. 2:03-105* | 05-0492 |

### Southern District of Mississippi

| | |
|---|---|
| *Leona McFarland et al. v. Merck & Co., Inc., et al, C.A. No. 2:03-247* | 05-0493 |
| *Bettye J. Magee, et al. v. Merck & Co., Inc., et al., C.A. No. 2:03-249* | 05-0494 |
| *Jerry Melton v. Merck & Co., Inc., et al., C.A. No. 2:04-372* | 05-0495 |
| *Janet Sue Morgan, et al. v. Merck & Co., Inc., et al., C.A. No. 3:03-435* | 05-0496 |
| *Brenda Price, et al. v. Merck & Co., Inc., et al., C.A. No. 3:04-866* | 05-0497 |

### Eastern District of Missouri

| | |
|---|---|
| *Deyonne E. Whitmore v. Merck & Co., Inc., C.A. No. 4:03-1354* | 05-0498 |
| *Janice Perkins v. Merck & Co., Inc., C.A. No. 4:04-1446* | 05-0499 |
| *Jurhee Bench v. Merck & Co., Inc., C.A. No. 4:04-1447* | 05-0500 |

### Western District of Missouri

| | |
|---|---|
| *Caroline Nevels v. Merck & Co., Inc., et al., C.A. No. 4:04-952* | 05-0501 |
| *Russell Young, etc. v. Merck & Co., C.A. No. 6:04-5117* | 05-0502 |

- A5 -

MDL-1657 Schedule A (Continued)

SECT. L MAG.3

### District of New Jersey

| | |
|---|---|
| Patrick Besaw v Merck & Co , Inc , C.A No 3:04-5178 | 05-0503 |
| Brenda Aguero, et al v Merck & Co , Inc , C.A No 3:04-5341 | 05-0504 |

### Eastern District of New York

| | |
|---|---|
| Dominick Cain, et al v Merck & Co , Inc , et al., C A No. 1:01-3441 | 05-0505 |
| William Hanson v Merck & Co , Inc , C A No 1:04-2949 | 05-0506 |
| Jerome Covington v. Merck & Co , Inc , C.A No 1:04-4439 | 05-0507 |
| Alan Mell v Merck & Co , Inc , C A No. 1:04-4606 | 05-0508 |
| Lorraine Fialo v. Merck & Co., Inc , C.A No. 1:04-4686 | 05-0509 |
| Lawrence Wright, et al v Merck & Co , Inc , C.A No 2:04-4485 | 05-0510 |
| William Fontanetta, et al. v. Merck & Co , Inc , C A No 2:04-4486 | 05-0511 |

### Southern District of New York

| | |
|---|---|
| Laney C Davis v Merck & Co , Inc , C A. No. 1:04-8082 | 05-0512 |
| Elizabeth Aiken v Merck & Co , Inc , C.A No. 1:04-8085 | 05-0513 |
| Walter McNaughton v Merck & Co Inc , C A. No. 1:04-8297 | 05-0514 |
| Carmen M Pagan, et al v Merck & Co , Inc , C A. No. 1:04-8959 | 05-0515 |
| Teamsters Local 237 Welfare Fund, et al v. Merck & Co , Inc , C A. No 1:04-9248 | 05-0516 |
| Anna Quick v Merck & Co , Inc , C A. No. 7:04-8169 | 05-0517 |

### Northern District of Ohio

| | |
|---|---|
| Marjory Knoll v Merck & Co , Inc., C.A. No. 1:04-2209 | 05-0518 |
| Danford K Jones et al v Merck & Co , Inc , C A No 1:04-2217 | 05-0519 |
| JAMES E. Meadows, et al v Merck & Co., Inc., C.A. No. 1:04-2229 | 05-0520 |
| Wanda Moldovan et al v Merck & Co., Inc , C.A. No 1:04-2245 | 05-0521 |
| Janet Dauterman, et al v Merck & Co , Inc , C A No 3:03-7623 | 05-0522 |

### Western District of Oklahoma

| | |
|---|---|
| Paul E House v Merck & Co., Inc., C A No 5:04-1235 | 05-0523 |

### Eastern District of Pennsylvania

| | |
|---|---|
| Henry Smith, et al v Merck & Co., Inc., C A No 2:04-4713 | 05-0524 |
| Michelle Donovan v Merck & Co., Inc., C.A No 2:04-4882 | 05-0525 |
| Gwendolyn L. Carr v. Merck & Co , Inc , C.A. No 2:04-4900 | 05-0526 |
| Fred S Engle v Merck & Co , Inc , C.A. No 2:04-5077 | 05-0527 |
| Merrick Sirota, et al v Merck & Co , Inc , C.A No 2:04-5130 | 05-0528 |

- A6 -

MDL-1657 Schedule A (Continued)                    **SECT. | MAG. 3**

### District of Puerto Rico

*Rafael Gonzalez-Arias, et al  v  Merck & Co , Inc , C.A  No  3:04-2263*          05-0529

### District of South Carolina

*Bridget Elaine Michaud, etc  v  Merck & Co., Inc., C.A. No  4:03-3083*          05-0530

### Eastern District of Texas

| | |
|---|---|
| *Arthur Clifford Hall, et al  v  Merck & Co , Inc., C.A. No  1:04-684* | 05-0531 |
| *Brenda Lewis, et al  v  Merck & Co., Inc , C.A  No  1:04-685* | 05-0532 |
| *Billie Painton, et al  v  Merck & Co , Inc , C.A  No  1:04-686* | 05-0533 |
| *Lovincy Richard, et al  v  Merck & Co , Inc., et al , C.A. No. 1:04-703* | 05-0534 |
| *Bill Jolley, et al. v. Merck & Co , Inc , C.A  No  2:04-376* | 05-0535 |
| *Marian Williamson, etc  v  Merck & Co , Inc  C.A  No  2:04-406* | 05-0536 |
| *Deborah Daley, etc  v  Merck & Co., Inc., et al., C.A  No  6:03-509* | 05-0537 |

### Northern District of Texas

| | |
|---|---|
| *Dellas Staples, et al  v  Merck & Co , Inc , et al , C.A  No  3:03-180* | 05-0538 |
| *Michael R  Leonard  v  Merck & Co , Inc , C.A  No  3:04-2157* | 05-0539 |
| *Jack A  Register, et al  v  Merck & Co , Inc , et al , C.A. No  3:04-2259* | 05-0540 |

