IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LINDA ISNER, Executrix of ESTATE OF
JEFFREY ISNER, M.D.,

        Plaintiff,

v.

MERCK & CO., INC. and KIMBERLY
HENDRICKS,

        Defendants.

CIVIL ACTION No. 05-10328-DPW

## AFFIDAVIT OF KIMBERLY BAHRY

COMMONWEALTH OF PENNSYLVANIA    )
                                           ) ss:
COUNTY OF MONTGOMERY               )

        KIMBERLY BAHRY, being duly sworn, deposes and says:

    1.    My name is Kimberly Bahry and I live in Quakertown, Pennsylvania.

    2.    From November 1990 to present I have been employed by Merck & Co., Inc. ("Merck"). From July 1993 to present I have been employed by Merck as Technology Services Coordinator, Information Management and Development, U.S. Human Health.

    3.    I understand that it is the standard practice of Merck Professional Representatives to record the calls they make on Health Care Professionals. Such records include the product or products that the representatives discussed during their calls.

    4.    I have reviewed Merck's records of calls by Professional Representatives on Health Care Professionals. Kimberly Hendricks Needoba never recorded a call on a Health Care Professional with regard to VIOXX®.

                                                                  _____
                                                                   KIMBERLY BAHRY

Sworn to before me on this
*31* day of March 2005.

_Loretta Zullo_
Notary Public
My Commission Expires: _____

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
LORETTA ZULLO, Notary Public
Upper Gwynedd Twp., Montgomery County
My Commission Expires April 14, 2008

NY Isner--Bahry affidavit.DOC