IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA ISNER, Executrix of ESTATE OF JEFFREY ISNER, M.D.,<br><br>        Plaintiff,<br><br>    v.<br><br>MERCK & CO., INC. and KIMBERLY HENDRICKS,<br><br>        Defendants. | CIVIL ACTION No. 05-10328-DPW |

**DEFENDANT MERCK & CO., INC.'S MOTION TO STAY ALL
PROCEEDINGS PENDING TRANSFER DECISION
BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Defendant Merck & Co., Inc. ("Merck") hereby moves this Court to stay all proceedings in this action pending a ruling on the Plaintiff's objections to transfer of the case to *In re VIOXX Products Liab. Litig.* (MDL-1657), the multi-district litigation ("MDL") proceeding that has been established in the Eastern District of Louisiana, in Judge Eldon E. Fallon's session, to coordinate all product liability cases involving alleged health risks from VIOXX® (the "VIOXX® cases").

This case was listed in a Conditional Transfer Order that issued on March 10, 2005. On March 21, 2005, the Plaintiff moved to remand the case to state court, and on March 25, 2005, she filed an objection to the transfer with the Judicial Panel on Multidistrict Litigation (the "Panel").

Pending the Panel's ruling on that objection, a stay of proceedings is necessary and appropriate to achieve the judicial economies that underlie the MDL statute, 28 U.S.C. § 1407. The MDL Court expects to review a number of motions to remand that raise the same issues that

the Plaintiff has raised.  This case should be included in Judge Fallon's coordinated review of those motions.

    For the above stated reasons, and for those advanced in the accompanying Affidavit of Bradley E. Abruzzi and Memorandum of Law, Merck requests that the Court grant its motion to stay all proceedings in this case — including the Court's consideration of the Plaintiff's motion to remand — pending the Panel's ruling on Plaintiff's objection to transfer of this case to the MDL Court for coordinated pretrial management.

                      Respectfully submitted,

                      MERCK & CO., INC.

                      /s/ *Bradley E. Abruzzi*
                      James J. Dillon (BBO# 124660)
                      Bradley E. Abruzzi (BBO# 651516)
                      FOLEY HOAG LLP
                      155 Seaport Boulevard
                      Boston, Massachusetts  02210
                      (617) 832-1000

Dated:  April 4, 2005

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I certify that on April 4, 2005 I telephoned counsel of record Joseph L. Doherty, Jr. and Eileen Quill three times between 9 a.m. and 3 p.m. in an attempt to resolve the issues raised in this motion. Counsel were not available to take my calls and had not returned them as of the time I filed this motion. Accordingly, no agreement between the parties was reached.

/s/ *Bradley E. Abruzzi*

## CERTIFICATE OF SERVICE

I certify that on April 4, 2005 I e-filed the foregoing MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, causing a true digital copy of the same to be served simultaneously upon:

Joseph L. Doherty, Jr.
Joseph L. Doherty, Jr. & Associates
225 Franklin Street
Boston, MA  02110
**Counsel for Plaintiff Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D.**

/s/ *Bradley E. Abruzzi*