IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LINDA ISNER, Executrix of ESTATE OF
JEFFREY ISNER, M.D.,

                    Plaintiff,

          v.                                    CIVIL ACTION No. 05-10328-DPW

MERCK & CO., INC. and KIMBERLY
HENDRICKS,

                    Defendants.

**DEFENDANT MERCK & CO., INC.'S MEMORANDUM OF LAW IN SUPPORT OF
ITS MOTION TO STAY ALL PROCEEDINGS PENDING A TRANSFER DECISION
BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Defendant Merck & Co., Inc. ("Merck") moves this Court to stay all proceedings in this

action pending a ruling on the Plaintiff's objection to transfer of the case to *In re VIOXX*

*Products Liab. Litig.* (MDL-1657), the multi-district litigation ("MDL") proceeding that has

been established in the Eastern District of Louisiana, in Judge Eldon E. Fallon's session, to

coordinate all product liability cases involving alleged health risks from VIOXX® (the

"VIOXX® cases").

This case was listed in a Conditional Transfer Order that issued on March 10, 2005.  On

March 21, 2005, the Plaintiff moved to remand the case to state court, and on March 25, 2005,

she filed an objection to the transfer with the Judicial Panel on Multidistrict Litigation (the

"Panel").

Pending the Panel's ruling on that objection, a stay of proceedings is necessary and

appropriate to achieve the judicial economies that underlie the MDL statute, 28 U.S.C. § 1407.

The MDL Court expects to review a number of motions to remand that raise the same issues that

the Plaintiff has raised.  This case should be included in Judge Fallon's coordinated review of those motions.

## **BACKGROUND**

### I.    **MDL-1657**

As of September 30, 2004 — the date of Merck's voluntary market withdrawal of VIOXX® — 41 federal cases alleging some form of recovery for plaintiffs who purchased and ingested VIOXX® were pending in 24 districts, involving a total of 378 plaintiffs (exclusive of purported class members).  The publicity surrounding Merck's voluntary withdrawal of VIOXX® from the market has spurred the filing of additional suits.  Each of the cases currently in federal court presents certain overlapping questions of fact and alleges similar theories of liability and injury arising from plaintiffs' treatment with VIOXX®.  For example, in each of the pending actions, plaintiffs are seeking or likely will seek much of the same discovery from Merck pertaining to its development and pre-market and post-market testing of VIOXX®, including depositions of the same employees and experts.

On February 16, 2005 the MDL Panel issued a transfer order, establishing MDL Proceeding No. 1657, *In re VIOXX Products Liability Litigation.*  The Transfer Order directed that the 148 cases subject to original motions be transferred and coordinated for pretrial proceedings in the United States District Court for the Eastern District of Louisiana, before the Honorable Eldon E. Fallon.  *See* Transfer Order, attached hereto as Exhibit A.  In the Transfer Order, the Panel expressly held that the VIOXX® product liability cases have overlapping questions of fact:

On the basis of the papers filed and hearing session held, the Panel finds

> that the actions in this litigation involve common questions of fact, and that centralization under Section 1407 in the Eastern District of Louisiana will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All actions focus on the alleged increased health risks (including heart attack and/or stroke) when taking Vioxx, an anti-inflammatory drug, and whether Merck knew of these increased risks and failed to disclose them to the medical community and consumers. Centralization under Section 1407 is necessary in order to eliminate duplicative discovery, avoid inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

*Id.* at 2. The MDL Panel also held that the "nearly 300 potentially related actions pending in multiple federal districts . . . will be treated as potential tag-along actions." *Id.* at 1 n.1.

## II.     The Isner Action

Plaintiff Linda Isner filed her Complaint in this case in Middlesex County Superior Court on October 29, 2004. That Complaint named Merck and a Merck sales representative, Kimberly Hendricks, as codefendants. On January 26, 2005, the Plaintiff moved the Superior Court ex parte to extend by ninety days her time to serve the complaint on Kimberly Hendricks, citing as grounds her inability "to obtain an accurate current address for the individual defendant." The Superior Court granted that motion on January 31.

Merck itself was not served until January 26, 2005, and it removed the case to federal court on February 18, 2005. The basis for removal was that the Complaint made only vague and conclusory allegations against Ms. Hendricks, the purported "nondiverse" defendant. Merck answered the Complaint in federal court that same day.

On March 10, 2005, the MDL Panel issued a Conditional Transfer Order that would transfer this action to the MDL-1657 coordinated proceedings before Judge Fallon. *See* Conditional Transfer Order, attached as Exhibit B. On March 21, 2005, the Plaintiff filed a motion to remand the case, and on March 25, 2005, she filed an objection to the Conditional Transfer Order.

## ARGUMENT

**I.    The Court Should Stay Its Proceedings Pending the MDL Panel's Ruling on the Plaintiff's Objection**

Guided by the "policies of justice and efficiency," this Court should exercise its discretion to stay all further proceedings here pending the Panel's action. *Boudreaux v. Metropolitan Life Ins. Co.*, No. 95-CV- 138, 1995 WL 83788, at *1 (E.D. La. Feb. 24, 1995). The power to stay is well-established and particularly apt here.  It is "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. American Co.*, 299 U.S. 248, 254 (1936).  It is common practice for courts to stay individual proceedings pending determinations by the Panel on the appropriateness of coordination under § 1407.  *See, e.g.*, *U.S. Bank, Nat'l Ass'n v. Royal Indem, Co.*, No. Civ. A 3:02-CV-0853-P, 2002 WL 31114069 (N.D. Tex. Sept. 23, 2002); *Rivers v. The Walt Disney Co.*, 980 F. Supp. 1358 (C.D. Cal. 1997).  Where the Panel has already decided that coordination is appropriate and has designated a venue for the coordinated proceedings, a stay is appropriate pending conditional transfer to those proceedings. *See New Mexico State Investment Council v. Alexander*, 317 B.R. 440, 446 (D.N.M. 2004); *Mathern v. Wyeth*, No. 04-CV-2116, 2004 WL 1922028 at *1 (E.D. La. Aug. 25, 2004); *Knearem v. Bayer Corp.*, No. 02-CV-2096-CM, 2002 WL 1173551, at *1 (D. Kan. May 7, 2002); *Jackson v. Johnson & Johnson, Inc.*, No. 01-CV-2113-DA, 2001 WL 34048067, at *6 (W.D. Tenn. Apr. 3, 2001).

Informing a court's exercise of its prerogative to stay proceedings in cases, pending the Panel's decision on transfer of an individual action, are considerations of (1) considerations of judicial economy and (2) avoidance of conflicting rulings. *Mathern*, 2004 WL 1922028, at *1. As described below, consideration of both of these factors favor granting a stay of this action.

Indeed, more than 175 VIOXX® cases have been stayed by courts around the country pending

MDL coordination.[1]

_____

[1] *See, e.g., Catletti v. Merck & Co., Inc.,* No. 2:04-cv-429 (E.D. Tex. Feb. 2, 2005); *Scott v. Merck & Co., Inc.,* No. 04-3372 (E.D. La. Feb. 2, 2005); *Rushing v. Merck & Co., Inc.,* No. 2:05cv00040 (N.D. Ala. Feb. 2, 2005); *Aguero v. Merck & Co., Inc.,* No. 04-5341 (D. N.J. Feb. 1, 2005); *Dobslaf v. Merck & Co., Inc.,* No. 1:05-cv-00124 (N.D. Ill. Feb. 1, 2005); *Lane v. Merck & Co., Inc.,* No. 1:05-cv-022 (E.D. Tenn. Feb. 1, 2005); *Thomas v. Merck & Co., Inc.,* No. 1:05-cv-00025 (E.D. Tenn. Feb. 1, 2005); *Rini v. Merck & Co., Inc.,* No. 04-cv-05510 (E.D. N.Y. Jan. 28, 2005); *Benton v. Merck & Co., Inc.,* No. 04-CV-1123 (W.D. Ark. Jan. 27, 2005); *Johnson v. Merck & Co., Inc.,* No. 04-CV-878 (M.D. La. Jan. 27, 2005); *Krieder v. Merck & Co., Inc.,* No. 2:05-cv-138 (N.D. Ala. Jan. 27, 2005); *Taylor v. Merck & Co., Inc.,* No. 3:04-cv-923 (S.D. Miss. Jan. 27, 2005); *Wilson v. Merck & Co., Inc.,* No. 1:05-cv-006 (E.D. Tenn. Jan. 26, 2005); *Harrell v. Merck & Co., Inc.,* No. 04-CV-2438 (W.D. La. Jan. 25, 2005); *Hewitt v. Merck & Co., Inc.,* No. 3:05-CV-102 (N.D. Tex. Jan. 25, 2005); *Melton v. Merck & Co., Inc.,* No. 2:04-cv-372 (S.D. Miss. Jan. 25, 2005); *Davis v. Merck & Co., Inc.,* No. 1:04-cv-1247 (M.D. Ala. Jan. 24, 2005); *Gottsegen v. Merck & Co., Inc.,* No. 04-3065 (E.D. La. Jan. 24, 2005); *Cathey v. Merck & Co., Inc.,* No. 04-cv-125 (M.D. Tenn. Jan. 20, 2005); *Doucet v. Merck & Co., Inc.,* No. 04-3281 (E.D. La. Jan. 20, 2005); *Christina v. Merck & Co., Inc.,* No. 04-2726 (E.D. La. Jan. 20, 2005); *Prince v. Merck & Co., Inc.,* No. 2:04 CV 2406 (W.D. La. Jan. 20, 2005); *Salt v. Merck & Co., Inc.,* No. 2:01 CV 794 (D. Utah Jan. 20, 2005); *Rasco v. Merck & Co., Inc.,* No. H-04-4559 (S.D. Tex. Jan. 19, 2005); *Blain v. Merck & Co., Inc.,* No. 2:04CV1102 (D. Utah Jan. 18, 2005); *Harris v. Merck & Co., Inc.,* No. 1:04-cv-394 (E.D. Tenn. Jan. 18, 2005); *Mitchell v. Merck & Co., Inc.,* No. 8:04-cv-2682 (M.D. Fla. Jan. 18, 2005); *Pilie v. Merck & Co., Inc.,* No. 04-3279 (E.D. La. Jan. 18, 2005); *Stout v. Merck & Co., Inc.,* No. 4:04-CV-4205 (S.D. Tex. Jan. 18, 2005); *Williams v. Merck & Co., Inc.,* No. 1:05-cv-0062 (S.D. Ind. Jan. 14, 2005); *Bernhardt v. Merck & Co., Inc.,* No. 2:04-cv-00625 (M.D. Fla. Jan. 13, 2005); *Carr v. Merck & Co., Inc.,* No. 04-CV-4900 (E.D. Pa. Jan. 13, 2005); *Fontanetta v. Merck & Co., Inc.,* No. 2:04-cv-04486 (E.D. N.Y. Jan. 13, 2005); *Meadows v. Merck & Co., Inc.,* 1:04CV02229 (N.D. Ohio Jan. 13, 2005); *Wallace v. Merck & Co., Inc.,* No. 3:04cv1199 (M.D. Ala. Jan. 13, 2005); *Farmer v. Merck & Co., Inc.,* No. 1:04CV2324 (N.D. Ohio Jan. 12, 2005); *McNichols v. Merck & Co., Inc.,* No. 04-CV-23064 (D. S.C. Jan. 12, 2005); *Bates v. Merck & Co., Inc.,* No. 04-CV-2269 (W.D. La. Jan. 11, 2005); *Benoit v. Merck & Co., Inc.,* No. 04-CV-803 (M.D. La. Jan. 11, 2005); *Butler v. Merck & Co., Inc.,* No. 04-CV-2275 (W.D. La. Jan. 11, 2005); *Ewbank v. Merck & Co., Inc.,* No. 2-04-CV-427 (S.D. Tex. Jan. 11, 2005); *Harper v. Merck & Co., Inc.,* No. 04-CV-2271 (W.D. La. Jan. 11, 2005); *McKnight v. Merck & Co., Inc.,* No. 04-CV-2270 (W.D. La. Jan. 11, 2005); *Tice v. Merck & Co., Inc.,* No. 04-CV-2274 (W.D. La. Jan. 11, 2005); *Wright v. Merck & Co., Inc.,* No. 04-CV-2268 (W.D. La. Jan. 11, 2005); *Young v. Merck & Co., Inc.,* No. 4:04-CV-4209 (S.D. Tex. Jan. 11, 2005); *Peltekian v. Merck & Co., Inc.,* No. 04-CV-2195 (S.D. Cal. Jan. 11, 2005); *Bateman v. Merck & Co., Inc.,* No. 1:04-cv-03855 (D. Md. Jan. 10, 2005); *Bauman v. Merck & Co., Inc.,* No. 1:04-CV-707 (W.D. Tex. Jan. 10, 2005); *Pace v. Merck & Co., Inc.,* No. CIV 04-1356 (D. N.M. Jan. 10, 2005); *Teamsters Local 237 Welfare Fund v. Merck & Co., Inc.,* No. 04 Civ. 9248 (S.D.N.Y. Jan. 10, 2005); *Alexander v. Merck & Co., Inc.,* No. 04-2845 (E.D. La. Jan. 7, 2005); *Benavides v. Merck & Co., Inc.,* No. L-04-153 (S.D. Tex. Jan. 7, 2005); *Burns v. Merck & Co., Inc.,* No. 04-cv-2272 (W.D. La. Jan. 7, 2005); *Dufrene v. Merck & Co., Inc.,* No. 04-CV-2418 (W.D. La. Jan. 7, 2005); *Evans v. Merck & Co., Inc.,* No. 04-cv-2276 (W.D. La. Jan. 7, 2005); *Hart v. Merck & Co., Inc.,* No. 04-cv-2370 (W.D. La. Jan. 7, 2005); *Jacques v. Merck & Co., Inc.,* No. 04-3363 (E.D. La. Jan. 7, 2005); *Leonard v. Merck & Co., Inc.,* No. 3:04-CV-2157 (N.D. Tex. Jan. 7, 2005); *Sadler v. Merck & Co., Inc.,* 04-CV-2273 (W.D. La. Jan. 7, 2005); *Smith v. Merck & Co., Inc.,* No. 04-1355 (D. Kan. Jan. 7, 2005); *White v. Merck & Co., Inc.* No. 04-4207 (S.D. Tex. Jan. 7, 2005); *Bell v. Merck & Co., Inc.,* No. H-03-3448 (S.D. Tex. Jan. 6, 2005); *Houston v. Merck & Co., Inc.,* No. 1:04-cv-2188 (D.D.C. Jan. 7, 2005); *Jones v. Merck & Co., Inc.* No. 5:04-CV-3079 (N.D. Ala. Jan. 6, 2005) (Smith, J.); *Shaw v. Merck & Co., Inc.,* No. 04-1098 (W.D. Mo. Dec. 15, 2004) (Wright, J.); *Carvallo v. Merck & Co., Inc.,* No. 04-CV-22916 (S.D. Fla. Dec. 14, 2004) (Hoeveler, J.); *Fontanilles v. Merck & Co., Inc.,* No. 04-22799 (S.D. Fla. Dec. 14, 2004) (Huck, J.); *Grant v. Merck & Co., Inc.,* No. 04-cv-6407 (N.D. Ill. Dec. 9, 2004) (Andersen, J.); *Benavidez v. Merck & Co., Inc.,* No. 5:03cv134 (S.D. Tex. Dec. 8, 2004) (Ellison, J.); *Burris v. Merck & Co., Inc.,* No. 0:04-cv-04375 (D. Minn. Dec. 8, 2004) (Boylan, M.J.); *Gerber v. Merck & Co., Inc.,* No. 04-61429 (S.D. Fla. Dec. 8, 2004) (Dimitrouleas, J.); *Morris v. Merck & Co., Inc.,* No. AW-04-3024 (D. Md. Dec. 8, 2004) (Williams, J.); *Abraham v. Merck & Co., Inc,* No. 04-22631-CIV (S.D. Fla. Dec. 7, 2004) (Martinez, J.); *Dauterman v. Merck & Co., Inc.,* No. 3:03-cv-7623 (N.D. Ohio Dec. 7, 2004) (Carr, J.); *Denny v. Merck & Co., Inc.,* No.3:04cv00526 (S.D. Tex. Dec. 6, 2004) (Kent, J.); *Williams v. Merck & Co., Inc.,*

