IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LINDA ISNER, Executrix of ESTATE OF
JEFFREY ISNER, M.D.,

    Plaintiff,

v.

MERCK & CO., INC. and KIMBERLY
HENDRICKS,

    Defendants.

CIVIL ACTION No. 05-10328-DPW

### JOINT STATEMENT OF THE PARTIES
### PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1(B), counsel for the Plaintiff and Defendant Merck & Co., Inc. in this case[1] have conferred and agreed upon the following joint statement, which they submit to comply with Local Rule 16.1(D) and in anticipation of the April 7, 2005 Scheduling Conference in this case:

On March 10, 2005 the Judicial Panel on Multidistrict Litigation (the "Panel") issued a Conditional Transfer Order that, pending objections from the parties, would transfer this case to *In re VIOXX Products Liab. Litig.* (MDL-1657), a coordinated proceeding that the Panel created and assigned to Judge Eldon E. Fallon in the Eastern District of Louisiana. On March 21, 2005 the Plaintiff filed a motion to remand the case to state court, and on March 25 she filed a notice of objection to the transfer with the Panel, citing the pending remand motion as grounds.

On April 4, 2005 Merck filed its opposition to the Plaintiff's motion to remand, to which it appended a motion to stay, asking the Court to wait on the Panel's decision to transfer the case

---

[1] The second defendant in the caption, Kimberly Hendricks, has not been served with process. Pursuant to the Middlesex County Superior Court's allowance of Plaintiff's Motion to Extend Time for Service, prior to the removal of this action, the time for serving the co-defendant, Kimberly Hendricks, was extended until April 27, 2005.

to MDL-1657.  Merck argued that the MDL Court should decide the Plaintiff's motion to remand, in coordination with other such motions filed in the other cases transferred to the MDL Court.  The Plaintiff intends to file an Opposition to Merck's Motion to Stay, requesting that this Court, rather than the MDL Court, decide the Plaintiff's Motion to Remand.  Pursuant to Local Rule 7.1 (b)(2), the Plaintiff's Opposition would not be due until April 18, 2005.  However, the Plaintiff will prepare its Opposition immediately and file it at the time of the April 7, 2005, Scheduling Conference.

The parties agree that, ultimately, this action will either be remanded to Middlesex County Superior Court in Massachusetts or be transferred to the MDL action in the Eastern District of Louisiana.  Consequently, the parties have not prepared proposed schedules for discovery and motion practice in this forum.  However, at the Scheduling Conference on April 7, 2005, the Plaintiff intends to file a Motion to Compel Answers to Interrogatories[2] and a Motion to Extend the Time for serving the co-defendant, Kimberly Hendricks, until 30 days after receipt of Merck's answers to the Plaintiff's initial interrogatories.  The Plaintiff will ask this Court to consider those Motions in conjunction with the Plaintiff's Motion to Remand.

## LOCAL RULE 16.1 CERTIFICATION

Defendants/Plaintiffs in Counterclaim file herewith their certification pursuant to Local Rule 16.1.

---

[2] The Plaintiff served an initial set of interrogatories upon the Defendant, Merck, when it served the Complaint on January 21, 2005, requesting specific information as to the current address of the co-defendant, Kimberly Hendricks, in order to serve her with the Complaint.  To date, Merck has refused to provide answers to those interrogatories, on the ground that the interrogatories were filed in state court prior to the removal, and discovery has not yet begun in this case.

- 3 -

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| LINDA ISNER, Executrix of ESTATE OF JEFFREY ISNER, M.D. | MERCK & CO, INC. |
| By her attorney, | By its attorneys, |
| **/s/ Joseph L. Doherty, Jr.** | **/s/ Bradley E. Abruzzi** |
| Joseph L. Doherty, Jr. (BBO# 127280)<br>Eileen Quill (BBO# 567745)<br>JOSEPH L. DOHERTY, JR. & ASSOCIATES<br>225 Franklin Street<br>Boston, MA  02110<br>(617)217-2837 | James J. Dillon (BBO# 124660)<br>Bradley E. Abruzzi (BBO# 651516)<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, MA  02210<br>(617) 832-1000 |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT MERCK & CO., INC. |
| Dated April 6, 2005 | |

## CERTIFICATE OF SERVICE

I, Joseph L. Doherty, Jr. counsel for the Plaintiff, Linda Isner, as Executrix of the Estate of Jeffrey Isner, M.D., do hereby certify that on the 6th day of April, 2005, I served a copy of the within Joint Statement of the Parties by first-class mail to the following counsel of record:

James J. Dillon, Esq.
Bradley E. Abruzzi, Esq.
Foley Hoag
155 Seaport Blvd.
Boston, MA  02210

      /s/ **Joseph L. Doherty, Jr.**
Joseph L. Doherty, Jr.
BBO No. 127280
Joseph L. Doherty, Jr.
   and Associates
225 Franklin Street, 26th Floor
Boston, Massachusetts, 02110
(617) 217-2837