UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LINDA ISNER,** as Executrix of the **ESTATE OF JEFFREY ISNER**, **M.D.,** <br> Plaintiff, <br><br> v. <br><br> **MERCK & CO., INC.** <br> and **KIMBERLY HENDRICKS**, <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 05-10328-DPW |

**PLAINTIFF'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES, OR IMMEDIATE AUTOMATIC DISCLOSURE, OF THE FULL NAME AND ADDRESS OF THE CO-DEFENDANT, KIMBERLY HENDRICKS, AND TO EXTEND THE TIME FOR SERVICE UPON THE CO-DEFENDANT, KIMBERLY HENDRICKS, BY THIRTY DAYS**

Now comes the Plaintiff, Linda Isner, and hereby moves that the Defendant, Merck & Co., Inc., (hereinafter, "Merck"), be compelled, within ten (10) days, to answer the initial set of interrogatories, served upon Merck with the Complaint on January 21, 2005, prior to removal of this action from state court, or, in the alternative, to be compelled, pursuant to Fed. R. Civ. P. 26 (a) (1) (A) and Local Rule 26.2 (a), to provide automatic disclosure, within ten (10) days, of the full name and current, or last known, address of the co-Defendant, Kimberly Hendricks, who was a former employee of Merck. The Plaintiff further moves that the time for service upon the co-Defendant, Kimberly Hendricks, be extended for thirty days, from April 27, 2005 to May 27, 2005, to permit service upon the co-Defendant after receipt of the requested information.

As grounds for this Motion, the Plaintiff states that she needs the full name and address of Kimberly Hendricks in order to serve her with the Complaint in this action. Despite diligent efforts, the Plaintiff has been unable to locate Ms. Hendricks to date. In

an affidavit filed on April 4, 2005, accompanying Merck's Opposition to the Plaintiff's Motion to Remand, the Plaintiff learned for the first time that Ms. Hendricks has apparently married and has changed her name, since the time she worked as a sales representative for Merck and provided samples of the drug, Vioxx, to the Plaintiff's decedent, Jeffrey Isner, M.D., prior to his death on October 31, 2001. In the affidavit of a Kimberly Bahry, a current Merck employee, Ms. Hendricks was identified as "Kimberly Hendricks Needoba".

Based upon the recent receipt of the name "Needoba", on April 4, 2005, Plaintiff's counsel obtained an address and telephone number in Melrose, Massachusetts, for a Kimberly Needoba, as shown in Exhibit "A", attached hereto, and may be able to serve the co-Defendant without receipt of the requested information from Merck. Nevertheless, Merck should have information as to Kimberly Hendricks Needoba's current or last know address readily accessible and should be able to answer the plaintiff's initial interrogatories, (attached hereto as Exhibit "B"), or otherwise provide her address pursuant to the automatic disclosure requirements of Fed. R. Civ. P. 26 (a) (1) (A), with minimal effort. In view of the fact that Merck is claiming, through Ms. Bahry's affidavit, that Kimberly Hendricks Needoba "never recorded a call on a Health Care Professional with regard to VIOXX", Ms. Hendricks Needoba is clearly an "individual likely to have discoverable information that the disclosing party may use to support its claims or defenses" requiring automatic disclosure under Fed. R. Civ. P. 26 (a) (1) (A). WHEREFORE, the Plaintiff, Linda Isner, respectfully requests that this Court order the defendant, Merck, either to answer the Plaintiff's initial set of interrogatories, served more than two months ago on January 21, 2005, or provide the full name and current, or

last known, address and telephone number, for Kimberly Hendricks and/or Kimberly Hendricks Needoba, within ten (10) days from the allowance of this Motion. The Plaintiff also requests that the time for service upon the co-Defendant, Kimberly Hendricks, be extended for thirty days, from April 27, 2005 to May 27, 2005, to permit service upon the co-Defendant after receipt of the requested information.

        Respectfully submitted,

        **PLAINTIFF, LINDA ISNER, AS EXECUTRIX OF THE ESTATE OF JEFFREY ISNER, M.D.**

        By her attorney,

        **/s/ Joseph L. Doherty, Jr.**
        Joseph L. Doherty, Jr.
        BB0 No. 127280
        JOSEPH L. DOHERTY, JR. AND ASSOCIATES
        225 Franklin Street, 26th Floor
        Boston, Massachusetts 02110
        (617) 217-2837

<u>DATED</u>: April 7th, 2005

**CERTIFICATE OF SERVICE**

I, Joseph L. Doherty, Jr. counsel for the Plaintiff, Linda Isner, as Executrix of the Estate of Jeffrey Isner, M.D., do hereby certify that on the 7th day of April, 2005, I served a copy of the within Motion of the Plaintiff, Linda Isner, to Compel Answers to Interrogatories by first class mail to the following counsel of record:

James J. Dillon, Esq.
Bradley E. Abruzzi, Esq.
Foley Hoag
155 Seaport Blvd.
Boston, MA  02210

  /s/ **Joseph L. Doherty, Jr.**
Joseph L. Doherty, Jr.
BBO No. 127280
Joseph L. Doherty, Jr.
   and Associates
225 Franklin Street, 26th Floor
Boston, Massachusetts, 02110
(617) 217-2837