UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LINDA ISNER,** as Executrix of the **ESTATE OF JEFFREY ISNER**, **M.D.,** Plaintiff, <br><br> v. <br><br> **MERCK & CO., INC.** and **KIMBERLY HENDRICKS**, Defendants. | CIVIL ACTION NO. 05-10328-DPW |

**MOTION FOR LEAVE OF COURT TO FILE REPLY BRIEF IN RESPONSE TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**

Now comes the plaintiff, Linda Isner, pursuant to local rule 7.1 (B)(3) and hereby moves for leave of Court to file a Reply Brief, with supporting affidavits, in response to the Opposition of the Defendant, Merck & Co., Inc., (hereinafter, "Merck"), to the Plaintiff's Motion to Remand. The Plaintiff requests that she be permitted to file the brief and affidavits on or before April 18, 2005, fourteen (14) days from the filing of Merck's Opposition on April 4, 2005.

As grounds for this motion, the Plaintiff states that Merck's Opposition included an affidavit of a Kimberly Bahry, raising for the first time the suggestion that the co-Defendant, Kimberly Hendricks, "never recorded a call on a Health Care Professional with regard to VIOXX®".[1] In order for the Court to have the benefit of all relevant information, (available at this pre-discovery stage of the litigation), to address the

---

[1] Neither the affidavit, Merck's Opposition to the Motion to Remand nor its Answer to the Complaint, deny or challenge the specific allegations, in the Plaintiff's Complaint, that Kimberly Hendricks, as a sales representative for Merck, provided Vioxx to the Plaintiff's decedent, Jeffrey Isner, for two years prior to his death on October 31, 2001.

issues presented by the Plaintiff's Motion to Remand, the Plaintiff requests the opportunity to file a Reply Brief and affidavits, responding to the affidavit of Ms. Bahry and to the other matters addressed in the Defendant's Opposition to the Motion to Remand.

WHEREFORE, the Plaintiff, Linda Isner, respectfully requests that the Court permit her to file a Reply Brief, with supporting affidavits, in response to the Opposition of the Defendant, Merck & Co., Inc., on or before April 18, 2005.

Respectfully submitted,

**PLAINTIFF, LINDA ISNER, AS EXECUTRIX OF THE ESTATE OF JEFFREY ISNER, M.D.**

By her attorney,

 **/s/ Joseph L. Doherty, Jr.**
Joseph L. Doherty, Jr.
BB0 No. 127280
JOSEPH L. DOHERTY, JR. AND ASSOCIATES
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110
(617) 217-2837

DATED: April 7th, 2005

**CERTIFICATE OF SERVICE**

I, Joseph L. Doherty, Jr. counsel for the Plaintiff, Linda Isner, as Executrix of the Estate of Jeffrey Isner, M.D., do hereby certify that on the 7th day of April, 2005, I served a copy of the within Motion of the Plaintiff, Linda Isner, For Leave of Court to File a Reply Brief in Response to Defendant's Opposition to Plaintiff's Motion to Remand by first class mail to the following counsel of record:

James J. Dillon, Esq.
Bradley E. Abruzzi, Esq.
Foley Hoag
155 Seaport Blvd.
Boston, MA  02210

        **/s/ Joseph L. Doherty, Jr.**
Joseph L. Doherty, Jr.
BBO No. 127280
Joseph L. Doherty, Jr.
   and Associates
225 Franklin Street, 26th Floor
Boston, Massachusetts, 02110
(617) 217-2837