UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LINDA ISNER,** as Executrix of the )<br>**ESTATE OF JEFFREY ISNER**, **M.D.,** )<br>    Plaintiff, )<br> )<br>v. )<br> )<br> )<br>**MERCK & CO., INC.** )<br>and **KIMBERLY HENDRICKS**, )<br>    Defendants. )<br> ) | CIVIL ACTION NO. 05-10328-DPW |

## CERTIFICATE UNDER LOCAL RULE 7.1, MOTION PRACTICE

This is to certify that a conversation took place on Wednesday, April 6th, 2005, between Attorney Bradley E. Abruzzi and me in a good-faith effort to resolve the following issues: (1) Plaintiff's Motion to Compel Interrogatories; (2) Plaintiff's Request for Oral Argument; and (3) Motion for Leave of Court to File Reply Brief in Response to Defendant's Opposition to Plaintiff's Motion to Remand. No definitive conclusions were reached as a result of this conversation.

/S/ Joseph L. Doherty, Jr.
Joseph L. Doherty, Jr.
BBO No. 127280
Joseph L. Doherty, Jr. & Associates
225 Franklin Street, 26th Floor
Boston, MA 02110
(617) 217-2837

DATED:  April 7th, 2005