UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LINDA ISNER,** as Executrix of the **ESTATE OF JEFFREY ISNER**, **M.D.,** <br> Plaintiff, <br><br> v. <br><br> **MERCK & CO., INC.** <br> and **KIMBERLY HENDRICKS**, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 05-10328-DPW <br> ) <br> ) <br> ) <br> ) <br> ) |

**Request for Oral Argument Under Local Rule 7.1 (D)**

Now comes the Plaintiff, Linda Isner, and hereby requests oral argument upon its Motion to Remand, in order to assist the Court in deciding the Motion.

Respectfully submitted,

**PLAINTIFF, LINDA ISNER, AS EXECUTRIX OF THE ESTATE OF JEFFREY ISNER, M.D.**

By her attorney,

 /s/ Joseph L. Doherty, Jr.
Joseph L. Doherty, Jr.
BB0 No. 127280
JOSEPH L. DOHERTY, JR. AND ASSOCIATES
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110
(617) 217-2837

**CERTIFICATE OF SERVICE**

I, Joseph L. Doherty, Jr. counsel for the Plaintiff, Linda Isner, as Executrix of the Estate of Jeffrey Isner, M.D., do hereby certify that on the 7th day of April, 2005, I served a copy of the within Request of the Plaintiff, Linda Isner, For Oral Argument by first class mail to the following counsel of record:

James J. Dillon, Esq.
Bradley E. Abruzzi, Esq.
Foley Hoag
155 Seaport Blvd.
Boston, MA  02210

                                                          **/s/ Joseph L. Doherty, Jr.**
                                                          Joseph L. Doherty, Jr.
                                                          BBO No. 127280
                                                          Joseph L. Doherty, Jr.
                                                              and Associates
                                                          225 Franklin Street, 26th Floor
                                                          Boston, Massachusetts, 02110
                                                          (617) 217-2837