IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA ISNER, Executrix of ESTATE OF JEFFREY ISNER, M.D.,<br><br>    Plaintiff,<br><br>  v.<br><br>MERCK & CO., INC. and KIMBERLY HENDRICKS,<br><br>    Defendants. | CIVIL ACTION No. 05-10328-DPW |

**DEFENDANT MERCK & CO., INC'S ASSENTED-TO**
**MOTION FOR LEAVE TO FILE REPLY**

  Defendant Merck & Co., Inc. ("Merck") respectfully requests leave to file a reply memorandum in this action in support of its motion to stay. The Plaintiff has opposed that motion, and Merck believes that a brief reply, addressing issues of fact and law raised in the Plaintiff's opposition, will assist the Court in deciding the motion.

  WHEREFORE, the Court should allow Merck to file the reply and declaration.

                 MERCK & CO., INC.
                 By its attorneys:


                 /s/ *Bradley E. Abruzzi*
                 James J. Dillon (BBO# 124660)
                 Bradley E. Abruzzi (BBO# 651516)
                 FOLEY HOAG LLP
                 155 Seaport Boulevard
                 Boston, MA 02110-2600
                 (617) 832-1000

Dated: April 25, 2005

B3025009.1

- 2 -

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I certify that on April 22, 2005 I spoke with counsel of record Joseph L. Doherty, Jr. in an attempt to resolve the issues raised in this motion. Mr. Doherty gave his assent to this motion.

/s/ *Bradley E. Abruzzi*

## CERTIFICATE OF SERVICE

I certify that on April 25, 2005 I e-filed the foregoing DEFENDANT MERCK & CO., INC.'S ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY, causing a true digital copy of the same to be served simultaneously upon:

Joseph L. Doherty, Jr.
Joseph L. Doherty, Jr. & Associates
225 Franklin Street
Boston, MA  02110
**Counsel for Plaintiff Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D.**

/s/ *Bradley E. Abruzzi*