UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LINDA ISNER, as Executrix of the ESTATE
OF JEFFREY ISNER, M.D.,

Case No. 05-10328-DPW

Plaintiff,

VS.

MERCK & CO., INC., and KIMBERLY
HENDRICKS,

Defendants.
_____/

## AFFIDAVIT OF KIMBERLY BAHRY

KIMBERLY BAHRY, being duly sworn, deposes and says:

1. My name is Kimberly Bahry, and I live in Quakertown, Pennsylvania.

2. From November 1990 to the present, I have been employed by Merck & Co., Inc. ("Merck").

3. From July 1993 to present, I have been employed by Merck as Technology Services Coordinator, Information Management and Development, U.S. Human Health.

4. On March 31, 2005, I signed an affidavit stating "I have reviewed Merck's records of calls by Professional Representatives on Health Care Professionals. Kimberly Hendricks Needoba never recorded a call on a Health Care Professional with regard to VIOXX®."

5. The basis for that statement was my review of the results of a search of Merck's database. I am correcting my March 31, 2005, affidavit. I have reviewed a further search of Merck's records, which shows that Ms. Needoba did record VIOXX® calls on Health Care Professionals from August 16, 1999, through January 31, 2001.

_Kimberly Bahry_
KIMBERLY BAHRY

Sworn to before me on this
22 day of April 2005.

_Loretta Zullo_
Notary Public
My Commission Expires: 4/14/08

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
LORETTA ZULLO, Notary Public
Upper Gwynedd Twp., Montgomery County
My Commission Expires April 14, 2008