UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LINDA ISNER,** as Executrix of the **ESTATE OF JEFFREY ISNER**, **M.D.**,<br>     Plaintiff,<br><br>v.<br><br>**MERCK & CO., INC.**<br>and **KIMBERLY HENDRICKS**,<br>     Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 05-10328-DPW<br>)<br>)<br>)<br>)<br>) |

### ASSENTED TO MOTION OF THE PLAINTIFF, LINDA ISNER, FOR LEAVE TO FILE SURREPLY BRIEF IN RESPONSE TO REPLY BRIEF OF THE DEFENDANT, MERCK, RELATING TO MERCK'S MOTION TO STAY

Now comes the Plaintiff, Linda Isner, and hereby moves for leave to file the enclosed Surreply Brief in response to the Reply Brief of the Plaintiff, Merck & Co., Inc., concerning Merck's Motion to Stay this action.

As grounds for this Motion, the plaintiff states the she assented to Merck's corresponding Motion to file its Reply Brief to the Plaintiff's Opposition to the Motion to Stay, and that counsel for Merck has assented to the present Motion.

Respectfully submitted,

**PLAINTIFF, LINDA ISNER, AS EXECUTRIX OF THE ESTATE OF JEFFREY ISNER, M.D.**

By her attorney,

**/S/ Joseph L. Doherty, Jr.**
Joseph L. Doherty, Jr.
BB0 No. 127280
JOSEPH L. DOHERTY, JR. AND ASSOCIATES
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

DATED:  May 10, 2005

**Rule 7.1 Statement**

As counsel for the Plaintiff, I hereby certify that I called counsel for Merck and left a voice-mail message requesting his assent to this motion. By return voice-mail message, counsel for Merck, Attorney Abruzzi, confirmed his assent to this Motion.

          **S/ Joseph L. Doherty, Jr.**
          Joseph L. Doherty, Jr.
          BB0 No. 127280
          JOSEPH L. DOHERTY, JR. AND ASSOCIATES
          225 Franklin Street, 26th Floor
          Boston, Massachusetts 02110
          (617) 217-2837

**Certificate of Service**

I certify that on May 11, 2005, I e-filed the foregoing ASSENTED TO MOTION OF THE PLAINTIFF, LINDA ISNER, FOR LEAVE TO FILE SURREPLY BRIEF and the foregoing SURREPLY BRIEF OF THE PLAINTIFF, causing a true copy of the same to be served simultaneously by email upon:

James J. Dillon, Esq.
Bradley E. Abruzzi, Esq.
Foley Hoag
155 Seaport Blvd.
Boston, MA  02210

          **S/ Joseph L. Doherty, Jr.**
          Joseph L. Doherty, Jr.
          BB0 No. 127280
          JOSEPH L. DOHERTY, JR. AND ASSOCIATES
          225 Franklin Street, 26th Floor
          Boston, Massachusetts 02110
          (617) 217-2837