UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

LINDA ISNER, Executirix of
ESTATE OF JEFFREY ISNER, M.D.
     Plaintiff,

v.                                    CIVIL ACTION
                                              NO. 05-10328-DPW

MERCK & CO, INC and
KIMBERLY HENDRICKS
     Defendant,

### **ORDER FOR REMAND**

WOODLOCK, District Judge

    In accordance with this Court's Allowance of the Motion to Remand to State Court [6], it is hereby ORDERED that the above entitled action be, and it hereby is, REMANDED to the Superior Court of the Commonwealth of Massachusetts, Middlesex County for further proceedings.

BY THE COURT,

/s/ Michelle Rynne

Deputy Clerk

DATED: May 23, 2005