UNITED STATES POSTAL SERVICE
OFFICIAL BUSINESS

SENDER INSTRUCTIONS
Print your name, address and ZIP Code in the space below.
- Complete items 1, 2, 3, and 4 on the reverse.
- Attach to front of article if space permits, otherwise affix to back of article.
- Endorse article "Return Receipt Requested" adjacent to number.

[Postmark: BOSTON MA 021__ PM 25 MAY 2005]

U.S. MAIL

PENALTY FOR PRIVATE
USE, $300

RETURN TO

[Stamp: SCREENED]

Print Sender's name, address, and ZIP Code in the space below.

CLERKS OFFICE
UNITED STATES DISTRICT COURT
1 COURTHOUSE WAY
SUITE 2301
BOSTON, MA 02210

| | |
|---|---|
| ● **SENDER:** Complete items 1 and 2 when additional services are desired, and complete items 3 and 4.<br>Put your address in the "RETURN TO" Space on the reverse side. Failure to do this will prevent this card from being returned to you. <u>The return receipt fee will provide you the name of the person delivered to and the date of delivery.</u> For additional fees the following services are available. Consult postmaster for fees and check box(es) for additional service(s) requested.<br>1. ☐ Show to whom delivered, date, and addressee's address.   2. ☐ Restricted Delivery<br>        *(Extra charge)*                                                                                  *(Extra charge)* | |
| 3. Article Addressed to: | 4. Article Number |
| | Type of Service:<br>☐ Registered      ☐ Insured<br>☐ Certified         ☐ COD<br>☐ Express Mail   ☐ Return Receipt for Merchandise |
| | Always obtain signature of addressee or agent and **DATE DELIVERED**. |
| 5. Signature — Address<br>X<br>6. Signature — Agent<br>X<br>7. Date of Delivery | 8. Addressee's Address *(ONLY if requested and fee paid)* |

PS Form **3811**, Mar. 1988      ✭ U.S.G.P.O. 1988-212-865      **DOMESTIC RETURN RECEIPT**



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☑ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>_M4 U[illegible]_  5/27/05 |
| 1. Article Addressed to: | D. Is delivery address different from item 1? ☑ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? _(Extra Fee)_  ☐ Yes |
| 2. Article Number<br>_(Transfer from service label)_ | |

PS Form 3811, August 2001    Domestic Return Receipt    05-10328  #14-3(    102595-02-M-0835