## CERTIFICATE OF SERVICE

      I, Joseph L. Doherty, Jr., counsel for the Plaintiff, Linda Isner, as Executrix of the Estate of Jeffrey Isner, M.D., do hereby certify that on the 21st day of October, 2005, I served a copy of the within Opposition of the Plaintiff to the Defendant's Motion to Stay by first-class mail to counsel of record for the Defendant Merck & Co., Inc.:

James J. Dillon
Foley Hoag, LLP.
155 Seaport Boulevard
Boston, MA  02210


                                       **/s/ Joseph L. Doherty, Jr.**
                                         Joseph L. Doherty, Jr.
                                         BBO No. 127280
                                         Joseph L. Doherty, Jr. and Associates
                                         225 Franklin Street, 26th Floor
                                         Boston, Massachusetts, 02110
                                         (617) 217-2837