### Southern District of Texas

| | |
|---|---|
| *Heirs of the Estate of Pablo Flores v. Merck & Co  Inc , et al , C.A  No. 2:03-362* | 05-0541 |
| *Audona Sandoval v. Merck & Co , Inc , C.A  No. 2:04-544* | 05-0542 |
| *Jeffrey L  Denny, et al  v  Merck & Co., Inc., et al , C.A  No  3:04-526* | 05-0543 |
| *Kimberly D  Stubblefield, etc  v  Merck & Co., Inc., et al , C.A. No. 4:02-3139* | 05-0544 |
| *John P  Eberhardt v  Merck & Co , Inc , C.A. No. 4:03-1380* | 05-0545 |
| *Myrtle Louise Bell, et al  v  Merck & Co., Inc., et al , C.A  No. 4:03-3448* | 05-0546 |
| *Thomas Joseph Pikul, etc  v  Merck & Co , Inc., et al , C.A  No  4:03-3656* | 05-0547 |
| *Opalene Stringer, et al  v  Merck & Co., Inc., et al , C.A  No  4:03-3657* | 05-0548 |
| *Reginald K  Fears v  Merck & Co , Inc , C.A. No  4:04-4187* | 05-0549 |
| *Peggy J  Balch v  Merck & Co , Inc , C.A  No  4:04-4201* | 05-0550 |
| *John R  Stout v  Merck & Co , Inc , C.A  No  4:04-4205* | 05-0551 |
| *Charles C  Gilmore v  Merck & Co , Inc., C.A. No  4:04-4206* | 05-0552 |
| *Johnny White v  Merck & Co , Inc , C.A  No  4:04-4207* | 05-0553 |
| *Donna Hale v  Merck & Co , Inc , C.A  No  4:04-4208* | 05-0554 |
| *Bernadette Young v  Merck & Co , Inc , C.A. No. 4:04-4209* | 05-0555 |
| *William B  Gregory, Jr. v  Merck & Co., Inc., C.A  No  4:04-4327* | 05-0556 |

- A7 -

**MDL-1657 Schedule A (Continued)**

<u>Southern District of Texas</u> (Continued)



| | |
|---|---|
| *Patricia Benavides, etc. v. Merck & Co., Inc., et al*, C.A No 5:03-134 | 05-0557 |
| *Patricia Benavides, etc. v. Merck & Co., Inc., et al*, C.A No 5:04-153 | 05-0558 |
| *Olga Sanchez v. Merck & Co., Inc., et al*, C.A. No. 7:04-352 | 05-0559 |
| *Maria Emma Hinojosa v. Merck & Co., Inc.*, C.A. No. 7:04-373 | 05-0560 |

<u>Western District of Texas</u>

| | |
|---|---|
| *Joe Hopson, etc. v. Merck & Co., Inc., et al*, C.A. No 1:04-485 | 05-0561 |
| *Larry Lee Bauman, et al. v. Merck & Co., Inc.*, C.A. No. 1:04-707 | 05-0562 |
| *Carolyn Reed, etc. v. Minor, et al*, C.A. No. 1:04-731 | 05-0563 |

<u>District of Utah</u>

| | |
|---|---|
| *Della Jo Salt, et al. v. Merck & Co., Inc.*, C.A No 2:01-794 | 05-0564 |

<u>District of Vermont</u>

| | |
|---|---|
| *Sara Cheeseman v. Merck & Co. Inc.*, C.A No 1:04-261 | 05-0565 |

<u>Western District of Virginia</u>

| | |
|---|---|
| *Catherine Wheatley, etc. v. Merck & Co., Inc., et al*, C.A. No. 2:04-20 | 05-0566 |

Judicial Panel on Multidistrict Litigatio    Panel Attorney Service List                    Page 1

Docket: 1657 - In re Vioxx Products Liability Litigation                SCHEDULE B
Status: Transferred on 02/16/2005
Transferee District: LAE    Judge: Fallon, Eldon E                        Printed on 02/16/2005

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Allen Jr T Scott<br>Cruse Scott Henderson & Allen<br>2777 Allen Parkway<br>7th Floor<br>Houston TX 77019 | => Arango M D , Dario*; Dario Arango, M D . P A dba Arango Family & Industrial Clinic*· Dennis Dr Michael D *; Suderman. D O  Emery L * |
| Americsourcebergen<br>1300 Morris Drive<br>Suite 100<br>Chesterbrook PA 19087 | => Amerisource Inc ; Amerisourcebergen#; Bergen Brunswig Drug Co # |
| Arsenault Richard J<br>Neblett Beard & Arsenault<br>P O Box 1190<br>Alexandria LA 71309-1190 | => Lavergne Donna |
| Aylstock Bryan F<br>Aylstock Witkin & Sasser P L C<br>55 Baybridge Drive<br>Gulf Breeze FL 32561 | => Price Bobby; Price Brenda |
| Bailey Blake H<br>Bailey Law Firm<br>112 South Broadway<br>Tyler TX 75702 | => Bailey Jerlene*; Ford James*; Harrington John*; Hollandsworth James*; Irvin Barbara*; Jolley Bill*; Morrison. Ethel*· Smith Shirley*; Williams James*; Young David* |
| Barkley Steven C<br>3560 Delaware<br>Suite 305<br>Beaumont TX 77706 | => Hall (Ind /Rep /Est -Margaret Isabel) Arthur Clifford; Hall  Eliot· Hall  Frank Harold |
| Barrett David A<br>Boies Schiller & Flexner LLP<br>570 Lexington Avenue<br>16th Floor<br>New York NY 10022 | => Cain Alex*; Moss Bobbie*; Watkins William* |
| Becnel, Bradley Douglas<br>Law Offices Of Daniel E Becnel. Jr<br>425 W Airline Hwy<br>Suite B<br>Laplace LA 70068 | => Savage Sr  Clifton Adam |
| Becnel Jr Daniel E<br>Law Offices of Daniel E Becnel Jr<br>106 West Seventh Street<br>P O Drawer H<br>Reserve LA 70084-2095 | => Benoit James Edward; Bracken, Dorothy  Brown Wilson; Chiszle Clarence: Christina. Sr  Salvadore*; Davis Leonce; Falick. Howard Mark; Gagola  Mary V ; Hudson  Linda Kay; Parr  Christine L ; Robertson  Delores Thomas; Wilkinson. Jesse |
| Bergen Brunswig.<br>P O Box 959<br>Valley Forge PA 19482 | => Bergen Brunswig Drug Co  dba Amerisourcebergen |
| Berger. C William<br>Furr & Cohen<br>One Boca Place<br>2255 Glades Road | => Silber  Stanley; Silber. Susan |

Note: Please refer to the report title page for complete report scope and key

*(Panel Attorney Service List for MDL 1 657 Contin:*    Page 2

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

Suite 337W
Boca Raton, FL 33431

Birchfield Jr Andy D
Beasley Allen Crow Methvin Portis & Miles
P O Box 4160
234 Commerce Street
Montgomery AL 36103-4160

=> Abram Antoinette*; Adams (Behalf-Janet) Eddie William*; Brown (Behalf-Stephen Anthony) Tracy*; Chapman, Eunice*; Cook. William*; Early Reginald*; Eckols Lula*; Eckols Tommy Lee*; Flanagan Geneva L *; Gough, Jerry*; Halbert Josephine*; Harmon Roy*; Holmes Gene*; Hopkins (Behalf-Emma Conner) Willie Mae*; Hudson Camillia Faye*; Johnson Sharon*; Jones Annie*; Jones, Jessie Lee*; King Tonya Lynn*; Logan Joe W *; Magee. Bettye J *; Maynor Linder*; McFarland Leona*; McMillan Louise*; McNeil Bessie*; Morgan Janet Sue*; Morgan Stephanie*; Moulds (Behalf-Alice Lessie Atchley) Rachel*; Norwood Annie*; Oliver (Behalf-Kenneth Ray) Frances Ann*; Otts Linda Sue*; Parsons Mary*; Payton Eddie William*; Pegues Riella*; Powell, Susie M *; Smith. James*; Starling, Lamont*; Sykes. Melissa*; Tucker Barbara*; Warren James Howard*; Wheatley (Adm /Est -Carl) Catherine*; Wheaton Rosie C *; Younge (Ind /Adm /Est -Charles Marvin) Carolyn*; Zellmer, Richard*