These decisions in other VIOXX® suits make clear the necessity of a stay here.  For example, in *Denny*, the Southern District of Texas court stayed all proceedings over plaintiffs' objection, holding that "[t]he power to stay all proceedings is well established and particularly apt here."  Judge Kent observed there that "[i]t would not be efficient for this Court to invest its limited time and resources in this claim, only for it to be transferred to MDL.  Moreover, both sides will benefit by having a court familiar with the complex issues that arise in pharmaceutical claims."  *Denny v. Merck & Co., Inc.*, No. G-04-526 (S.D. Tex. Dec. 6, 2004), slip op. at 2, *see* Abruzzi Decl. ¶ 2, Exhibit A.  *See also Davis v. Merck & Co., Inc.*, No. 04-CV-2937 (E.D. La. Jan. 5, 2005) (minute entry), *see* Abruzzi Decl. ¶ 3, Exhibit B (staying action because of "the great likelihood that an MDL will be established and this and other related cases transferred.").  These concerns are just as pertinent in this action.

## II.    Ms. Isner's Remand Motion Makes a Stay of Proceedings All the More Appropriate, Because the MDL Court Will Be Considering Remand Motions That Raise the Same Issues

Far from providing the Panel with a reason <u>not</u> to transfer the case, the pendency of Ms.

---

No. 2:04-cv-235 (E.D. Ky. Dec. 6, 2004) (Hood, J.); *Ratliff v. Merck & Co., Inc.,* No. 04-419 (E.D. Ky. Dec. 6, 2004) (Hood, J.); *Perkins v. Merck & Co., Inc.,* No. 4:04-cv-1446 (E.D. Mo. Dec. 2, 2004) (Autrey, J.); *Pikul v. Merck & Co., Inc.,* No. H-03-3656 (S.D. Tex. Dec. 1, 2004) (Hughes, J.); *Flores v. Merck & Co., Inc.,* No. C-03-362 (S.D. Tex. Nov. 30, 2004) (Head, J.); *Biles v. Merck & Co., Inc.,* No. 04-cv-00975 (D. Md. Nov. 30, 2004) (Blake, J.); *Edler v. Merck & Co., Inc.,* No. 03-cv-03612 (D. Md. Nov. 30, 2004) (Blake, J.); *Shannon v. Merck & Co., Inc.,* No. 2:03CV105-D-B (N.D. Miss. Nov. 29, 2004) (Davidson, J.); *Ivory v. Merck & Co., Inc.,* NO. 04-CV-7218, (N.D. Ill. Nov. 29, 2004) (Aspen, J.); *Morrison v. Merck & Co., Inc.,* No. 1:03-CV-1535 (S.D. Ind. Nov. 24, 2004) (Shields, M.J.); *Lewis v. Merck & Co., Inc.,* No. 04-CV-00685 (E.D. Tex. Nov. 23, 2004) (Clark, J.); *Zellmer v. Merck & Co., Inc.,* NO. 03-CV-2530 (N.D. Ga. Nov. 23, 2004) (Story, J.); *Whitmore v. Merck & Co., Inc.,* NO, 4:03-cv-01354 (E.D. Mo. Nov. 23, 2004) (Webber, J.); *Register v. Merck & Co., Inc.,* No. 3:04-CV-2259-R (N.D. Tex. Nov. 23, 2004) (Buchmeyer, J.); *Painton v. Merck & Co., Inc.,* No. 1:04-CV-686 (E.D. Tex. Nov. 22, 2004) (Crone, J.); *Turner v. Merck & Co., Inc.,* NO. 1:04cv999-T (M.D. Ala. Nov. 22, 2004) (Thompson, J.); *Schneider v. Merck & Co., Inc.,* No. 04-22632-Civ-Moreno (S.D. Fla. Nov. 19, 2004) (Moreno, J); *Wheatley v. Merck & Co., Inc.,* No. 2:04cv0020 (W.D. Va. Nov. 19, 2004) (Jones, J.), *Stamper v. Merck & Co., Inc.,* No-04-452 JMH (E.D. Ky. Nov. 18, 2004) (Hood, J.); *Lassig v. Merck & Co., Inc.,* No. 3:03-CV-0180-M (N.D.Tex. Nov. 17, 2004) (Lynn, J.); *Glover v. Merck & Co., Inc.,* No. 03-CV-5166 (D. Minn. Nov. 17, 2004) (Noel, M.J.); *Price v. Merck & Co, Inc.,* NO. 3:04cv866LN (S.D. Miss. Nov. 16, 2004) (Nicols, M.J.); *White v. Merck & Co., Inc.,* No 3:04-cv-2136 (W.D. La. Nov. 8, 2004) (Kirk, M.J.); *Magee v. Merck & Co., Inc.,* No. 2:03cv249 (S.D. Miss. Nov. 5, 2004) (Roper, M.J.); *McFarland v. Merck & Co., Inc.,* No. 03-CV-247 (S.D. Miss. Nov. 5, 2004) (Roper, M.J.); *Daley v. Merck & Co., Inc.,* No. 6:03cv509 (E.D. Tex. Nov. 1, 2004) (Guthrie, M.J.); and *Hensley v. Merck & Co., Inc.,* No. CV-03-BE-906-E (N.D. Ala. Oct. 20, 2004) (Bowdre, J.).

Isner's motion to remand makes the argument for transfer even stronger.  The majority of courts have recognized that the best way to ensure that MDL proceedings can achieve their statutory goal of efficient, coordinated proceedings is by staying litigation pending transfer to the MDL court, including the consideration of remand motions.  This is particularly true where, as here, the issues raised by plaintiff's remand motion are similar to those raised in other cases set for transfer to the same MDL proceeding.  In fact, more than thirty VIOXX®-related cases with pending remand motions have been stayed because federal courts all around the country have determined that a stay furthers judicial economy and does not prejudice plaintiffs.

The law is clear that where a number of cases that are likely bound for the same MDL proceeding raise the same jurisdictional issues, deferring consideration of remand motions promotes the MDL goals of efficiency and consistency.  In fact, the "general rule" is for federal courts to "defer ruling on pending motions to remand until after the JPML has transferred the case." *Jackson v. Johnson & Johnson, Inc.*, No. 01-CV-2114, 2001 WL 34048067, at *6 (W.D. Tenn. Apr. 3, 2001) (provisionally denying a motion to remand and deferring final ruling for resolution by the MDL court).

A recent case in the Northern District of California demonstrates this point.  In *Burse v. Purdue Pharma Co.*, Nos. 04-CV-594-SC, 04-CV-713-SC, 2004 WL 1125055 (N.D. Cal. May 3, 2004), numerous plaintiffs filed actions against a pharmaceutical company, and the defendant removed them to federal court.  *Id.* at *1.  Faced with simultaneous motions to remand and to transfer the case to another district for coordinated proceedings, the court reasoned that because the case involved a series of actions against identical defendants with overlapping legal issues, the case should be transferred and the remand motions decided by the transferee judge.  *Id.*  The court also observed that denying the transfer would require the defendant to defend itself in

numerous fora, thus causing prejudice to the defendant that outweighed any inconvenience to the plaintiffs from having to litigate in a different district. *Id.* at \*2.

A number of courts have adopted similar logic to stay VIOXX®-related cases with remand motions pending. For example, in *Wright v. Merck & Co., Inc.*, No. 2:04-CV-3037-PHX-SRB (D. Ariz. Jan. 28, 2005), the United States District Court for the District of Arizona granted Merck's motion to stay pending the Panel's transfer decision, despite the pendency of a remand motion. The court reasoned that the jurisdictional issues presented by the motion were common to many cases consolidated by the Panel and ultimately granted the stay:

> While this Court is not required to stay consideration of the Motion to Remand, it concludes that it would be in the best interests of judicial economy and consistency to stay this case until the determination of its transfer by the Judicial Panel on Multidistrict Litigation.

Slip op. at 2, *see* Abruzzi Decl. at ¶ 4, Exhibit C.

Similarly, in *Fontanilles v. Merck & Co.*, No. 04-22799-CI-HUCK (S.D. Fla. Dec. 14, 2004), the district court stayed a VIOXX® action despite a pending remand motion, stating that "[j]udicial consistency, economy, and uniformity among similar VIOXX cases would be served by deferring resolution of the remand issues at this time." Slip op. at 2, *see* Abruzzi Decl. at ¶ 5, Exhibit D. Other courts have reached the same conclusion. As the district court in *Price v. Merck & Co., Inc.*, No. 3:04-CV-866-TSL-AGN (S.D. Miss. Nov. 16, 2004), held:

> The gravity of the ruling of this court is magnified by the fact that the decision to remand is not subject to appeal. These motions deserve careful, studied, time-consuming consideration. . . . . Plaintiff will not be unduly prejudiced if proceedings in this court, including consideration of the Motion to Remand, are stayed pending a decision by the JPML as to the transferability of this case. The court additionally finds that staying all proceedings will serve the interests of judicial economy.