Bradford  Reshonda L
Singleton Law Firm
4050 Linwood Ave
Shreveport  LA 71108

=> Allegretto Fran; Anderson, Comecia; Anderson Frederick; Baylor. Ruthie; Brooks Magaline; Edwards Joe Ree; Garcie Mattie; Hall Calvin; Kersee Mary; Merrit Norma; Netter Carlos; Payne Minnie; Rice Thelma; Upshaw James

Bruno Joseph M
Bruno & Bruno LLP
855 Baronne Street
New Orleans LA 70113

=> Alexander Angelis*

Buchanan  Virginia M
Levin Papatonio Thomas Mitchell et al
316 South Baylen Street Suite 600
P O  Box 12308
Pensacola FL 32501

=> Burt Benjamin R ; Burt Shirley

Cabraser  Elizabeth J
Lieff Cabraser Heimann & Bernstein. LLP
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco  CA 94111-3339

=> Aguero. Brenda*; Herke Sherrill*

Carboy  Andrew J
Sullivan Papain. Block McGrath & Cannavo
120 Broadway
18th Floor
New York NY 10271

=> Fontanetta. Robin; Fontanetta William

Carroll  Raymond S
Law Offices Of Weiner,carroll & Strauss
119 Rockland Center
Suite 425
Nanuet  NY 10954

=> McNaughton Walter*

Colingo Joseph R
Williams Heidelberg et al
P O Box 1407
711 Delmas Avenue
Pascagoula MS 39568-1407

=> Stewart Dr Reginald

Cory, Ernest
Cory Watson Crowder & DeGaris P C
2131 Magnolia Avenue

=> Fulton (Adm /Est -Rebeka Kayla Schultz) Arthur*; Hensley (Exe /Est -Henry Lee) Carolyn O *

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Suite 200 Birmingham AL 35205 | |
| Craig Jr C York Craig Hester Luke & Dodson P O Box 12005 Jackson MS 39236-2005 | => Columbia Discount Drugs Inc ; Super D #143 |
| Crum Richard E Cobb Shealy Crum & Derrick, P A P O Box 6346 Dothan AL 36302-6346 | => Turner Sr Paul* |
| D Amato Jr John Michael Russo Scamardella & D Amato P C 1010 Forest Avenue Staten Island NY 10310 | => Fialo, Lorriane |
| Deters Eric C Eric C Deters & Associates P S C 5247 Madison Pike Independence KY 41051 | => Williams Daniel K * |
| Dixon Ivan 8413 Edgewood Drive Rowlett TX 75089 | => Dixon, Ivan |
| Eberhardt John P #1083045 1100 FM 655 Rosharon TX 77583 | => Eberhardt John P |
| Edelman Daniel A Edelman Combs & Latturner LLC 120 South LaSalle Street 18th Floor Chicago IL 60603 | => Ivory Anita |
| Edmonson, Richard M Armstrong Allen PLLC 4450 Old Canton Road Suite 210 Jackson MS 39211 | => Fred s Express |
| Fayard, Jr. Calvin C Fayard & Honeycutt 519 Florida Avenue, S W Denham Springs LA 70726 | => Russell Michael Wayne* |
| Fears, Reginald K James H Byrd Unit 21 FM 247 Huntsville TX 77320 | => Fears, Reginald K |
| Federman William B Federman & Sherwood 120 North Robinson Avenue Suite 2720 Oklahoma City OK 73102 | => House, Paul E *; Leonard Michael R * |

*(Panel Attorney Service List for MDL 1 657 Contin.*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Fiesta Ronald V<br>Kenneth B Moll & Associates Ltd<br>Three First National Plaza<br>50th Floor<br>Chicago IL 60602 | => Chartrand, Larry*; Grant Linda* |
| Flowers R Allen<br>Flowers Law Firm<br>341 North 25th Avenue<br>Hattiesburg MS 39401 | => Willis M D  Todd |
| Foster Shawn G<br>Davis, Bethune & Jones LLC<br>1100 Main Street<br>Suite 2390<br>Kansas City MO 64105 | => Bench Jurhee*; Hunter, Vicky* |
| Fox, Dana Casselli<br>Waters & Kraus<br>3219 McKinney Avenue<br>Suite 3000<br>Dallas TX 75204 | => Baldoni, Eugene; Blumfield Travis; Brumfield Travis; Lassig Ashley; Lassig Leonard; Lassig Martha;<br>Pearson Carolyn; Pearson Elizabeth; Smith Carolyn; Smith Eric; Staples Billy; Staton<br>(Ind /Per /Rep /Heirs/Est -David Wayne) Rosa Linda; Valdone Chip |
| Freese Richard A<br>Sweet & Freese  P L L C<br>P O Box 1178<br>Jackson MS 39215 | => Melton  Jerry |
| Gallagher Michael T<br>Gallagher Law Firm  P C<br>777 Walker Street<br>Suite 2500<br>Houston TX 77002 | => Balch Peggy J * |
| Gancedo Hector G<br>Gancedo & Nieves<br>144 West Colorado Blvd<br>Pasadena, CA 91105 | => Briggs  Janet |
| Garcia Ricardo A<br>820 S Main Street<br>McAllen, TX 78501 | => Sanchez Olga* |
| Gibson Mary<br>P O Box 400<br>St Marys GA 31558 | => Gibson, Mary |
| Goldser, Ronald S<br>Zimmerman Reed  P L L P<br>651 Nicollet Mall<br>Suite 501<br>Minneapolis MN 55402-4123 | => Dauterman Brock; Dauterman Holly; Dauterman Janet; Dauterman Rod Dauterman Ryan; Glover<br>Carolyn Y ; Michaud (Ind /Per /Rep on behalf of the Estate of Andre Adrian Michaud Decedent Andre<br>Adrian Michaud) Bridget Elaine; Whitmore, Deyonne E |
| Goldwasser Andrew S<br>Ciano & Goldwasser<br>460 MK Ferguson Plaza<br>1500 West Third Street<br>Suite 460<br>Cleveland OH 44113 | => Knoll Marjory |