Slip op. at 3-4; *see* Abruzzi. Decl. at ¶ 6, Exhibit E (citations omitted).

The reasoning of these courts has broad acceptance. For example, in the context of the Baycol litigation, one federal judge considered issues nearly identical to those presented here.

*Knearem v. Bayer Corp.*, No. 02-CV-2096-CM, 2002 WL 1173551 (D. Kan. May 7, 2002).

There, defendant Bayer moved for "an order staying all pretrial proceedings . . . pending the

decision to transfer this case to the Baycol® Multidistrict Litigation." *Id.* at 1. The court

rejected the plaintiff's request to have the transferor court consider the remand issue:

> [J]udicial economy is best served by staying this litigation pending a resolution of
> the conditional order to transfer. Granting a stay of this litigation avoids the
> possibility of inconsistent pretrial rulings. Then, if this case ultimately is
> transferred, Judge [Michael] Davis [D. Minn.] can decide for all cases involved in
> the Baycol® MDL whether the jurisdictional requirements are met.

*Id.*

Similarly, in *Falgoust v. Microsoft Corp.*, No. 00-CV-0779, 2000 WL 462919 (E.D. La.

Apr. 19, 2000), the district court denied the Plaintiff's remand motion and granted a stay. The

district court acknowledged that a pending transfer motion before the Panel did not affect its

jurisdiction, but deferred to the MDL transferee court anyway, citing its power to promote

"economy of time and effort for itself, for counsel, and for litigants." *Id.* at *1 (citing *Landis v.*

*N. American Co.*, 57 S. Ct. 163, 166 (1936)). Because the same jurisdictional issue arose in

many other related cases, the court found that the Panel's purpose of promoting judicial economy

and preventing inconsistent rulings would be best served by "resolution of [the jurisdictional]

issues by a single court after transfer by the JPML." *Id.* at *2. *See also In re Ivy*, 901 F.2d 7, 9

(2d Cir. 1990) (noting that where "[t]he jurisdictional issue in question is easily capable of

arising in [more than one court] . . . [c]onsistency as well as economy is . . . served [by

transferring and consolidating cases as to which remand motions are pending]"); *In re Prudential*

*Ins. Co. of America Sales Practices Litig.*, 170 F. Supp. 2d 1346, 1347 (J.P.M.L. 2001) (noting

that "remand motions can be presented to and decided by the transferee judge").

In short, the circumstances of this case make a stay all the more appropriate. Plaintiff's

case is one of many involving similar factual and legal issues, including the question of whether

plaintiffs can defeat diversity jurisdiction by naming nondiverse sales representatives.  Deferring

consideration of that and other pretrial issues pending MDL transfer will best effectuate the

MDL goals of efficiency and consistency.


**CONCLUSION**

For the foregoing reasons, Merck requests that the Court grant its motion to stay all

proceedings in this case — including the Court's consideration of the Plaintiff's motion to

remand — pending the Judicial Panel on Multidistrict Litigation's ruling on Plaintiff's objection

to transfer of this case to the MDL Court for coordinated pretrial management.

Respectfully submitted,

MERCK & CO., INC.


/s/ *Bradley E. Abruzzi*
James J. Dillon (BBO# 124660)
Bradley E. Abruzzi (BBO# 651516)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts  02210
(617) 832-1000


Dated:  April 4, 2005

## CERTIFICATE OF SERVICE

I certify that on April 4, 2005 I e-filed the foregoing DEFENDANT MERCK & CO., INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION TO STAY ALL PROCEEDINGS PENDING A TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, causing a true digital copy of the same to be served simultaneously upon:

Joseph L. Doherty, Jr.
Joseph L. Doherty, Jr. & Associates
225 Franklin Street
Boston, MA  02110
**Counsel for Plaintiff Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D.**


/s/ *Bradley E. Abruzzi*

B3014418.1

# EXHIBIT A

**A CERTIFIED TRUE COPY**

FEB 1 6 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA     FEB 1 6 2005

2005 FEB 17 AH 11:37     FILED
CLERK'S OFFICE

LORETTA G. WHYTE
CLERK

*RELEASED FOR PUBLICATION*

*DOCKET NO. 1657*

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

### BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,[*] ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL

### TRANSFER ORDER

This litigation presently consists of 148 actions pending in 41 federal districts and listed on the attached Schedule A. Before the Panel are two motions, pursuant to 28 U.S.C. § 1407, that taken together seek centralization for coordinated or consolidated pretrial proceedings of all but one of these actions.[1] Plaintiff in one Eastern Louisiana action seeks centralization of this litigation in the Eastern or Western Districts of Louisiana. Defendant Merck & Co., Inc. (Merck) moves for centralization of this litigation in either the District of Maryland, the Southern District of Indiana, or the Northern District of Illinois. Merck also agrees with some plaintiffs that the District of New Jersey would be an appropriate transferee district. AmerisourceBergen Corp., a wholesaler defendant, supports centralization in the Maryland district. Most responding plaintiffs agree that centralization is appropriate, although some plaintiffs suggest alternative transferee districts, including the Northern District of Alabama, the Central or Northern Districts of California, the District of Delaware, the Southern District of Illinois, the District of Minnesota, the Eastern District of Missouri, the District of New Jersey, the Eastern or Southern Districts of New York, the Northern or Southern Districts of Ohio, the Western District of Oklahoma, the Eastern District of Pennsylvania, and the Southern or Western Districts of Texas.

---

[*] Judge Motz took no part in the decision of this matter.

[1] Included in the Section 1407 motions were eleven additional actions pending in the Central District of California (2), the Southern District of California (1), the Southern District of Illinois (2), the Southern District of Indiana (1), the Western District of Missouri (1), the Southern District of New York (1), the Northern District of Texas (1), and the Southern District of Texas (2). These actions have been either remanded to their respective state courts, voluntarily dismissed, or otherwise closed. Accordingly, inclusion of the actions in Section 1407 proceedings is moot.

One other action – *Teamsters Local 237 Welfare Fund, et al v Merck & Co, Inc*, S.D. New York, C.A. No. 1:04-9248 – was not included on either MDL-1657 motion and is now included in this transfer order. All parties to this action had notice of the proceedings before the Panel relating to Section 1407 centralization and had an opportunity to participate in those proceedings by stating their respective positions in writing and during the Panel's hearing session.

The Panel has been notified of nearly 300 potentially related actions pending in multiple federal districts. In light of the Panel's disposition of this docket, these actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

Fee
Process
X Dktd
CtrmDep
Doc. No

- 2 -

A CERTIFIED TRUE COPY

OCT 2 1 2004

The three arguments in opposition to Section 1407 centralization can be summarized as follows: plaintiffs in two actions oppose inclusion of their actions in MDL-1657 proceedings because motions to remand their actions to state court are pending; plaintiffs in some Southern Texas actions along with plaintiffs in one third-party payor action pending in the Southern District of New York oppose these actions' inclusion in MDL-1657, arguing that individual questions of fact in their actions predominate over any common questions of fact and/or that discovery is already underway in these actions; and plaintiffs in one action pending in the Eastern District of New York oppose inclusion of their action in 1407 proceedings, since it involves additional claims relating to a different prescription medication not involved in other MDL-1657 actions

On the basis of the papers filed and hearing session held, the Panel finds that the actions in this litigation involve common questions of fact, and that centralization under Section 1407 in the Eastern District of Louisiana will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All actions focus on alleged increased health risks (including heart attack and/or stroke) when taking Vioxx, an anti-inflammatory drug, and whether Merck knew of these increased risks and failed to disclose them to the medical community and consumers Centralization under Section 1407 is necessary in order to eliminate duplicative discovery, avoid inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary

The pendency of a motion to remand to state court is not a sufficient basis to avoid inclusion in Section 1407 proceedings We note that motions to remand in two actions, one action each in the District of Kansas and the Eastern District of Missouri, as well as in any other MDL-1657 actions can be presented to and decided by the transferee judge See, e g , In re Ivy, 901 F 2d 7 (2d Cir 1990); In re Prudential Insurance Company of America Sales Practices Litigation, 170 F Supp 2d 1346, 1347-48 (J P M L 2001).

Nor are we persuaded by the arguments of some opposing Texas plaintiffs and the New York third-party payor plaintiffs We point out that transfer under Section 1407 has the salutary effect of placing all actions in this docket before a single judge who can formulate a pretrial program that: 1) allows discovery with respect to any non-common issues to proceed concurrently with discovery on common issues, In re Joseph F Smith Patent Litigation, 407 F Supp 1403, 1404 (J P M L 1976); and 2) ensures that pretrial proceedings will be conducted in a manner leading to the just and expeditious resolution of all actions to the overall benefit of the parties We note that the MDL-1657 transferee court can employ any number of pretrial techniques – such as establishing separate discovery and/or motion tracks – to efficiently manage this litigation In any event, we leave the extent and manner of coordination or consolidation of these actions to the discretion of the transferee court In re Mutual Funds Investment Litigation, 310 F Supp 2d 1359 (J P M L 2004). It may be, on further refinement of the issues and close scrutiny by the transferee judge, that some claims or actions can be remanded to their transferor districts for trial in advance of the other actions in the transferee district But we are unwilling, on the basis of the record before us, to make such a determination at this time Should the transferee judge deem remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay See Rule 7.6, 199 F.R.D. at 436-38. We are confident in the transferee judge's ability to streamline pretrial proceedings in these actions, while concomitantly directing the appropriate resolution of all claims.

- 3 -

The Panel is persuaded, however, that claims involving a prescription drug other than Vioxx in one Eastern District of New York action do not share sufficient questions of fact with claims relating to Vioxx to warrant inclusion of these non-Vioxx claims in MDL-1657 proceedings

Given the geographic dispersal of constituent actions and potential tag-along actions, no district stands out as the geographic focal point for this nationwide docket Thus we have searched for a transferee judge with the time and experience to steer this complex litigation on a prudent course By centralizing this litigation in the Eastern District of Louisiana before Judge Eldon E. Fallon, we are assigning this litigation to a jurist experienced in complex multidistrict products liability litigation and sitting in a district with the capacity to handle this litigation

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on the attached Schedule A and pending outside the Eastern District of Louisiana are transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Eldon E. Fallon for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

IT IS FURTHER ORDERED that claims in *Dominick Cain, et al. v Merck & Co., Inc., et al*, E.D. New York, C.A. No. 1:01-3441, against Pharmacia Corp, Pfizer Inc., and G.D. Searle & Co relating to a prescription medication other than Vioxx are simultaneously separated and remanded to the Eastern District of New York.

FOR THE PANEL:

Wm Terrell Hodges
Chairman

# SCHEDULE A

<u>MDL-1657 -- In re Vioxx Products Liability Litigation</u>

**SECT. L MAG. 3**

CASE No. ASSIGNED
EASTERN DIST OF LOUISIANA

### Middle District of Alabama

| | |
|---|---|
| *Paul Turner, Sr. v. Merck & Co., Inc.*, C.A. No. 1:04-999 | 05-0428 |
| *Danny M. Wilson v. Merck & Co., Inc.*, C.A. No. 2:03-844 | 05-0429 |

### Northern District of Alabama

| | |
|---|---|
| *Carolyn O. Hensley, etc. v. Merck & Co., Inc.*, C.A. No. 1:03-906 | 05-0430 |
| *William Cook v. Merck & Co., Inc., et al.*, C.A. No. 2:02-2710 | 05-0431 |
| *Sharon Scott Jones v. Merck & Co., Inc.*, C.A. No. 5:04-3079 | 05-0432 |

### Southern District of Alabama

| | |
|---|---|
| *Carolyn Younge, etc. v. Merck & Co., Inc., et al.*, C.A. No. 1:03-125 | 05-0433 |

### Eastern District of Arkansas

| | |
|---|---|
| *Linda Sue Otts v. Merck & Co., Inc.*, C.A. No. 5:04-57 | 05-0434 |

### Western District of Arkansas

| | |
|---|---|
| *Bobby Brown, et al. v. Merck & Co., et al.*, C.A. No. 4:04-4140 | 05-0435 |
| *Arthur Fulton, etc. v. Merck & Co., Inc.*, C.A. No. 6:03-6107 | 05-0436 |

### Central District of California

| | |
|---|---|
| *Charles Ashman v. Merck & Co., Inc.*, C.A. No. 2:04-8225 | 05-0437 |
| *Janet Briggs v. Merck & Co., Inc.*, C.A. No. 2:04-9275 | 05-0438 |

### Northern District of California

| | |
|---|---|
| *Kathy Tokes v. Merck & Co., Inc.*, C.A. No. 3:04-4435 | 05-0439 |
| *Patricia A. Taylor v. Merck & Co., Inc.*, C.A. No. 3:04-4510 | 05-0440 |
| *Jeffrey Brass v. Merck & Co., Inc.*, C.A. No. 3:04-4521 | 05-0441 |