Panel Attorney Service List for MDL 1 657 Continu

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Graffeo C Anthony<br>Watson Jimmerson Givhan et al<br>203 Greene Street<br>P O Box 18368<br>Hunsrville AL 35804 | => Jones Sharon Scott |
| Griesenbeck, Tim T<br>Plunkett & Gibson<br>Renaissance Plaza, Suite 1100<br>70 N E Loop 410<br>P O Box 795061<br>San Antonio TX 78216 | => Mercy Hospital of Loredo d/b/a Mercy Regional Medical Center |
| Griffith Patricia<br>1045 Evelyn Avenue<br>Clarksdale MS 38614<br>*** Bad Address *** | => Griffith Patricia |
| Guerriero, Jeffrey D<br>Guerriero & Guerriero<br>P O Box 4092<br>Monore LA 71211-4092 | => Warren Calvin; Warren Jessica |
| Harke Lance A<br>Harke & Clasby<br>155 South Miami Avenue<br>Suite 600<br>Miami FL 33130 | => Fontanilles Clara |
| Hebderson Craig D<br>Gary Thomasson Hall & Mark<br>Professional Corp<br>P O Box 2888<br>210 S Carancahua<br>Corpus Christi TX 78403 | => Reed (Ind /widow-Johnney) Carolyn |
| Hockema David Hadden<br>Hockema, Tippit & Escobedo L L P<br>1 Paseo Del Prado<br>Bldg 101<br>P O Box 720540<br>McAllen, TX 78504-0540 | => Hinojosa, Maria Emma* |
| Hodges Robert M<br>Wise Carter, Child & Caraway<br>P O Box 651<br>Jackson, MS 39205-0651 | => Mississippi Emergency Associates P A |
| Howell III Jesse L<br>Copeland Cook, Taylor & Bush P A<br>200 Concourse, Suite 200<br>1062 Highland Colony Parkway<br>P O Box 6020<br>Ridgeland MS 39158-6020 | => Bonners Pharmacy* |
| Hughes John F<br>Wilkins Stephens & Tipton<br>P O Box 13429<br>Jackson MS 39236-3429 | => Reid, M D Richard |

*(Panel Attorney Service List for MDL 1 657 Continu*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Hutton, Mark B<br>Hutton & Hutton<br>P O Box 638<br>Wichita KS 67201 | => Smith, Betty S |
| Hylla David A<br>Bilbrey & Hylla<br>8724 Pin Oak Road<br>P O Box 975<br>Edwardsville IL 62025<br>*** Bad Address *** | => Bilbrey, Patricia |
| Johnson, Dennis J<br>Johnson & Perkinson<br>1690 Williston Road<br>P.O Box 2305<br>S Burlington VT 05403 | => Cheeseman Sara* |
| Johnson Walter T<br>Watkins & Eager<br>P O Box 650<br>Jackson MS 39205-0650 | => G D Searle & Co ; G D Searle LLC Monsanto Co ; Pharmacia Corp |
| Johnson III Whitman B<br>Currie Johnson, Griffin Gaines & Myers<br>P O Box 750<br>Jackson MS 39205-0750 | => Lee M D Charles D |
| Jones Christy D<br>Butler Snow O Mara Stevens & Cannada<br>P.O Box 22567<br>Jackson MS 39225-2567 | => Delta Discount Drugs Inc |
| Josephson Richard L<br>Baker Botts LLP<br>One Shell Plaza<br>910 Louisana Street<br>Suite 3000<br>Houston TX 77002-9934 | => R/D Clinical Research Inc Resnick M D Harvey |
| Katz, Melissa C<br>Waters & Kraus<br>3219 Mckinney<br>Suite 3000<br>Dallas TX 75204 | => Bareham, Sandra Bolen Larry; Briggs Robert; Conditt Kathy; Holland Michael; Joiner Sherri<br>Knowles Katrina; Lenormand Pamela; Mitchell, Robert: Taucer Albert; Thompson John; Tucker Jerry |
| Kegerreis Sharon L<br>Hughes Hubbard & Reed LLP<br>201 S Biscayne Boulevard<br>Suite 2500<br>Miami FL 33131-4332 | => Publix Super Markets, Inc |
| Kennedy R Eric<br>Weisman Kennedy & Berris<br>1600 Midland Building<br>101 Prospect Avenue, West<br>Cleveland OH 44115 | => Jones Danford K * Jones Gilda C * |
| Kleinberg Norman C<br>Hughes Hubbard & Reed LLP | => Merck & Co Inc * |

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| One Battery Park Plaza<br>New York NY 10004 | |
| Knoll. Marjory<br>Law Office Of Robert J. Dicello<br>7556 Mentor Avenue<br>Mentor OH 44060 | => Meadows. James E *; Meadows Jr. James E ; Meadows June; Meadows. Stephen G |
| Kolman Timothy M<br>Timothy M Kolman And Associates<br>225 North Flowers Mill Road<br>The Shoppes at Flowers Mill<br>Langhorne. PA 19047 | => Donovan Michelle |
| Lamp. Joel C<br>Assistant General Counsel<br>Tort Litigation Division Wal-Mart Stores Inc<br>702 S W 8th Street<br>Bentonville. AR 72716-0215 | => Wal-Mart Stores Inc |
| Land John W<br>Bryan Nelson Randolph & Weathers<br>P O Drawer 18109<br>Hattiesburg MS 39404-8109 | => Mettsave Drugs; Quitman Drug Co |
| Lanier W Mark<br>Lanier Law Firm<br>6810 FM 1960 West<br>Houston, TX 77069 | => Brown Bobby*· Brown Linda*; Daley (Ind /Rep /Est -Robert Deleon & Next Friend for Scott A  &<br>Shirley Mann) Deborah*; Stubblefield (Ind /Rep /Est -Keith Jerome & Next Friend-Keith Jerome<br>Korietta Lashay Kendall Wayne& Kedrick Roy). Kimberly D * |
| Leathers Jeffrey D<br>Greer Pipkin Russell. Dent & Leathers<br>P O Box 907<br>Tupelo MS 38802 | => Community Discount Pharmacy* |
| Leesfield Ira H<br>Leesfield. Leighton Rubio & Mahfood P A<br>2350 South Dixie Highway<br>Miami FL 33133 | => Schneider Sidney |
| Levin Arnold<br>Levin. Fishbein Sedran & Berman<br>510 Walnut Street<br>Suite 500<br>Philadelphia. PA 19106 | => Besaw Patrick*; Smith Henry*; Smith Mary* |
| Lewis, Carlene Rhodes<br>Goforth. Lewis, Sanford LLP<br>1111 Bagby<br>Suite 2200<br>Houston TX 77002 | => Ahl June*; Alaniz Flora*; Allen. George*; Alston Jr. John*; Anglin Helen*; Austin Nancy*; Baker.<br>Mary*; Baker Norma*; Baldwin Kenneth*; Banks, Judy*; Barrington Ernest*· Bell, Myrtle Louise*;<br>Benavides (Ind /Rep/Est -Lucia Gutierrez), Patricia*; Berry, Flora*; Bogdany Arthur*; Bridgers.<br>Rebecca*; Bronze Sandra*; Brooks Fredrick*; Brow Mary*; Brown. Esther*; Brown, Wattie*; Buck<br>Patricia*; Buckner Claude*; Bullock. Barbara*; Burk-Cameron Patricia*; Burkett (Legal<br>Heir/Est -Lelan Stringer) Majorie*; Burrell Willie*; Busby-Allen. Sharla*; Butcher Shirley*; Calder<br>Virginia*; Camacho Maria*; Carney Homer*; Carter Andrea*; Carter Essie*; Carter, Helen Portis*·<br>Castro Hortensia*; Cebrum Alice*; Chambers Christopher*; Chane, Della*; Chatman Charles*·<br>Childress Cynthia*; Chocolate, Belinda*; Clark Beulah*; Clark Cortrena*; Clark Delores*; Clark<br>Mary*; Clayton. Marsha*; Cluff, Anna*; Coleman Lula*; Combs David*; Cooper Roberts*;<br>Coppedge Darryle*; Crick, Kimberly*; Cruz. Esperanza*; Cryer Becky*; Dahl, David*; De La Rosa.<br>Odilla*; Deainza Barbara*; Denny. Jeffrey L *; Denny Molly J *; Diaz Mary*; Duncan Shirley*;<br>Elam Claudia*; England James*; Fischbach Arleigh*; Flaniken Betty*; Forbes James*; Foward Joe*; |