### Middle District of Florida

| | |
|---|---|
| *Frances Dunleavey, et al. v. Merck & Co., Inc.*, C.A. No. 2:04-539 | 05-0442 |

- A2 -

**MDL-1657 Schedule A (Continued)**

SECT. L MAG. 3

### Northern District of Florida

*Benjamin Burt, et al v Merck & Co, Inc.*, C A No. 3:04-388      05-0443

### Southern District of Florida

*Ellen B. Gerber, et al v Merck & Co, Inc*, C A No. 0:04-61429      05-0444
*Josefa Abraham, et al v. Merck & Co, Inc*, C A No 1:04-22631      05-0445
*Sidney Schneider v Merck & Co, Inc., et al*, C A -No 1:04-22632      05-0446
*Clara Fontanilles v. Merck & Co, Inc*, C A. No. 1:04-22799      05-0447
*Stanley Silber, et al v Merck & Co., Inc*, C A No 9:04-80983      05-0448

### Northern District of Georgia

*Richard Zellmer v Merck & Co, Inc., et al*, C.A No 1:03-2530      05-0449
*Edna Strickland v Merck & Co, Inc.*, C.A. No. 1:04-3231      05-0450

### Northern District of Illinois

*Linda Grant, et al v Merck & Co, Inc.*, C A No. 1:04-6407      05-0451
*Constance Oswald v Merck & Co, Inc*, C.A No 1:04-6741      05-0452
*Anita Ivory v Merck & Co, Inc*, C A No 1:04-7218      05-0453

### Southern District of Illinois

*Roberta Walson, etc. v Merck & Co., Inc.*, C.A No. 3:04-27      05-0454
*John Ellis v. Merck & Co., Inc, et al*, C A No 3:04-792      05-0455
*Bilbrey v. Merck & Co, Inc*, C A. No 3:04-836      05-0456

### Southern District of Indiana

*Estate of Lowell D Morrison v Merck & Co, Inc*, C A No 1:03-1535      05-0457
*Kimberly Van Jelgerhuis, et al v Merck & Co, Inc*, C A No 1:04-1651      05-0458

### District of Kansas

*Vicky Hunter v Merck & Co., Inc.*, C A No 2:04-2518      05-0459
*Betty S Smith v Merck & Co., Inc.*, C A No 6:04-1355      05-0460

- A3 -

MDL-1657 Schedule A (Continued)

**SECT. 1 MAG. 3**

### Eastern District of Kentucky

Daniel K. Williams v Merck & Co., Inc , C.A. No. 2:04-235          05-0461
Richard J Getty, et al v Merck & Co., Inc , C.A. No 5:04-452       05-0462

### Eastern District of Louisiana

Salvadore Christina, Sr v Merck & Co , Inc , C.A No 2:04-2726
Angelis Alexander v Merck & Co., Inc , C.A No 2:04-2845
Leonce Davis v Merck & Co., Inc , C.A. No 2:04-2937
Mary V. Gagola v Merck & Co., Inc., C.A. No 2:04-3053
Christine L Parr v Merck & Co , Inc , C.A No 2:04-3054
Clifton Adam Savage, Sr v. Merck & Co., Inc., C.A. No. 2:04-3055
Delores Thomas Robertson v Merck & Co , Inc , C.A. No. 2:04-3056
Howard Mark Falick v. Merck & Co., Inc , C.A No 2:04-3060
Warren L Gottsegen, M D v Merck & Co , Inc , C.A. No. 2:04-3065

### Middle District of Louisiana

Michael Wayne Russell v Merck & Co , Inc , C.A. No. 3:04-712      05-0463
Linda Kay Hudson v Merck & Co , Inc , C.A No 3:04-776             05-0464
Jesse Wilkinson v Merck & Co , Inc , C.A. No 3:04-800             05-0465
Wilson Brown v Merck & Co , Inc., C.A No 3:04-801                 05-0466
Dorothy Bracken v Merck & Co. Inc , C.A. No 3:04-802             05-0467
James Edward Benoit v Merck & Co , Inc., C.A No 3:04-803          05-0468
Clarence Chiszle v Merck & Co , Inc., C.A.A No 3:04-804           05-0469

### Western District of Louisiana

Anthony J. Mallet, et al v Merck & Co , Inc., et al., C.A No. 2:02-2304     05-0470
Calvin Warren, et al v Merck & Co , Inc., C.A No 3:04-2110                  05-0471
Vicki White v Merck & Co , Inc , C.A. No 3:04-2126                          05-0472
Norma Merrit, et al. v. Merck & Co , Inc , C.A. No 5:03-1401               05-0473
Herchial Wright, et al v Merck & Co , Inc , C.A No 5:04-2268                05-0474
Leroy Bates, et al v Merck & Co , Inc , C.A. No 5:04-2269                   05-0475
Vaughn McKnight v. Merck & Co., Inc , C.A. No 5:04-2270                     05-0476
Josephine Harper v Merck & Co , Inc , C.A. No. 5:04-2271                    05-0477
Lendell Burns, et al v Merck & Co , Inc., C.A. No 5:04-2272                 05-0478
Leona Sadler v Merck & Co , Inc , C.A No 5:04-2273                          05-0479
William Tice, et al v Merck & Co , Inc , C.A. No 5:04-2274                  05-0480
Maynard Butler, et al v Merck & Co , Inc , C.A No 5:04-2275                 05-0481
Marion Evans, et al v. Merck & Co , Inc , C.A. No. 5:04-2276               05-0482
Donna Lavergne v Merck & Co . Inc , C.A No 6:04-2174                        05-0483

- A4 -

**MDL-1657 Schedule A (Continued)**

EXHIBIT 1 #####3

### District of Maryland

| | |
|---|---|
| Lindsey Edler, etc. v. Merck & Co., Inc., C.A. No. 1:03-3612 | 05-0484 |
| Melvin Biles v. Merck & Co., Inc., C.A. No. 1:04-975 | 05-0485 |
| David Morris, Jr. v. Merck & Co., Inc., C.A. No. 8:04-3024 | 05-0486 |
| Daniel Martin Jeffers, et al. v. Merck & Co., Inc., C.A. No. 8:04-3604 | 05-0487 |

### District of Massachusetts

| | |
|---|---|
| Frank R. Saia v. Merck & Co., Inc., C.A. No. 1:04-12166 | 05-0488 |

### District of Minnesota

| | |
|---|---|
| Carolyn Y. Glover v. Merck & Co., Inc., C.A. No. 0:03-5166 | 05-0489 |
| Lowell Burris, Jr. v. Merck & Co., Inc., C.A. No. 0:04-4375 | 05-0490 |
| Shirley Homister v. Merck & Co., Inc., C.A. No. 0:04-4754 | 05-0491 |

### Northern District of Mississippi

| | |
|---|---|
| Frances Shannon, et al. v. Merck & Co., Inc., et al., C.A. No. 2:03-105 | 05-0492 |

### Southern District of Mississippi

| | |
|---|---|
| Leona McFarland et al. v. Merck & Co., Inc., et al., C.A. No. 2:03-247 | 05-0493 |
| Bettye J. Magee, et al. v. Merck & Co., Inc., et al., C.A. No. 2:03-249 | 05-0494 |
| Jerry Melton v. Merck & Co., Inc., et al., C.A. No. 2:04-372 | 05-0495 |
| Janet Sue Morgan, et al. v. Merck & Co., Inc., et al., C.A. No. 3:03-435 | 05-0496 |
| Brenda Price, et al. v. Merck & Co., Inc., et al., C.A. No. 3:04-866 | 05-0497 |

### Eastern District of Missouri

| | |
|---|---|
| Deyonne E. Whitmore v. Merck & Co., Inc., C.A. No. 4:03-1354 | 05-0498 |
| Janice Perkins v. Merck & Co., Inc., C.A. No. 4:04-1446 | 05-0499 |
| Jurhee Bench v. Merck & Co., Inc., C.A. No. 4:04-1447 | 05-0500 |

### Western District of Missouri

| | |
|---|---|
| Caroline Nevels v. Merck & Co., Inc., et al., C.A. No. 4:04-952 | 05-0501 |
| Russell Young, etc. v. Merck & Co., C.A. No. 6:04-5117 | 05-0502 |

- A5 -

**MDL-1657 Schedule A (Continued)**                    SECT. I MAG. 3

### District of New Jersey

| | |
|---|---|
| Patrick Besaw v Merck & Co , Inc , C.A No 3:04-5178 | 05-0503 |
| Brenda Aguero, et al v Merck & Co , Inc , C.A No 3:04-5341 | 05-0504 |

### Eastern District of New York

| | |
|---|---|
| Dominick Cain, et al v Merck & Co , Inc , et al., C A No. 1:01-3441 | 05-0505 |
| William Hanson v Merck & Co , Inc , C A No 1:04-2949 | 05-0506 |
| Jerome Covington v. Merck & Co , Inc , C.A No 1:04-4439 | 05-0507 |
| Alan Mell v Merck & Co , Inc , C A No. 1:04-4606 | 05-0508 |
| Lorraine Fialo v. Merck & Co , Inc , C.A No. 1:04-4686 | 05-0509 |
| Lawrence Wright, et al v Merck & Co , Inc , C.A No 2:04-4485 | 05-0510 |
| William Fontanetta, et al. v. Merck & Co , Inc , C A No 2:04-4486 | 05-0511 |

### Southern District of New York

| | |
|---|---|
| Laney C Davis v Merck & Co , Inc , C A. No. 1:04-8082 | 05-0512 |
| Elizabeth Aiken v Merck & Co , Inc , C.A No. 1:04-8085 | 05-0513 |
| Walter McNaughton v Merck & Co Inc , C A No. 1:04-8297 | 05-0514 |
| Carmen M Pagan, et al v Merck & Co , Inc , C A. No. 1:04-8959 | 05-0515 |
| Teamsters Local 237 Welfare Fund, et al v. Merck & Co , Inc , C A No 1:04-9248 | 05-0516 |
| Anna Quick v Merck & Co , Inc , C A. No. 7:04-8169 | 05-0517 |

### Northern District of Ohio

| | |
|---|---|
| Marjory Knoll v Merck & Co , Inc , C.A. No. 1:04-2209 | 05-0518 |
| Danford K Jones et al v Merck & Co , Inc , C A No 1:04-2217 | 05-0519 |
| JamEs E. Meadows, et al v Merck & Co , Inc., C.A No. 1:04-2229 | 05-0520 |
| Wanda Moldovan et al v Merck & Co , Inc , C.A No 1:04-2245 | 05-0521 |
| Janet Dauterman, et al v Merck & Co , Inc , C A No 3:03-7623 | 05-0522 |

### Western District of Oklahoma

| | |
|---|---|
| Paul E House v Merck & Co , Inc , C A No 5:04-1235 | 05-0523 |

### Eastern District of Pennsylvania

| | |
|---|---|
| Henry Smith, et al v Merck & Co , Inc., C.A No 2:04-4713 | 05-0524 |
| Michelle Donovan v Merck & Co , Inc , C.A No 2:04-4882 | 05-0525 |
| Gwendolyn L. Carr v. Merck & Co , Inc , C.A No 2:04-4900 | 05-0526 |
| Fred S Engle v Merck & Co , Inc , C.A No 2:04-5077 | 05-0527 |
| Merrick Sirota, et al v Merck & Co , Inc , C.A No 2:04-5130 | 05-0528 |

- A6 -

MDL-1657 Schedule A (Continued)

**SECT. L MAG. 3**

### District of Puerto Rico

*Rafael Gonzalez-Arias, et al  v  Merck & Co , Inc , C.A  No  3:04-2263*          05-0529

### District of South Carolina

*Bridget Elaine Michaud, etc  v  Merck & Co., Inc., C.A. No  4:03-3083*          05-0530

### Eastern District of Texas

| | |
|---|---|
| *Arthur Clifford Hall, et al  v  Merck & Co , Inc., C.A  No  1:04-684* | 05-0531 |
| *Brenda Lewis, et al  v  Merck & Co., Inc , C.A  No  1:04-685* | 05-0532 |
| *Billie Painton, et al  v  Merck & Co , Inc , C.A  No  1:04-686* | 05-0533 |
| *Lovincy Richard, et al  v  Merck & Co., Inc., et al , C.A. No  1:04-703* | 05-0534 |
| *Bill Jolley, et al. v. Merck & Co , Inc , C.A  No  2:04-376* | 05-0535 |
| *Marian Williamson, etc  v  Merck & Co , Inc , C.A  No  2:04-406* | 05-0536 |
| *Deborah Daley, etc  v  Merck & Co., Inc., et al., C.A  No  6:03-509* | 05-0537 |