*(Panel Attorney Service List for MDL 1 657 Continu*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| | Futrell, Sharon*; Gajdosik Margaret*; Garrett, Manieka*; Garza Jorge*; Garza, Linda*; Garza Manuel*; Garza Pauline*; Geryak Janie*; Gilmore, Bobbie*; Glaspie Precious*; Goss Garcia*; Graves, Mark*; Gray Marvinette*; Griggsby: Tenya*; Guzman Beatriz*; Haddox Gracie*; Hafemann Donald*; Hannah Reba*; Hannah, Sandra*; Hardin Larry*; Harrell Regina*; Harris Richard*; Harris Sandra*; Harris, Vivian*; Haynes Lloyd*; Heirs/Est -Pablo Flores*; Hermis Lawrence*; Hernandez Ana*; Hervey, George*; Hess Kenneth*; Hill Kristy*; Hodges Alvin*; Hogue Thelma*; Holland Wanda*; Hopson (Ind /Rep /Est -Kay Faubion) Joe*; Howard Annice*; Hubbs Judy*; Hutson Jerry*; Jackson, Ella*; Jackson, Esther*; Jackson, Lendia*; James Tracy*; Jobe Charles*; Johnson Willie*; Jones Terryl*; Kenne, Gordon*; King Patricia*; Knox Mary*; Kolak Alexander*; Lane Sr Prentice*; Lawson, Elva*; Lee Gary*; Lerma, Clemente*; Leslie Doris*; Leveen Jay*; Lewe Doris Jean*; Lewis Crystal*; Lise, Joyce*; Logsdon Ernest*; Lovvorn Jesse*; Lucas Stephen*; Mallet Anthony J *; Mallet Priscilla G *; Mankarious Rifaat*; Manning Rosie*; March Alicia*; Martin Georgia*; Martinez Willie*; Mauldin, Mary*; Mayberry Janice*; Mayo Veronica*; McCleveland Kym*; McGathon, Myrtle*; McMillian, Opal*; McNualty Sharon*; Miller Grunetta*; Molina Euardo*; Moore, Sharon*; Moreno Jesus*; Morris Gerald*; Morton David*; Mowery Ricky*; Murphy Mary*; Myer Margaret Pearson*; Nelson Rubie*; Newell Carol*; Newton, Mary*; Nichols Fredrick*; Oliver Rena*; Owen III David*; Parker Jessie*; Parks, Dorothy*; Parks Margaret*; Patterson, Steven*; Phelan, Claudia*; Phillips, Laura M *; Pikul (Adm /Est -Paul), Thomas Joseph*; Platt Jr Alvin*; Posada Maria*; Powers Gail*; Pradia, Carolyn*; Punch Vivian*; Pyron, Marshall*; Rady Jean*; Ramirez Josefa*; Ray Sr. Darrell*; Reyna Pete*; Reynolds Lori*; Rhodes Brian*; Rhodes George*; Richter Mary*; Rivera Epifanio*; Roberts Katherine*; Roberts Lorna*; Robertson, Teddy*; Robinson Lonnie*; Robinson Oscar*; Rodriguez, Dorothy*; Rodriguez Jose*; Rodriguez, Vivian*; Rogers Hank*; Ross, Larry*; Ross Olga*; Ross Sonsuray*; Royston Trina*; Russell Shelvy*; Saylor Richard*; Schuhrke Nora*; Seago Buncy*; Shah Ahmed*; Shields Marie*; Simmons Robert*; Simpson Ovie*; Simpson Patricia*; Skipworth Billy*; Small Weavis*; Smith Georgia*; Smith Melody*; Sorge Charles*; Steard Sheilah*; Stech, Richard*; Taylor Jimmy*; Taylor Susan*; Taylor Tammy*; Taylor-Beck, Dimitri*; Teagve James*; Thomas Gerladine*; Thomas Jr Clifton*; Thomas Leslie*; Thompson Ray*; Tucholski Ernest*; Wallace Lamar*; Ward George*; Ward Willie*; Wardlow, Willard*; Watson Jummy*; Watson Lonzine*; Wiley Littie*; Williams Belinda*; Williams Charlotte*; Williams Josephine*; Williams Theresa*; Wilson John*; Wofford Diane*; Wood, Carol*; Woodall Phyllis*; Worsley, Fred*; Wright Alice*; Yarbrough Brenda*; Yong Cha Page* |
| Lietz David K<br>Coale Cooley Lietz McInerny & Broadus<br>818 Connecticut Avenue<br>Suite 857<br>Washington DC 20006 | => Gerber Ellen B *; Gerber Melvin* |
| Lockridge, Richard A<br>Lockridge, Grindal & Nauen P L L P<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis MN 55401-2179 | => Homister, Shirley |
| Luckett Jr William O<br>Luckett Law Firm<br>P O Drawer 1000<br>Clarksdale MS 38614-1000 | => Kroger Co |
| Malone Patrick A<br>Stein. Mitchell & Mezines<br>1100 Connecticut Avenue, N W<br>Suite 1100<br>Washington DC 20036 | => Jeffers, Barbara Ann: Jeffers Daniel Martin |
| Matthews David P<br>Abraham Watkins Nichols Sorrels Matthews & Friend | => Gilmore Charles C *; Hale Donna*; Stout, John R *; White, Johnny*; Young Bernadette* |

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 800 Commerce Street<br>Houston TX 77002-1776 | |
| McClain Kenneth B<br>Humphrey Farrington & McClain P C<br>221 West Lexington<br>Suite 400<br>Independence MO 64050 | => Nevels Caroline* |
| McNamara J Leray<br>Copeland Cook Taylor & Bush P A<br>200 Concourse Suite 200<br>1062 Highland Colony Parkway<br>P O Box 6020<br>Ridgeland MS 39158-6020 | => Ball M D, David*; Barr M D, William*; Hammock M D, B L ; Hassell John F ; Line, M D, Lance*; Liverman, Steven B *; Newell M D  Bruce*; Peeler, M D, J G *; Smith M D, Randall; Weiss David C *; Windham M D  Thomas* |
| Meaders Kim M<br>Crouch & Ramey<br>1445 Rose Avenue<br>Ste 2300<br>Dallas TX 75202 | => Alfords Pharmacy* |
| Merkel Charles M<br>Merkel & Cocke<br>P O Box 1388<br>Clarksdale MS 38614-1388 | => Shannon Frances |
| Milam S Kirk<br>Hickman Goza & Spragins Pllc<br>P O Drawer 668<br>Oxford MS 38655-0668 | => Gunn, M D, Susan*; Gunn Susan*; McIntosh M D  Cooper A * |
| Milavetz Allen Scott<br>Milavetz Gallop & Milavetz<br>6500 France Avenue, South<br>Edina MN 55435 | => Burris Jr Lowell |
| Miller, Mason L<br>Getty & Mayo PLLC<br>1900 Lexington Financial Center<br>250 W Main Street<br>Lexington KY 40507 | => Getty Richard J *; Stamper, Della* |
| Minor Daniel<br>1032 Cardinal Dr<br>Waco TX 76712 | => Minor Daniel |
| Minor, Steven R<br>Elliott Lawson & Minor PC<br>P O Box 8400<br>Bristol VA 24203-8400 | => Amerisource Corp *#; AmerisourceBergen Corp fdba AmeriSource Corp |
| Moirano, Michael H<br>Nisen & Elliott<br>200 West Adams Street<br>Suite 2500<br>Chicago IL 60606 | => Oswald Constance* |
| Mousseau Geoffrey C<br>Mousseau & Associates | => Ashman Charles* |