### Northern District of Texas

| | |
|---|---|
| *Dellas Staples, et al  v  Merck & Co , Inc , et al , C.A  No  3:03-180* | 05-0538 |
| *Michael R  Leonard v  Merck & Co , Inc , C.A  No  3:04-2157* | 05-0539 |
| *Jack A  Register, et al  v  Merck & Co , Inc , et al , C.A  No  3:04-2259* | 05-0540 |

### Southern District of Texas

| | |
|---|---|
| *Heirs of the Estate of Pablo Flores v. Merck & Co  Inc , et al , C.A  No  2:03-362* | 05-0541 |
| *Audona Sandoval v. Merck & Co , Inc , C.A  No  2:04-544* | 05-0542 |
| *Jeffrey L  Denny, et al  v  Merck & Co., Inc., et al , C.A  No  3:04-526* | 05-0543 |
| *Kimberly D  Stubblefield, etc  v. Merck & Co., Inc., et al , C.A  No  4:02-3139* | 05-0544 |
| *John P  Eberhardt v  Merck & Co , Inc , C.A  No  4:03-1380* | 05-0545 |
| *Myrtle Louise Bell, et al  v  Merck & Co., Inc., et al , C.A  No  4:03-3448* | 05-0546 |
| *Thomas Joseph Pikul, etc  v  Merck & Co., Inc., et al , C.A  No  4:03-3656* | 05-0547 |
| *Opalene Stringer, et al  v  Merck & Co., Inc., et al , C.A  No  4:03-3657* | 05-0548 |
| *Reginald K  Fears v  Merck & Co , Inc , C.A  No  4:04-4187* | 05-0549 |
| *Peggy J  Balch v  Merck & Co , Inc , C.A  No  4:04-4201* | 05-0550 |
| *John R  Stout v  Merck & Co , Inc , C.A  No  4:04-4205* | 05-0551 |
| *Charles C  Gilmore v  Merck & Co , Inc , C.A  No  4:04-4206* | 05-0552 |
| *Johnny White v  Merck & Co , Inc , C.A  No  4:04-4207* | 05-0553 |
| *Donna Hale v  Merck & Co , Inc , C.A  No  4:04-4208* | 05-0554 |
| *Bernadette Young v  Merck & Co , Inc , C.A  No  4:04-4209* | 05-0555 |
| *William B  Gregory, Jr  v  Merck & Co., Inc., C.A  No  4:04-4327* | 05-0556 |

- A7 -

**MDL-1657 Schedule A (Continued)**

<u>Southern District of Texas</u> (Continued)

| | |
|---|---|
| *Patricia Benavides, etc. v. Merck & Co., Inc., et al*, C A No 5:03-134 | 05−0557 |
| *Patricia Benavides, etc. v. Merck & Co., Inc., et al*, C A No 5:04-153 | 05−0558 |
| *Olga Sanchez v. Merck & Co., Inc., et al*, C A. No. 7:04-352 | 05−0559 |
| *Maria Emma Hinojosa v. Merck & Co., Inc.*, C.A. No. 7:04-373 | 05−0560 |

<u>Western District of Texas</u>

| | |
|---|---|
| *Joe Hopson, etc. v. Merck & Co., Inc., et al*, C A No 1:04-485 | 05−0561 |
| *Larry Lee Bauman, et al. v. Merck & Co., Inc*, C A. No. 1:04-707 | 05−0562 |
| *Carolyn Reed etc v. Minor, et al*, C A No. 1:04-731 | 05−0563 |

<u>District of Utah</u>

| | |
|---|---|
| *Della Jo Salt, et al v. Merck & Co., Inc*, C A No 2:01-794 | 05−0564 |

<u>District of Vermont</u>

| | |
|---|---|
| *Sara Cheeseman v. Merck & Co Inc*, C A No 1:04-261 | 05−0565 |

<u>Western District of Virginia</u>

| | |
|---|---|
| *Catherine Wheatley, etc. v. Merck & Co., Inc., et al*, C.A. No. 2:04-20 | 05−0566 |

Judicial Panel on Multidistrict Litigatio   Panel Attorney Service List

Page 1

Docket: 1657 - In re Vioxx Products Liability Litigation

**SCHEDULE B**

Status:  Transferred on 02/16/2005

Transferee District: LAE   Judge: Fallon, Eldon E

Printed on 02/16/2005

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Allen Jr T Scott<br>Cruse Scott Henderson & Allen<br>2777 Allen Parkway<br>7th Floor<br>Houston TX 77019 | => Arango M D , Dario*; Dario Arango, M D , P A dba Arango Family & Industrial Clinic*• Dennis Dr Michael D *; Suderman, D O  Emery L * |
| Americsourcebergen<br>1300 Morris Drive<br>Suite 100<br>Chesterbrook PA 19087 | => Amerisource Inc ; Amerisourcebergen#; Bergen Brunswig Drug Co # |
| Arsenault Richard J<br>Neblett Beard & Arsenault<br>P O Box 1190<br>Alexandria LA 71309-1190 | => Lavergne  Donna |
| Aylstock Bryan F<br>Aylstock Witkin & Sasser P L C<br>55 Baybridge Drive<br>Gulf Breeze FL 32561 | => Price Bobby; Price Brenda |
| Bailey Blake H<br>Bailey Law Firm<br>112 South Broadway<br>Tyler TX 75702 | => Bailey Jerlene*; Ford James*; Harrington John*; Hollandsworth James*; Irvin Barbara*; Jolley Bill*; Morrison Ethel*• Smith Shirley*; Williams James*; Young David* |
| Barkley Steven C<br>3560 Delaware<br>Suite 305<br>Beaumont TX 77706 | => Hall (Ind /Rep 'Est -Margaret Isabel) Arthur Clifford; Hall Eliot• Hall Frank Harold |
| Barrett David A<br>Boies Schiller & Flexner LLP<br>570 Lexington Avenue<br>16th Floor<br>New York NY 10022 | => Cain Alex*; Moss Bobbie*; Watkins William* |
| Becnel, Bradley Douglas<br>Law Offices Of Daniel E Becnel, Jr<br>425 W Airline Hwy<br>Suite B<br>Laplace LA 70068 | => Savage Sr Clifton Adam |
| Becnel Jr Daniel E<br>Law Offices of Daniel E Becnel Jr<br>106 West Seventh Street<br>P O Drawer H<br>Reserve LA 70084-2095 | => Benoit James Edward; Bracken, Dorothy Brown Wilson; Chiszle Clarence; Christina, Sr  Salvadore*; Davis Leonce; Falick, Howard Mark; Gagola  Mary V ; Hudson Linda Kay; Parr Christine L ; Robertson Delores Thomas; Wilkinson, Jesse |
| Bergen Brunswig,<br>P O Box 959<br>Valley Forge PA 19482 | => Bergen Brunswig Drug Co dba Amerisourcebergen |
| Berger, C William<br>Furr & Cohen<br>One Boca Place<br>2255 Glades Road | => Silber Stanley; Silber, Susan |

Note: Please refer to the report title page for complete report scope and key

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Suite 337W<br>Boca Raton, FL 33431 | |
| Birchfield Jr Andy D<br>Beasley Allen Crow Methvin Portis & Miles<br>P O Box 4160<br>234 Commerce Street<br>Montgomery AL 36103-4160 | => Abram Antoinette*; Adams (Behalf-Janet) Eddie William*; Brown (Behalf-Stephen Anthony) Tracy*;<br>Chapman, Eunice*; Cook. William*; Early Reginald*; Eckols Lula*; Eckols Tommy Lee*; Flanagan<br>Geneva L *; Gough, Jerry*; Halbert Josephine*; Harmon Roy*; Holmes Gene*; Hopkins<br>(Behalf-Emma Conner) Willie Mae*; Hudson Camillia Faye*; Johnson Sharon*; Jones Annie*; Jones,<br>Jessie Lee*; King Tonya Lynn*; Logan Joe W *; Magee. Bettye J *; Maynor Linder*; McFarland<br>Leona*; McMillan Louise*; McNeil Bessie*; Morgan Janet Sue*; Morgan Stephanie*; Moulds<br>(Behalf-Alice Lessie Atchley) Rachel*; Norwood Annie*; Oliver (Behalf-Kenneth Ray) Frances Ann*<br>Otts Linda Sue*; Parsons Mary*; Payton Eddie William*; Pegues Riella*; Powell, Susie M *; Smith.<br>James*; Starling, Lamont*; Sykes. Melissa*; Tucker Barbara*; Warren James Howard*; Wheatley<br>(Adm /Est -Carl) Catherine*; Wheaton Rosie C *; Younge (Ind /Adm /Est -Charles Marvin) Carolyn*;<br>Zellmer, Richard* |
| Bradford Reshonda L<br>Singleton Law Firm<br>4050 Linwood Ave<br>Shreveport LA 71108 | => Allegretto Fran; Anderson, Comecia; Anderson Frederick; Baylor. Ruthie; Brooks Magaline; Edwards<br>Joe Ree; Garcie Mattie; Hall Calvin; Kersee Mary; Merrit Norma; Netter Carlos; Payne Minnie;<br>Rice Thelma; Upshaw James |
| Bruno Joseph M<br>Bruno & Bruno LLP<br>855 Baronne Street<br>New Orleans LA 70113 | => Alexander Angelis* |
| Buchanan Virginia M<br>Levin Papatonio Thomas Mitchell et al<br>316 South Baylen Street Suite 600<br>P O Box 12308<br>Pensacola FL 32501 | => Burt Benjamin R ; Burt Shirley |
| Cabraser Elizabeth J<br>Lieff Cabraser Heimann & Bernstein. LLP<br>Embarcadero Center West<br>275 Battery Street<br>30th Floor<br>San Francisco CA 94111-3339 | => Aguero. Brenda*; Herke Sherrill* |
| Carboy Andrew J<br>Sullivan Papain. Block McGrath & Cannavo<br>120 Broadway<br>18th Floor<br>New York NY 10271 | => Fontanetta. Robin; Fontanetta William |
| Carroll Raymond S<br>Law Offices Of Weiner,carroll & Strauss<br>119 Rockland Center<br>Suite 425<br>Nanuet NY 10954 | => McNaughton Walter* |
| Colingo Joseph R<br>Williams Heidelberg et al<br>P O Box 1407<br>711 Delmas Avenue<br>Pascagoula MS 39568-1407 | => Stewart Dr Reginald |
| Cory, Ernest<br>Cory Watson Crowder & DeGaris P C<br>2131 Magnolia Avenue | => Fulton (Adm /Est -Rebeka Kayla Schultz) Arthur*; Hensley (Exe /Est -Henry Lee) Carolyn O * |

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

Suite 200
Birmingham AL 35205

Craig Jr C York    => Columbia Discount Drugs Inc ; Super D #143
Craig Hester Luke & Dodson
P O Box 12005
Jackson MS 39236-2005

Crum Richard E    => Turner Sr Paul*
Cobb Shealy Crum & Derrick, P A
P O Box 6346
Dothan AL 36302-6346

D Amato Jr John Michael    => Fialo, Lorriane
Russo Scamardella & D Amato P C
1010 Forest Avenue
Staten Island NY 10310

Deters Eric C    => Williams Daniel K *
Eric C Deters & Associates P S C
5247 Madison Pike
Independence KY 41051

Dixon Ivan    => Dixon, Ivan
8413 Edgewood Drive
Rowlett TX 75089

Eberhardt John P    => Eberhardt John P
#1083045
1100 FM 655
Rosharon TX 77583

Edelman Daniel A    => Ivory Anita
Edelman Combs & Latturner LLC
120 South LaSalle Street
18th Floor
Chicago IL 60603

Edmonson, Richard M    => Fred s Express
Armstrong Allen PLLC
4450 Old Canton Road
Suite 210
Jackson MS 39211

Fayard, Jr. Calvin C    => Russell Michael Wayne*
Fayard & Honeycutt
519 Florida Avenue, S W
Denham Springs LA 70726

Fears, Reginald K    => Fears Reginald K
James H Byrd Unit
21 FM 247
Huntsville TX 77320

Federman William B    => House, Paul E *; Leonard Michael R *
Federman & Sherwood
120 North Robinson Avenue
Suite 2720
Oklahoma City OK 73102