Note: Please refer to the report title page for complete report scope and key

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 1421 Valverde Place<br>Suite B<br>Glendale CA 91208 | |
| Mulhern Edwin T<br>Huwel & Mulhern<br>11 New Hyde Park Road<br>Frank Square NY 11010 | => Mell Alan |
| Murray Stephen B.<br>Murray Law Firm<br>909 Poydras Street<br>Suite 2550<br>New Orleans LA 70112-4000 | => Gottsegen M D  Warren L *; Gregory Jr  William B * |
| Nast Dianne M<br>Roda & Nast P C<br>801 Estelle Drive<br>Lancaster PA 17601 | => Engle (Ind /Adm /Est -Louise) Fred S * |
| Naylor Eugene R<br>Wise Carter Child & Caraway<br>600 Heritage Bldg<br>401 East Capitol St<br>P O Box 651<br>Jackson MS 39205-0651 | => Patel M D  Pravin |
| O Malley Richard F<br>Sidley Austin Brown & Wood<br>10 South Dearborn Street<br>Suite 48 Southeast<br>Chicago IL 60603 | => G D Searle & Co *; Pfizer Inc *; Pharmacia Corp * |
| Owen Gregory J<br>Owen Patterson & Owen<br>23822 West Valencia Blvd<br>Suite 201<br>Valencia CA 91355 | => Baca Richard David*; Berchtold Don*; Cole Sally*; De Luca Barbara*· Evans Charles*; Giles Stan*; Goodell Margaret Helen*; Gunn Leroy*; Holley (Heir-Audrey L Piscitello) Alison*· Householder Betty*; Jackson Yvonne O *; Piscitello (Heir-Audrey L ) Clement*; Reagan Gorman*; Safford Joyce Crawford*; Salt Della Jo*; Sieper (Heir-Audrey L. Piscitello) Meredith*; Winward Kenneth C *; Wright Ward* |
| Pearson Thomas Jack<br>Pearson & Campbell, P C<br>2394 Calder Avenue<br>Beaumont TX 77702 | => Allen, Gloria*; Jones. Rena*; Lewis (Ind /Next Friend-Trienida & Quenida) Brenda*; Lewis (Ind /Next Friend-Trienida & Quenida) Darylene*· Painton, Billie*, Painton Jack*; Richard Calvin*; Richard, Ervin*; Richard, Kernis*; Richard Larry*; Richard Lon*; Richard, Lovincy* |
| Piper Jr Robert E<br>Piper & Associates<br>624 Pierre Avenue<br>P O Box 69<br>Shreveport LA 71103 | => Bates, Catherine; Bates Leroy; Burns Annie; Burns Lendell; Butler, Mary, Butler Maynard; Evans Garnett; Evans Marion; Harper Josephine· McKnight Vaughn; Sadler, Leona; Tice Martha; Tice William; Wright, Frances; Wright Herchial |
| Pitre Frank M<br>Cotchett Pitre Simon & McCarthy<br>San Francisco Airport Office Center<br>Suite 200<br>840 Malcolm Road<br>Burlingame CA 94010 | => Brass Jeffrey; Taylor Patricia A ; Tokes Kathy |
| Pope Geoffrey Edward<br>Doffermyre Shields Canfield Knowles & Devine<br>1355 Peachtree Street N E | => Strickland, Edna |

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
| --- | --- |
| 1600 The Peachtree<br>Atlanta, GA 30309-3269 | |
| Price Henry J<br>Price Potter Jackson, Waicukauski & Mellowitz<br>The Hammond Block Building<br>301 Massachusetts Avenue<br>Indianapolis IN 46204 | => Baum Janice; Briner (Per /Rep /Est -Phyllis). Darai; Henderson, Kevin; Portillo (Ind /Heir-Elvira M<br>Pena) Ruben; Van Jelgerhuis Kimberly |
| Quetglas-Jordan Eric M<br>Queglas Law Offices<br>P O Box 16606<br>San Juan PR 00908-6606 | => Gonzalez. Hilda Rita; Gonzalez Robert A ; Gonzalez-Arias Rafael* |
| Robb William R<br>Aleshire Robb & Sivils P C<br>901 St Louis Street<br>Suite 1600<br>Springfield MO 65806 | => Young (Ind /Next Friend-Steven/Adm /Est -Lisa). Russell |
| Rowland Robert D<br>2227 South State Route 157<br>Edwardsville IL 62025 | => Ellis John* |
| Ruiz, John H<br>Law Office of John H Ruiz<br>5040 N W 7th Street<br>Suite 920<br>Miami FL 33126 | => Abraham Josefa*· Alcarez Maria P *; Andino Jose* |
| Rynecki Scott<br>Rubenstein & Rynecki<br>16 Court Street<br>Suite 1717<br>Brooklyn NY 11241 | => Aiken (Adm /Est -Mary & Kenneth) Elizabeth; Covington Jerome: Davis. Laney C |
| Saia Stephen V<br>Law Offices of Stephen V Saia<br>70 Old Cart Path Lane<br>Pembroke, MA 02359 | => Saia Frank R * |
| Schwebel Paul R M<br>5657 Rundle Court<br>Indianapolis IN 46220 | => Morrison (By his Per /Representative Patricia L ) Lowell D |
| Scott Stuart E<br>Spangenberg Shibley & Liber LLP<br>2400 National City Center<br>1900 East 9th Street<br>Cleveland OH 44114 | => Moldovan Gregory*; Moldovan Wanda* |
| Seeger Christopher A<br>Seeger Weiss LLP<br>One William Street<br>10th Floor<br>New York NY 10004-2502 | => Brown Clairse; Hanson, William*; Pagan Carmen M ; Walson (Ind /Adm /Est -Willie Jr ) Roberta* |
| Simon, Jeffrey B<br>Waters & Kraus<br>3219 McKinney Avenue | => Bias Byron; Varnado Carolyn |