*(Panel Attorney Service List for MDL 1 657 Contin.*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Fiesta Ronald V<br>Kenneth B Moll & Associates Ltd<br>Three First National Plaza<br>50th Floor<br>Chicago IL 60602 | => Chartrand, Larry*; Grant Linda* |
| Flowers R Allen<br>Flowers Law Firm<br>341 North 25th Avenue<br>Hattiesburg MS 39401 | => Willis M D  Todd |
| Foster Shawn G<br>Davis, Bethune & Jones LLC<br>1100 Main Street<br>Suite 2390<br>Kansas City MO 64105 | => Bench Jurhee*; Hunter, Vicky* |
| Fox, Dana Casselli<br>Waters & Kraus<br>3219 McKinney Avenue<br>Suite 3000<br>Dallas TX 75204 | => Baldoni, Eugene; Blumfield Travis; Brumfield Travis; Lassig Ashley; Lassig Leonard; Lassig Martha; Pearson Carolyn; Pearson Elizabeth; Smith Carolyn; Smith Eric; Staples Billy; Staton (Ind /Per /Rep /Heirs/Est -David Wayne) Rosa Linda; Valdone Chip |
| Freese Richard A<br>Sweet & Freese P L L C<br>P O Box 1178<br>Jackson MS 39215 | => Melton  Jerry |
| Gallagher Michael T<br>Gallagher Law Firm P C<br>777 Walker Street<br>Suite 2500<br>Houston TX 77002 | => Balch Peggy J * |
| Gancedo Hector G<br>Gancedo & Nieves<br>144 West Colorado Blvd<br>Pasadena, CA 91105 | => Briggs Janet |
| Garcia Ricardo A<br>820 S Main Street<br>McAllen, TX 78501 | => Sanchez Olga* |
| Gibson Mary<br>P O Box 400<br>St Marys GA 31558 | => Gibson, Mary |
| Goldser Ronald S<br>Zimmerman Reed P L L P<br>651 Nicollet Mall<br>Suite 501<br>Minneapolis MN 55402-4123 | => Dauterman Brock; Dauterman Holly; Dauterman Janet; Dauterman Rod; Dauterman Ryan; Glover Carolyn Y ; Michaud (Ind /Per /Rep on behalf of the Estate of Andre Adrian Michaud Decedent Andre Adrian Michaud) Bridget Elaine; Whitmore, Deyonne E |
| Goldwasser Andrew S<br>Ciano & Goldwasser<br>460 MK Ferguson Plaza<br>1500 West Third Street<br>Suite 460<br>Cleveland OH 44113 | => Knoll Marjory |

Panel Attorney Service List for MDL 1 657 Continu

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Graffeo  C  Anthony<br>Watson  Jimmerson  Givhan  et al<br>203 Greene Street<br>P O  Box 18368<br>Hunsrville  AL  35804 | => Jones  Sharon  Scott |
| Griesenbeck , Tim T<br>Plunkett & Gibson<br>Renaissance Plaza, Suite 1100<br>70 N E  Loop 410<br>P O  Box 795061<br>San Antonio  TX  78216 | => Mercy Hospital of Loredo d/b/a Mercy Regional Medical Center |
| Griffith  Patricia<br>1045 Evelyn Avenue<br>Clarksdale  MS 38614<br> *** Bad Address *** | => Griffith  Patricia |
| Guerriero, Jeffrey D<br>Guerriero & Guerriero<br>P O  Box 4092<br>Monore  LA 71211-4092 | => Warren  Calvin; Warren  Jessica |
| Harke  Lance A<br>Harke & Clasby<br>155 South Miami Avenue<br>Suite 600<br>Miami  FL  33130 | => Fontanilles  Clara |
| Hebderson  Craig D<br>Gary  Thomasson  Hall & Mark<br>Professional Corp<br>P O  Box 2888<br>210 S  Carancahua<br>Corpus Christi  TX 78403 | => Reed (Ind /widow-Johnney)  Carolyn |
| Hockema  David Hadden<br>Hockema, Tippit & Escobedo  L L P<br>1 Paseo Del Prado<br>Bldg  101<br>P O  Box 720540<br>McAllen, TX 78504-0540 | => Hinojosa, Maria Emma* |
| Hodges  Robert M<br>Wise  Carter, Child & Caraway<br>P O  Box 651<br>Jackson, MS 39205-0651 | => Mississippi Emergency Associates  P A |
| Howell  III  Jesse L<br>Copeland  Cook, Taylor & Bush  P A<br>200 Concourse, Suite 200<br>1062 Highland Colony Parkway<br>P O  Box 6020<br>Ridgeland  MS 39158-6020 | => Bonners Pharmacy* |
| Hughes  John F<br>Wilkins  Stephens & Tipton<br>P O  Box 13429<br>Jackson  MS 39236-3429 | => Reid, M D  Richard |

*(Panel Attorney Service List for MDL 1 657 Continu*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Hutton, Mark B<br>Hutton & Hutton<br>P O Box 638<br>Wichita KS 67201 | => Smith, Betty S |
| Hylla David A<br>Bilbrey & Hylla<br>8724 Pin Oak Road<br>P O Box 975<br>Edwardsville IL 62025<br>*** Bad Address *** | => Bilbrey Patricia |
| Johnson Dennis J<br>Johnson & Perkinson<br>1690 Williston Road<br>P O Box 2305<br>S Burlington VT 05403 | => Cheeseman Sara* |
| Johnson Walter T<br>Watkins & Eager<br>P O Box 650<br>Jackson MS 39205-0650 | => G D Searle & Co ; G D Searle LLC ; Monsanto Co ; Pharmacia Corp |
| Johnson III Whitman B<br>Currie Johnson Griffin Gaines & Myers<br>P O Box 750<br>Jackson MS 39205-0750 | => Lee M D Charles D |
| Jones Christy D<br>Butler Snow O Mara Stevens & Cannada<br>P.O Box 22567<br>Jackson MS 39225-2567 | => Delta Discount Drugs Inc |
| Josephson Richard L<br>Baker Botts LLP<br>One Shell Plaza<br>910 Louisana Street<br>Suite 3000<br>Houston TX 77002-9934 | => R/D Clinical Research Inc ; Resnick M D Harvey |
| Katz, Melissa C<br>Waters & Kraus<br>3219 Mckinney<br>Suite 3000<br>Dallas TX 75204 | => Bareham Sandra; Bolen Larry; Briggs Robert; Conditt Kathy; Holland Michael; Joiner Sherri; Knowles Katrina; Lenormand Pamela; Mitchell Robert; Taucer Albert; Thompson John; Tucker Jerry |
| Kegerreis Sharon L<br>Hughes Hubbard & Reed LLP<br>201 S Biscayne Boulevard<br>Suite 2500<br>Miami FL 33131-4332 | => Publix Super Markets, Inc |
| Kennedy R Eric<br>Weisman Kennedy & Berris<br>1600 Midland Building<br>101 Prospect Avenue, West<br>Cleveland OH 44115 | => Jones Danford K * ; Jones Gilda C * |
| Kleinberg Norman C<br>Hughes Hubbard & Reed LLP | => Merck & Co Inc * |

*(Panel Attorney Service List for MDL 1 657 Continu*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| One Battery Park Plaza<br>New York NY 10004 | => Meadows, James E *; Meadows Jr . James E ; Meadows June; Meadows, Stephen G |
| Knoll, Marjory<br>Law Office Of Robert J Dicello<br>7556 Mentor Avenue<br>Mentor OH 44060 | |
| Kolman Timothy M<br>Timothy M Kolman And Associates<br>225 North Flowers Mill Road<br>The Shoppes at Flowers Mill<br>Langhorne, PA 19047 | => Donovan Michelle |
| Lamp, Joel C<br>Assistant General Counsel<br>Tort Litigation Division Wal-Mart Stores Inc<br>702 S W 8th Street<br>Bentonville, AR 72716-0215 | => Wal-Mart Stores Inc |
| Land John W<br>Bryan Nelson Randolph & Weathers<br>P O Drawer 18109<br>Hattiesburg MS 39404-8109 | => Mettsave Drugs; Quitman Drug Co |
| Lanier W Mark<br>Lanier Law Firm<br>6810 FM 1960 West<br>Houston, TX 77069 | => Brown Bobby* Brown Linda*; Daley (Ind /Rep /Est -Robert Deleon & Next Friend for Scott A &<br>Shirley Mann) Deborah*; Stubblefield (Ind /Rep /Est -Keith Jerome & Next-Friend-Keith Jerome<br>Korietta Lashay Kendall Wayne& Kedrick Roy), Kimberly D * |
| Leathers Jeffrey D<br>Greer Pipkin Russell, Dent & Leathers<br>P O Box 907<br>Tupelo MS 38802 | => Community Discount Pharmacy* |
| Leesfield Ira H<br>Leesfield, Leighton Rubio & Mahfood P A<br>2350 South Dixie Highway<br>Miami FL 33133 | => Schneider Sidney |
| Levin Arnold<br>Levin, Fishbein Sedran & Berman<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106 | => Besaw Patrick*; Smith Henry*; Smith Mary* |
| Lewis, Carlene Rhodes<br>Goforth Lewis, Sanford LLP<br>1111 Bagby<br>Suite 2200<br>Houston TX 77002 | => Ahl June*; Alaniz Flora*; Allen George*; Alston Jr . John*; Anglin Helen*; Austin Nancy*; Baker,<br>Mary*; Baker Norma*; Baldwin Kenneth*; Banks, Judy*; Barrington Ernest*; Bell, Myrtle Louise*;<br>Benavides (Ind /Rep/Est -Lucia Gutierrez), Patricia*; Berry, Flora*; Bogdany Arthur*; Bridgers.<br>Rebecca*; Bronze Sandra*; Brooks Fredrick*; Brow Mary*; Brown, Esther*; Brown, Wattie*; Buck<br>Patricia*; Buckner Claude*; Bullock, Barbara*; Burk-Cameron Patricia*; Burkett (Legal<br>Heir/Est -Lelan Stringer) Majorie*: Burrell Willie*; Busby-Allen, Sharla*; Butcher Shirley*; Calder<br>Virginia*; Camacho Maria*; Carney Homer*; Carter Andrea*; Carter Essie*; Carter, Helen Portis*:<br>Castro Hortensia*; Cebrum Alice*; Chambers Christopher*; Chane, Della*; Chatman Charles*:<br>Childress Cynthia*; Chocolate, Belinda*; Clark Beulah*; Clark Cortrena*; Clark Delores*; Clark<br>Mary*; Clayton, Marsha*; Cluff, Anna*; Coleman Lula*; Combs David*; Cooper Roberts*;<br>Coppedge Darryle*; Crick, Kimberly*; Cruz, Esperanza*; Cryer Becky*; Dahl, David*; De La Rosa,<br>Odilla*; Deainza Barbara*; Denny, Jeffrey L *; Denny Molly J *; Diaz Mary*; Duncan Shirley*;<br>Elam Claudia*; England James*; Fischbach Arleigh*; Flaniken Betty*; Forbes James*; Foward Joe*: |