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Suite 3000 | |
| Dallas TX 75204 | |
| Smith David Neil | => Williamson (Ind /Next friend-Courtly & Herman) Marian |
| Nix Patterson & Roach LLP | |
| 205 Linda Drive | |
| Dangerfield TX 75638 | |
| Smith Deanna Dean | => Truitt M D Norman |
| Ebanks Smith & Carlson LLP | |
| 1401 McKinney | |
| Suite 2500 | |
| Houston TX 77010-4034 | |
| Snapka Kathryn A | => Benavides (Ind /Per /Est -Juan) Patricia*; Sandoval Audona |
| Snapka Turman & Waterhouse LLP | |
| 606 N Carancahua Suite 1511 | |
| P O Drawer 23017 | |
| Corpus Christi TX 78403 | |
| Specter Shanin | => Sirota Merrick*; Sirota Michele* |
| Kline & Specter | |
| 1525 Locust Street | |
| 19th Street | |
| Philadelphia PA 19102 | |
| Stacy Robert F | => Don s Pharmacy Woods Drug Store |
| Daniel Coker Horton & Bell | |
| P O Box 1084 | |
| Jackson MS 39215-1084 | |
| Steward John S | => Perkins Janice |
| Meyerkord and Steward | |
| 2525 South Brentwood Boulevard | |
| Suite 102 | |
| St Louis MO 63144 | |
| Sullivan Robert G | => Wright Dawn; Wright Lawrence |
| Sullivan Papain Block McGrath & Cannavo | |
| 120 Broadway | |
| 18th Floor | |
| New York NY 10271 | |
| Thomas Casandra F | => Thomas Cassandra Faye |
| 514-C Woodrow Wilson Avenue | |
| Jackson MS 39213 | |
| Tisi Christopher V | => Biles, Melvin*; Edler (Ind /Per /Rep /Est -William Dale & behalf-wrongful death beneficiaries-William |
| Ashcraft & Gerel | Dale Gail Lynne & Shawn C ) Lindsey*; Morris Jr David* |
| 2000 L Street NW | |
| Suite 400 | |
| Washington, DC 20036 | |
| Wade Jr Lawrence D | => Petilos M D Salvador; Waller M D Richard E |
| Campbell DeLong Hagwood & Wade | |
| P O Box 1856 | |
| Greenville MS 38702-1856 | |
| Walker Chris J | => Stone M D Deck; Weiner Roger |
| Markow Walker P A | |

(Panel Attorney Service List for MDL-1 657 Contin)

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| P O Box 13669 Jackson MS 39236-3669 | |
| Walker  Thomas E Johnston  Barton  Proctor & Powell 2900 AmSouth/Harbert Plaza 1901 6th Avenue North Birmingham  AL 35203 | => Harlan  Gary: Wall  Robert |
| Watson  Leila H Cory  Watson  Crowder & DeGaris  P C 2131 Magnolia Avenue P O Box  55927 Birmingham  AL 35255-5972 | => Wilson  Danny M |
| Weaver  Jennifer Fadal 1305 Fossel Ridge Trial Waco  TX 76712 | => Weaver  Jennifer Fadal |
| Weiner, Richard J Law Offices Of Richard J  Weiner, P C 119 Rockland Center Suite 425 Nanuet NY 10954 | => Quick, Anna |
| Weisbrod, Leslie Morgan & Weisbrod 11551 Forest Central Drive Suite 300 Dallas  TX 75243 | => Register  Anne; Register  Jack A |
| Welch  III  Jewell E Cunard Reis Law Firm 9214 Interline Avenue Baton Rouge  LA 70809 | => White  Vicki |
| Weston  John K Sacks  Weston  Smolinksy  Albert & Luber 510 Walunt Street Suite 400 Philadelphia  PA 19106 | => Carr, Gwendolyn L * |
| Wright  James L Mithoff & Jacks 1 Congress Plaza 111 Congress Avenue Suite 1010 Austin  TX 78701-0001 | => Bauman (Ind /Rep /Est -Elsie Geneva)  Larry Lee; Bauman, III (Ind /Rep /Est -Elsie Geneva)  Ernest Charles; Clay (Ind /Rep /Est -Elsie Geneva Bauman), Leslie Lynn Bauman; Mincher (Ind /Rep /Est -Elsie Geneva Bauman), Kelly; Moses (Ind /Rep /Est -Elsie Geneva)  Mary Carla; Tolbertt (Ind /Rep /Est -Elsie Geneva Bauman)  Lisa Bauman |
| Zonas  James John James J  Zonas  Attorney at Law 700-2nd Avenue North Suite 102 Naples FL 34102 | => Dunleavey (By & Through/Per /Rep /Est -Edward)  Frances |

Nadeem Haider
606 N. Jefferson St
Louisville, MS 39339

Barbara J. Hart
Goodkind,Labaton,Rudoff & Sucharow
100 Park Ave., 12th Floor
New York, NY 10017-5563

Steven L. Russell
Beirne,Maynard & Parsons
1700 Pacific Ave, Ste 4400
Dallas,TX 75201

# EXHIBIT B

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 1 0 2005

FILED
CLERK'S OFFICE

*DOCKET NO. 1657*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE VIOXX PRODUCTS LIABILITY LITIGATION*

### *(SEE ATTACHED SCHEDULE)*

### *CONDITIONAL TRANSFER ORDER (CTO-2)*

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, ____F.Supp.2d____ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-2 - TAG ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

<u>DISTRICT  DIV. C.A.#</u>

**ALABAMA MIDDLE**
| | | | |
|---|---|---|---|
| ALM | 2 | 05-138 | Ernestine T. Stevens v. Merck & Co., Inc. |
| ALM | 2 | 05-165 | Yolanda King v. Merck & Co., Inc., et al. |

**ALABAMA NORTHERN**
| | | | |
|---|---|---|---|
| ALN | 1 | 05-252 | Alice Pointer v. Merck & Co., Inc., et al. |
| ALN | 2 | 05-226 | Peggy B. West v. Merck & Co., Inc. |
| ALN | 2 | 05-378 | Annette Gordon v. Merck & Co., Inc. |
| ALN | 3 | 05-327 | Charles Bowling, et al. v. Merck & Co., Inc. |
| ALN | 3 | 05-384 | Ruius Slack, Jr. v. Merck & Co., Inc. |

**ARKANSAS WESTERN**
| | | | |
|---|---|---|---|
| ARW | 1 | 05-1016 | Joe Melvin Lyons v. Merck & Co., Inc. |
| ARW | 1 | 05-1017 | Tim Zimmerebner, et al. v. Merck & Co., Inc. |

**CALIFORNIA CENTRAL**
| | | | |
|---|---|---|---|
| CAC | 2 | 05-63 | Misty Ligier, etc. v. Merck & Co., Inc., et al. |
| CAC | 2 | 05-1122 | Kimberly Keller-Hom v. Merck & Co., Inc. |
| CAC | 2 | 05-1321 | Glen Maxey v. Merck & Co., Inc., |
| CAC | 8 | 04-1478 | Roger C. Cooper v. Merck & Co., Inc. |

**CALIFORNIA EASTERN**
| | | | |
|---|---|---|---|
| CAE | 2 | 04-2473 | Danny Bell v. Merck & Co., Inc., et al. |
| CAE | 2 | 05-125 | Margaret Butler v. Merck & Co., Inc. |