*(Panel Attorney Service List for MDL 1 657 Continu*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| | Futrell, Sharon*; Gajdosik, Margaret*; Garrett, Manicka*; Garza Jorge*; Garza, Linda*; Garza Manuel*; Garza Pauline*; Geryak Janie*; Gilmore, Bobbie*; Glaspie Precious*; Goss Garcia*; Graves, Mark*; Gray Marvinette*; Griggsby Tenya*; Guzman Beatriz*; Haddox Gracie*; Hafemann Donald*; Hannah Reba*; Hannah, Sandra*; Hardin Larry*; Harrell Regina*; Harris Richard*; Harris Sandra*; Harris, Vivian*; Haynes Lloyd*; Heirs/Est -Pablo Flores*; Hermis Lawrence*; Hernandez Ana*; Hervey, George*; Hess Kenneth*; Hill Kristy*; Hodges Alvin*; Hogue Thelma*; Holland Wanda*; Hopson (Ind /Rep /Est -Kay Faubion) Joe*; Howard Annice*; Hubbs Judy*; Hutson Jerry*; Jackson, Ella*; Jackson, Esther*; Jackson, Lendia*; James Tracy*; Jobe Charles*; Johnson Willie*; Jones Terryl*; Kenne, Gordon*; King Patricia*; Knox Mary*; Kolak Alexander*; Lane Sr Prentice*; Lawson, Elva*; Lee Gary*; Lerma, Clemente*; Leslie Doris*; Leveen Jay*; Lewe Doris Jean*; Lewis Crystal*; Lise, Joyce*; Logsdon Ernest*; Lovvorn Jesse*; Lucas Stephen*; Mallet Anthony J *; Mallet Priscilla G *; Mankarious Rifaat*; Manning Rosie*; March Alicia*; Martin Georgia*; Martinez Willie*; Mauldin, Mary*; Mayberry Janice*; Mayo Veronica*; McCleveland Kym*; McGathon, Myrtle*; McMillian Opal*; McNualty Sharon*; Miller Grunetta*; Molina Euardo*; Moore, Sharon*; Moreno Jesus*; Morris Gerald*; Morton David*; Mowery Ricky*; Murphy Mary*; Myer Margaret Pearson*; Nelson Rubie*; Newell Carol*; Newton, Mary*; Nichols Fredrick*; Oliver Rena*; Owen III David*; Parker Jessie*; Parks, Dorothy*; Parks Margaret*; Patterson, Steven*; Phelan, Claudia*; Phillips, Laura M *; Pikul (Adm /Est -Paul), Thomas Joseph*; Platt Jr Alvin*; Posada Maria*; Powers Gail*; Pradia, Carolyn*; Punch Vivian*; Pyron, Marshall*; Rady Jean*; Ramirez Josefa*; Ray Sr, Darrell*; Reyna Pete*; Reynolds Lori*; Rhodes Brian*; Rhodes George*; Richter Mary*; Rivera Epifanio*; Roberts Katherine*; Roberts Lorna*; Robertson, Teddy*; Robinson Lonnie*; Robinson Oscar*; Rodriguez, Dorothy*; Rodriguez Jose*; Rodriguez, Vivian*; Rogers Hank*; Ross, Larry*; Ross Olga*; Ross Sonsuray*; Royston Trina*; Russell Shelvy*; Saylor Richard*; Schuhrke Nora*; Seago Buncy*; Shah Ahmed*; Shields Marie*; Simmons Robert*; Simpson Ovie*; Simpson Patricia*; Skipworth Billy*; Small Weavis*; Smith Georgia*; Smith Melody*; Sorge Charles*; Steard Sheilah*; Stech, Richard*; Taylor Jimmy*; Taylor Susan*; Taylor Tammy*; Taylor-Beck, Dimitri*; Teagve James*; Thomas Gerladine*; Thomas Jr Clifton*; Thomas Leslie*; Thompson Ray*; Tucholski Ernest*; Wallace Lamar*; Ward George*; Ward Willie*; Wardlow, Willard*; Watson Jummy*; Watson Lonzine*; Wiley Littie*; Williams Belinda*; Williams Charlotte*; Williams Josephine*; Williams Theresa*; Wilson John*; Wofford Diane*; Wood, Carol*; Woodall Phyllis*; Worsley, Fred*; Wright Alice*; Yarbrough Brenda*; Yong Cha Page* |
| Lietz David K<br>Coale Cooley Lietz McInerny & Broadus<br>818 Connecticut Avenue<br>Suite 857<br>Washington DC 20006 | => Gerber Ellen B *; Gerber Melvin* |
| Lockridge, Richard A<br>Lockridge, Grindal & Nauen P L L P<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis MN 55401-2179 | => Homister, Shirley |
| Luckett Jr William O<br>Luckett Law Firm<br>P O Drawer 1000<br>Clarksdale MS 38614-1000 | => Kroger Co |
| Malone Patrick A<br>Stein, Mitchell & Mezines<br>1100 Connecticut Avenue, N W<br>Suite 1100<br>Washington DC 20036 | => Jeffers, Barbara Ann; Jeffers Daniel Martin |
| Matthews David P<br>Abraham Watkins Nichols Sorrels Matthews & Friend | => Gilmore Charles C *; Hale Donna*; Stout John R *; White, Johnny*; Young Bernadette* |

Note: Please refer to the report title page for complete report scope and key

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 800 Commerce Street<br>Houston TX 77002-1776 | |
| McClain Kenneth B<br>Humphrey Farrington & McClain P C<br>221 West Lexington<br>Suite 400<br>Independence MO 64050 | => Nevels Caroline* |
| McNamara J Leray<br>Copeland Cook Taylor & Bush P A<br>200 Concourse Suite 200<br>1062 Highland Colony Parkway<br>P O Box 6020<br>Ridgeland MS 39158-6020 | => Ball M D David*; Barr M D William*; Hammock M D , B L ; Hassell John F ; Line M D , Lance*;<br>Liverman, Steven B *; Newell M D  Bruce*; Peeler, M D , J G *; Smith M D  Randall; Weiss David<br>C *; Windham M D  Thomas* |
| Meaders Kim M<br>Crouch & Ramey<br>1445 Rose Avenue<br>Ste 2300<br>Dallas TX 75202 | => Alford s Pharmacy* |
| Merkel Charles M<br>Merkel & Cocke<br>P O Box 1388<br>Clarksdale MS 38614-1388 | => Shannon Frances |
| Milam S Kirk<br>Hickman Goza & Spragins Pllc<br>P O Drawer 668<br>Oxford MS 38655-0668 | => Gunn, M D  Susan*; Gunn Susan*; McIntosh M D  Cooper A * |
| Milavetz Allen Scott<br>Milavetz Gallop & Milavetz<br>6500 France Avenue South<br>Edina MN 55435 | => Burris Jr  Lowell |
| Miller, Mason L<br>Getty & Mayo PLLC<br>1900 Lexington Financial Center<br>250 W Main Street<br>Lexington KY 40507 | => Getty Richard J *; Stamper Della* |
| Minor Daniel<br>1032 Cardinal Dr<br>Waco TX 76712 | => Minor Daniel |
| Minor, Steven R<br>Elliott Lawson & Minor PC<br>P O Box 8400<br>Bristol VA 24203-8400 | => Amerisource Corp *#; AmerisourceBergen Corp  fdba AmeriSource Corp |
| Moirano, Michael H<br>Nisen & Elliott<br>200 West Adams Street<br>Suite 2500<br>Chicago IL 60606 | => Oswald Constance* |
| Mousseau Geoffrey C<br>Mousseau & Associates | => Ashman Charles* |

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
| --- | --- |
| 1421 Valverde Place<br>Suite B<br>Glendale  CA 91208 | |
| Mulhern  Edwin T<br>Huwel & Mulhern<br>11 New Hyde Park Road<br>Frank Square  NY 11010 | => Mell  Alan |
| Murray  Stephen B.<br>Murray Law Firm<br>909 Poydras Street<br>Suite 2550<br>New Orleans  LA 70112-4000 | => Gottsegen M D  Warren L *; Gregory Jr  William B * |
| Nast  Dianne M<br>Roda & Nast  P C<br>801 Estelle Drive<br>Lancaster  PA 17601 | => Engle (Ind /Adm /Est -Louise)  Fred S * |
| Naylor  Eugene R<br>Wise  Carter  Child & Caraway<br>600 Heritage Bldg<br>401 East Capitol St<br>P O  Box 651<br>Jackson  MS 39205-0651 | => Patel  M D  Pravin |
| O Malley  Richard F<br>Sidley Austin Brown & Wood<br>10 South Dearborn Street<br>Suite 48 Southeast<br>Chicago  IL 60603 | => G D  Searle & Co *; Pfizer  Inc *; Pharmacia Corp * |
| Owen  Gregory J<br>Owen  Patterson & Owen<br>23822 West Valencia Blvd<br>Suite 201<br>Valencia  CA 91355 | => Baca  Richard David*; Berchtold  Don*; Cole  Sally*; De Luca  Barbara*  Evans  Charles*; Giles  Stan*; Goodell  Margaret Helen*; Gunn  Leroy*; Holley (Heir-Audrey L  Piscitello)  Alison*  Householder  Betty*; Jackson  Yvonne O *; Piscitello (Heir-Audrey L )  Clement*; Reagan  Gorman*; Safford  Joyce Crawford*; Salt  Della Jo*; Sieper (Heir-Audrey L  Piscitello)  Meredith*; Winward  Kenneth C *; Wright  Ward* |
| Pearson  Thomas Jack<br>Pearson & Campbell  P C<br>2394 Calder Avenue<br>Beaumont  TX 77702 | => Allen, Gloria*; Jones. Rena*; Lewis (Ind /Next Friend-Trienida & Quenida)  Brenda*; Lewis (Ind /Next  Friend-Trienida & Quenida)  Darylene*  Painton, Billie*, Painton  Jack*; Richard  Calvin*; Richard.  Ervin*; Richard. Kernis*; Richard  Larry*; Richard  Lon*; Richard, Lovincy* |
| Piper  Jr  Robert E<br>Piper & Associates<br>624 Pierre Avenue<br>P O  Box 69<br>Shreveport  LA 71103 | => Bates, Catherine; Bates  Leroy  Burns  Annie; Burns  Lendell; Butler, Mary, Butler  Maynard; Evans.  Garnett; Evans  Marion; Harper  Josephine  McKnight  Vaughn; Sadler, Leona; Tice  Martha; Tice  William; Wright, Frances; Wright  Herchial |
| Pitre  Frank M<br>Cotchett  Pitre  Simon & McCarthy<br>San Francisco Airport Office Center<br>Suite 200<br>840 Malcolm Road<br>Burlingame  CA 94010 | => Brass  Jeffrey; Taylor  Patricia A ; Tokes  Kathy |
| Pope  Geoffrey Edward<br>Doffermyre  Shields  Canfield  Knowles & Devine<br>1355 Peachtree Street  N E | => Strickland. Edna |

Note: Please refer to the report title page for complete report scope and key

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 1600 The Peachtree<br>Atlanta, GA 30309-3269 | |
| Price Henry J<br>Price Potter Jackson, Waicukauski & Mellowitz<br>The Hammond Block Building<br>301 Massachusetts Avenue<br>Indianapolis IN 46204 | => Baum Janice; Briner (Per /Rep /Est -Phyllis), Darai; Henderson, Kevin; Portillo (Ind /Heir-Elvira M<br>Pena) Ruben; Van Jelgerhuis Kimberly |
| Quetglas-Jordan Eric M<br>Quetglas Law Offices<br>P O Box 16606<br>San Juan PR 00908-6606 | => Gonzalez, Hilda Rita; Gonzalez Robert A ; Gonzalez-Arias Rafael* |
| Robb William R<br>Aleshire Robb & Sivils P C<br>901 St Louis Street<br>Suite 1600<br>Springfield MO 65806 | => Young (Ind /Next Friend-Steven/Adm /Est -Lisa), Russell |
| Rowland Robert D<br>2227 South State Route 157<br>Edwardsville IL 62025 | => Ellis John* |
| Ruiz, John H<br>Law Office of John H Ruiz<br>5040 N W 7th Street<br>Suite 920<br>Miami FL 33126 | => Abraham Josefa*· Alcarez Maria P *; Andino Jose* |
| Rynecki Scott<br>Rubenstein & Rynecki<br>16 Court Street<br>Suite 1717<br>Brooklyn NY 11241 | => Aiken (Adm /Est -Mary & Kenneth) Elizabeth; Covington Jerome; Davis, Laney C |
| Saia Stephen V<br>Law Offices of Stephen V Saia<br>70 Old Cart Path Lane<br>Pembroke, MA 02359 | => Saia, Frank R * |
| Schwebel Paul R M<br>5657 Rundle Court<br>Indianapolis IN 46220 | => Morrison (By his Per /Representative Patricia L ) Lowell D |
| Scott Stuart E<br>Spangenberg Shibley & Liber LLP<br>2400 National City Center<br>1900 East 9th Street<br>Cleveland OH 44114 | => Moldovan Gregory*; Moldovan Wanda* |
| Seeger Christopher A<br>Seeger Weiss LLP<br>One William Street<br>10th Floor<br>New York NY 10004-2502 | => Brown Clairse; Hanson, William*; Pagan Carmen M ; Walson (Ind /Adm /Est -Willie Jr ) Roberta* |
| Simon, Jeffrey B<br>Waters & Kraus<br>3219 McKinney Avenue | => Bias Byron; Varnado Carolyn |