**CALIFORNIA NORTHERN**
| | | | |
|---|---|---|---|
| CAN | 3 | 04-5027 | Sherry Janke, et al. v. Merck & Co., Inc. |
| CAN | 3 | 04-5061 | Dennis Guinta v. Merck & Co., Inc. |
| CAN | 3 | 04-5062 | Virginia Strong v. Merck & Co., Inc. |
| CAN | 3 | 05-741 | Henry Mitchell v. Merck & Co., Inc. |
| CAN | 3 | 05-749 | Pauline Riddle v. Merck & Co., Inc. |
| CAN | 3 | 05-750 | Oree McRae v. Merck & Co., Inc. |
| CAN | 4 | 05-742 | Frank Mirabella, et al. v. Merck & Co., Inc. |

**CALIFORNIA SOUTHERN**
| | | | |
|---|---|---|---|
| CAS | 3 | 04-2195 | Sam Peltekian v. Merck & Co., Inc. |
| CAS | 3 | 04-2576 | Rita McCrerey v. Merck & Co., Inc. |
| CAS | 3 | 05-304 | Susan Reese, et al. v. Merck & Co., Inc. |

**CONNECTICUT**
| | | | |
|---|---|---|---|
| CT | 3 | 05-259 | Frank Pescatello v. Merck & Co., Inc. |
| CT | 3 | 05-294 | Ethel Gray, et al. v. Merck & Co., Inc. |
| CT | 3 | 05-314 | Denise Whittaker, et al. v. Merck & Co., Inc., et al. |

SCHEDULE CTO-2 TAG-ALONG ACTIONS (MDL-1657)

DISTRICT  DIV. C.A.#

FLORIDA MIDDLE
    FLM   6  05-171     Amparo Alvarez v. Merck & Co., Inc., et al.
    FLM   6  05-221     Gloria Hernandez v. Merck & Co., Inc., et al.
    FLM   6  05-222     Dallas Childers, et al. v. Merck & Co., Inc., et al.
    FLM   6  05-239     Maria Diaz, et al. v. Merck & Co., Inc., et al.
    FLM   8  05-224     Brenda Jurado v. Merck & Co., Inc., et al.
    FLM   8  05-276     Felix Carvajal, et al. v. Merck & Co., Inc., et al.

GEORGIA NORTHERN
    GAN   1  05-343     Harriet Winnerman v. Merck & Co., Inc.
    GAN   1  05-473     Lynda Kay Donegan, etc. v. Merck & Co., Inc.

IOWA SOUTHERN
    IAS   1  05-3     Eileen Termuende v. Merck & Co., Inc.

IDAHO
    ID   1  05-59     Carla Fister, et al. v. Merck & Co., Inc.
    ID   1  05-61     Mark O'Connor, et al. v. Merck & Co., Inc.
    ID   1  05-62     Paul Sculatti v. Merck & Co., Inc.
    ID   2  05-60     Lillian Dawkins v. Merck & Co., Inc.

ILLINOIS NORTHERN
    ILN   1  05-626     James Radats v. Merck & Co., Inc.
    ILN   1  05-642     Joseph Jamison v. Merck & Co., Inc.
    ILN   1  05-1092     Kathleen Brown, etc. v. Merck & Co., Inc., et al.
    ILN   3  05-50024     Dorothy Brody v. Merck & Co., Inc.

ILLINOIS SOUTHERN
    ILS   3  05-127     Chester Karwoski v. Merck & Co., Inc.

INDIANA SOUTHERN
    INS   1  04-1819     Richard L. Brown v. Merck & Co., Inc.

KANSAS
    KS   6  05-1038     Charles H. Webb, et al. v. Merck & Co., Inc.

KENTUCKY EASTERN
    KYE   2  05-15     Danny M. Holbrook, et al. v. Merck & Co., Inc.
    KYE   5  05-47     Jacquelyn Washburn, etc. v. Merck & Co., Inc.

LOUISIANA MIDDLE
    LAM   3  05-115     David N. Crawford, et al. v. Merck & Co., Inc.

LOUISIANA WESTERN
    LAW   5  05-160     Jewell Willis v. Merck & Co., Inc.

MASSACHUSETTS
    MA   1  05-10217     Vera Gropper v. Merck & Co., Inc.
    MA   1  05-10328     Linda Isner, etc. v. Merck & Co., Inc., et al.

MARYLAND
    MD   1  05-335     Mary F. Witthauer v. Merck & Co., Inc.

MINNESOTA
    MN   0  05-289     Dianne McCraw, etc. v. Merck & Co., Inc.

SCHEDULE CTO-2 TAG-ALONG ACTIONS (MDL-1657)                                    Page 3 of 3

DISTRICT DIV. C.A.#

**MISSOURI EASTERN**
| | | | |
|---|---|---|---|
| MOE | 4 | 05-300 | Arthur Hale, et al. v. Merck & Co., Inc., et al. |
| MOE | 4 | 05-301 | Marlene Harris, et al. v. Merck & Co., Inc., et al. |
| MOE | 4 | 05-303 | Sineria Jones, et al. v. Merck & Co., Inc., et al. |
| MOE | 4 | 05-307 | Lois Wolz, et al. v. Merck & Co., Inc., et al. |

**NEW YORK EASTERN**
| | | | |
|---|---|---|---|
| NYE | 1 | 05-1031 | Anna Fittipaldi v. Merck & Co., Inc., et al. |

**OHIO NORTHERN**
| | | | |
|---|---|---|---|
| OHN | 1 | 05-631 | Saundra Nelson, et al. v. Merck & Co., Inc. |

**PENNSYLVANIA EASTERN**
| | | | |
|---|---|---|---|
| PAE | 2 | 05-838 | Dennis Cronin, et al. v. Merck & Co., Inc., et al. |

**PENNSYLVANIA WESTERN**
| | | | |
|---|---|---|---|
| PAW | 2 | 05-204 | Saundra Southern v. Merck & Co., Inc. |

**SOUTH CAROLINA**
| | | | |
|---|---|---|---|
| SC | 5 | 05-618 | Harolene McKenzie v. Merck & Co., Inc. |

**TENNESSEE EASTERN**
| | | | |
|---|---|---|---|
| TNE | 1 | 05-47 | Raymond Fournier v. Merck & Co., Inc. |
| TNE | 1 | 05-48 | Cleo Rachel Plemons, et al. v. Merck & Co., Inc. |
| TNE | 1 | 05-49 | Keith Kuykendall v. Merck & Co., Inc. |

**TEXAS EASTERN**
| | | | |
|---|---|---|---|
| TXE | 2 | 05-83 | Roland T. Johnson v. Merck & Co., Inc. |
| TXE | 5 | 05-32 | Rosanne Waggoner, et al. v. Merck & Co., Inc. |
| TXE | 6 | 04-555 | Elijah Perry, et al. v. Merck & Co., Inc. |
| TXE | 9 | 04-229 | Pearlie B. Davis v. Merck & Co., Inc., et al. |

**TEXAS WESTERN**
| | | | |
|---|---|---|---|
| TXW | 1 | 05-117 | Horace S. Wallace, et al. v. Merck & Co., Inc. |

**WASHINGTON EASTERN**
| | | | |
|---|---|---|---|
| WAE | 2 | 05-59 | Tony Bevacqua, et al. v. Merck & Co., Inc. |