Note: Please refer to the report title page for complete report scope and key

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Suite 3000<br>Dallas TX 75204 | |
| Smith David Neil<br>Nix Patterson & Roach LLP<br>205 Linda Drive<br>Dangerfield TX 75638 | => Williamson (Ind /Next friend-Courtly & Herman) Marian |
| Smith Deanna Dean<br>Ebanks Smith & Carlson LLP<br>1401 McKinney<br>Suite 2500<br>Houston TX 77010-4034 | => Truitt M D Norman |
| Snapka Kathryn A<br>Snapka Turman & Waterhouse LLP<br>606 N Carancahua Suite 1511<br>P O Drawer 23017<br>Corpus Christi TX 78403 | => Benavides (Ind /Per /Est -Juan) Patricia*; Sandoval Audona |
| Specter Shanin<br>Kline & Specter<br>1525 Locust Street<br>19th Street<br>Philadelphia PA 19102 | => Sirota Merrick*; Sirota Michele* |
| Stacy Robert F<br>Daniel Coker Horton & Bell<br>P O Box 1084<br>Jackson MS 39215-1084 | => Don s Pharmacy Woods Drug Store |
| Steward John S<br>Meyerkord and Steward<br>2525 South Brentwood Boulevard<br>Suite 102<br>St Louis MO 63144 | => Perkins Janice |
| Sullivan Robert G<br>Sullivan Papain Block McGrath & Cannavo<br>120 Broadway<br>18th Floor<br>New York NY 10271 | => Wright Dawn; Wright Lawrence |
| Thomas Casandra F<br>514-C Woodrow Wilson Avenue<br>Jackson MS 39213 | => Thomas Cassandra Faye |
| Tisi Christopher V<br>Ashcraft & Gerel<br>2000 L Street NW<br>Suite 400<br>Washington DC 20036 | => Biles, Melvin*; Edler (Ind /Per /Rep /Est -William Dale & behalf-wrongful death beneficiaries-William Dale Gail Lynne & Shawn C ) Lindsey*; Morris Jr David* |
| Wade Jr Lawrence D<br>Campbell DeLong Hagwood & Wade<br>P O Box 1856<br>Greenville MS 38702-1856 | => Petilos M D Salvador; Waller M D Richard E |
| Walker Chris J<br>Markow Walker P A | => Stone M D Deck; Weiner Roger |

*(Panel Attorney Service List for MDL-1 657 Continu*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| P O Box 13669<br>Jackson MS 39236-3669 | |
| Walker, Thomas E<br>Johnston, Barton, Proctor & Powell<br>2900 AmSouth/Harbert Plaza<br>1901 6th Avenue North<br>Birmingham AL 35203 | => Harlan, Gary; Wall, Robert |
| Watson, Leila H<br>Cory, Watson, Crowder & DeGaris, P C<br>2131 Magnolia Avenue<br>P O Box 55927<br>Birmingham AL 35255-5972 | => Wilson, Danny M |
| Weaver, Jennifer Fadal<br>1305 Fossel Ridge Trial<br>Waco TX 76712 | => Weaver, Jennifer Fadal |
| Weiner, Richard J<br>Law Offices Of Richard J Weiner, P C<br>119 Rockland Center<br>Suite 425<br>Nanuet NY 10954 | => Quick, Anna |
| Weisbrod, Leslie<br>Morgan & Weisbrod<br>11551 Forest Central Drive<br>Suite 300<br>Dallas TX 75243 | => Register, Anne; Register, Jack A |
| Welch III, Jewell E<br>Cunard Reis Law Firm<br>9214 Interline Avenue<br>Baton Rouge, LA 70809 | => White, Vicki |
| Weston, John K<br>Sacks, Weston, Smolinksy, Albert & Luber<br>510 Walunt Street<br>Suite 400<br>Philadelphia PA 19106 | => Carr, Gwendolyn L * |
| Wright, James L<br>Mithoff & Jacks<br>I Congress Plaza<br>111 Congress Avenue<br>Suite 1010<br>Austin TX 78701-0001 | => Bauman (Ind /Rep /Est -Elsie Geneva), Larry Lee; Bauman, III (Ind /Rep /Est -Elsie Geneva), Ernest Charles; Clay (Ind /Rep /Est -Elsie Geneva Bauman), Leslie Lynn Bauman; Mincher (Ind /Rep /Est -Elsie Geneva Bauman), Kelly; Moses (Ind /Rep /Est -Elsie Geneva), Mary Carla; Tolbert (Ind /Rep /Est -Elsie Geneva Bauman), Lisa Bauman |
| Zonas, James John<br>James J Zonas Attorney at Law<br>700-2nd Avenue North<br>Suite 102<br>Naples FL 34102 | => Dunleavey (By & Through/Per /Rep /Est -Edward), Frances |

Nadeem Haider
606 N. Jefferson St
Louisville, MS 39339

Barbara J. Hart
Goodkind,Labaton,Rudoff & Sucharow
100 Park Ave., 12th Floor
New York, NY 10017-5563

Steven L. Russell
Beirne,Maynard & Parsons
1700 Pacific Ave, Ste 4400
Dallas,TX 75201

# EXHIBIT B

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

· MAR 1 0 2005

FILED
CLERK'S OFFICE

*DOCKET NO. 1657*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE VIOXX PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-2)*

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, ____F.Supp.2d____ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-2 - TAG ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

DISTRICT DIV. C.A.#

**ALABAMA MIDDLE**
| ALM | 2 | 05-138 | Ernestine T. Stevens v. Merck & Co., Inc. |
| ALM | 2 | 05-165 | Yolanda King v. Merck & Co., Inc., et al. |

**ALABAMA NORTHERN**
| ALN | 1 | 05-252 | Alice Pointer v. Merck & Co., Inc., et al. |
| ALN | 2 | 05-226 | Peggy B. West v. Merck & Co., Inc. |
| ALN | 2 | 05-378 | Annette Gordon v. Merck & Co., Inc. |
| ALN | 3 | 05-327 | Charles Bowling, et al. v. Merck & Co., Inc. |
| ALN | 3 | 05-384 | Ruius Slack, Jr. v. Merck & Co., Inc. |

**ARKANSAS WESTERN**
| ARW | 1 | 05-1016 | Joe Melvin Lyons v. Merck & Co., Inc. |
| ARW | 1 | 05-1017 | Tim Zimmerebner, et al. v. Merck & Co., Inc. |

**CALIFORNIA CENTRAL**
| CAC | 2 | 05-63 | Misty Ligier, etc. v. Merck & Co., Inc., et al. |
| CAC | 2 | 05-1122 | Kimberly Keller-Hom v. Merck & Co., Inc. |
| CAC | 2 | 05-1321 | Glen Maxey v. Merck & Co., Inc., |
| CAC | 8 | 04-1478 | Roger C. Cooper v. Merck & Co., Inc. |

**CALIFORNIA EASTERN**
| CAE | 2 | 04-2473 | Danny Bell v. Merck & Co., Inc., et al. |
| CAE | 2 | 05-125 | Margaret Butler v. Merck & Co., Inc. |

**CALIFORNIA NORTHERN**
| CAN | 3 | 04-5027 | Sherry Janke, et al. v. Merck & Co., Inc. |
| CAN | 3 | 04-5061 | Dennis Guinta v. Merck & Co., Inc. |
| CAN | 3 | 04-5062 | Virginia Strong v. Merck & Co., Inc. |
| CAN | 3 | 05-741 | Henry Mitchell v. Merck & Co., Inc. |
| CAN | 3 | 05-749 | Pauline Riddle v. Merck & Co., Inc. |
| CAN | 3 | 05-750 | Oree McRae v. Merck & Co., Inc. |
| CAN | 4 | 05-742 | Frank Mirabella, et al. v. Merck & Co., Inc. |

**CALIFORNIA SOUTHERN**
| CAS | 3 | 04-2195 | Sam Peltekian v. Merck & Co., Inc. |
| CAS | 3 | 04-2576 | Rita McCrerey v. Merck & Co., Inc. |
| CAS | 3 | 05-304 | Susan Reese, et al. v. Merck & Co., Inc. |

**CONNECTICUT**
| CT | 3 | 05-259 | Frank Pescatello v. Merck & Co., Inc. |
| CT | 3 | 05-294 | Ethel Gray, et al. v. Merck & Co., Inc. |
| CT | 3 | 05-314 | Denise Whittaker, et al. v. Merck & Co., Inc., et al. |

SCHEDULE CTO-2 TAG-ALONG ACTIONS (MDL-1657)

DISTRICT DIV. C.A.#

FLORIDA MIDDLE
    FLM  6  05-171    Amparo Alvarez v. Merck & Co., Inc., et al.
    FLM  6  05-221    Gloria Hernandez v. Merck & Co., Inc., et al.
    FLM  6  05-222    Dallas Childers, et al. v. Merck & Co., Inc., et al.
    FLM  6  05-239    Maria Diaz, et al. v. Merck & Co., Inc., et al.
    FLM  8  05-224    Brenda Jurado v. Merck & Co., Inc., et al.
    FLM  8  05-276    Felix Carvajal, et al. v. Merck & Co., Inc., et al.

GEORGIA NORTHERN
    GAN  1  05-343    Harriet Winnerman v. Merck & Co., Inc.
    GAN  1  05-473    Lynda Kay Donegan, etc. v. Merck & Co., Inc.

IOWA SOUTHERN
    IAS  1  05-3    Eileen Termuende v. Merck & Co., Inc.

IDAHO
    ID  1  05-59    Carla Fister, et al. v. Merck & Co., Inc.
    ID  1  05-61    Mark O'Connor, et al. v. Merck & Co., Inc.
    ID  1  05-62    Paul Sculatti v. Merck & Co., Inc.
    ID  2  05-60    Lillian Dawkins v. Merck & Co., Inc.

ILLINOIS NORTHERN
    ILN  1  05-626    James Radats v. Merck & Co., Inc.
    ILN  1  05-642    Joseph Jamison v. Merck & Co., Inc.
    ILN  1  05-1092    Kathleen Brown, etc. v. Merck & Co., Inc., et al.
    ILN  3  05-50024    Dorothy Brody v. Merck & Co., Inc.

ILLINOIS SOUTHERN
    ILS  3  05-127    Chester Karwoski v. Merck & Co., Inc.

INDIANA SOUTHERN
    INS  1  04-1819    Richard L. Brown v. Merck & Co., Inc.

KANSAS
    KS  6  05-1038    Charles H. Webb, et al. v. Merck & Co., Inc.

KENTUCKY EASTERN
    KYE  2  05-15    Danny M. Holbrook, et al. v. Merck & Co., Inc.
    KYE  5  05-47    Jacquelyn Washburn, etc. v. Merck & Co., Inc.

LOUISIANA MIDDLE
    LAM  3  05-115    David N. Crawford, et al. v. Merck & Co., Inc.

LOUISIANA WESTERN
    LAW  5  05-160    Jewell Willis v. Merck & Co., Inc.

MASSACHUSETTS
    MA  1  05-10217    Vera Gropper v. Merck & Co., Inc.
    MA  1  05-10328    Linda Isner, etc. v. Merck & Co., Inc., et al.

MARYLAND
    MD  1  05-335    Mary F. Witthauer v. Merck & Co., Inc.

MINNESOTA
    MN  0  05-289    Dianne McCraw, etc. v. Merck & Co., Inc.

SCHEDULE CTO-2 TAG-ALONG ACTIONS (MDL-1657)                    Page 3 of 3

DISTRICT DIV. C.A.#

**MISSOURI EASTERN**
| MOE | 4 | 05-300 | Arthur Hale, et al. v. Merck & Co., Inc., et al. |
| MOE | 4 | 05-301 | Marlene Harris, et al. v. Merck & Co., Inc., et al. |
| MOE | 4 | 05-303 | Sineria Jones, et al. v. Merck & Co., Inc., et al. |
| MOE | 4 | 05-307 | Lois Wolz, et al. v. Merck & Co., Inc., et al. |

**NEW YORK EASTERN**
| NYE | 1 | 05-1031 | Anna Fittipaldi v. Merck & Co., Inc., et al. |

**OHIO NORTHERN**
| OHN | 1 | 05-631 | Saundra Nelson, et al. v. Merck & Co., Inc. |

**PENNSYLVANIA EASTERN**
| PAE | 2 | 05-838 | Dennis Cronin, et al. v. Merck & Co., Inc., et al. |

**PENNSYLVANIA WESTERN**
| PAW | 2 | 05-204 | Saundra Southern v. Merck & Co., Inc. |

**SOUTH CAROLINA**
| SC | 5 | 05-618 | Harolene McKenzie v. Merck & Co., Inc. |

**TENNESSEE EASTERN**
| TNE | 1 | 05-47 | Raymond Fournier v. Merck & Co., Inc. |
| TNE | 1 | 05-48 | Cleo Rachel Plemons, et al. v. Merck & Co., Inc. |
| TNE | 1 | 05-49 | Keith Kuykendall v. Merck & Co., Inc. |

**TEXAS EASTERN**
| TXE | 2 | 05-83 | Roland T. Johnson v. Merck & Co., Inc. |
| TXE | 5 | 05-32 | Rosanne Waggoner, et al. v. Merck & Co., Inc. |
| TXE | 6 | 04-555 | Elijah Perry, et al. v. Merck & Co., Inc. |
| TXE | 9 | 04-229 | Pearlie B. Davis v. Merck & Co., Inc., et al. |

**TEXAS WESTERN**
| TXW | 1 | 05-117 | Horace S. Wallace, et al. v. Merck & Co., Inc. |

**WASHINGTON EASTERN**
| WAE | 2 | 05-59 | Tony Bevacqua, et al. v. Merck & Co., Inc. |